**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman (SBN 90058)
Tatiana G. Avakian (SBN 298970)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
tavakian@marlinsaltzman.com

**TOJARIEH LAW FIRM, PC**
Joseph Tojarieh, Esq. (SBN 265492)
10250 Constellation Boulevard, Suite 100
Los Angeles, California 90067
Telephone:   (310) 553-5533
Facsimile:   (310) 553-5536
jft@tojariehlaw.com

*Attorneys for Plaintiff Bryant Patton, individually, and on behalf of all others similarly situated*

*(Counsel Continued on Next Page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT PATTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM CONSTRUCTION/DRIVERS, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:19-cv-08580-JFW-MAA<br><br><u>CLASS ACTION</u><br><br>[Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A]<br><br>**JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE**<br><br>Date Action Filed:   April 14, 2019<br>Date Removal Filed:   October 4, 2019<br>Date FAC Filed:   December 11, 2019 |

| | |
|---|---|
| 1 | **MEDINA McKELVEY LLP** |
| | Brandon R. McKelvey (SBN 217002) |
| 2 | Allison S. Hyatt (SBN 217567) |
| | Timothy B. Nelson (SBN 235279) |
| 3 | 983 Reserve Drive |
| | Roseville, California 95678 |
| 4 | Telephone:  (916) 960-2211 |
| | Facsimile:   (916) 742-5488 |
| 5 | brandon@medinamckelvey.com |
| | allison@medinamckelvey.com |
| 6 | tim@medinamckelvey.com |
| 7 | *Attorneys for Defendant Midwest Construction Services, Inc.* |
| 8 | *dba Trillium Construction/Drivers* |

JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE

Plaintiff BRYANT PATTON ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM CONSTRUCTION/DRIVERS ("Defendant") (collectively referred to as "the Parties"), hereby submit the following Joint Report Regarding Results of Settlement Conference, pursuant to this Court's October 31, 2019 Order.

As ordered by the Court, on May 27, 2020, and via Zoom videoconference, the Parties engaged in private mediation with mediator, Tripper Ortman, Esq., of Ortman Mediation. The Parties were unable to reach a settlement of this action at the conclusion of the mediation.

The Parties will continue to work with Mr. Ortman to discuss potential settlement while this action is stayed pending the Ninth Circuit's decision in the consolidated challenge to the Federal Motor Carrier Safety Administration's preemption decision (*Intl Brotherhood of Teamsters, et al. v. FMCSA*, Case Number 18-73488; *IBT, et al. v. FMCSA*, Case Number 19-70323; *Labor Commissioner State of CA v. FMCSA*, Case Number 19-70329; *Duy Ly, et al. v. FMCSA*, Case Number 19-70413).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 4, 2020 | **MARLIN & SALTZMAN, LLP** |
| 2 | | **TOJARIEH LAW FIRM, PC** |
| 3 | | |
| 4 | | By:  /s/ Tatiana G. Avakian |
| 5 | |     Stanley D. Saltzman, Esq. |
| | |     Tatiana G. Avakian, Esq. |
| 6 | |     Attorneys for Plaintiff and the Class |
| 7 | | |
| 8 | Dated: June 4, 2020 | **MEDINA McKELVEY LLP** |
| 9 | | |
| 10 | | By:  /s/ Timothy B. Nelson |
| 11 | |     Brandon R. McKelvey, Esq. |
| | |     Allison S. Hyatt, Esq. |
| 12 | |     Timothy B. Nelson, Esq. |
| 13 | |     Attorneys for Defendant |
| | |     MIDWEST CONSTRUCTION |
| 14 | |     SERVICES, INC. dba TRILLIUM |
| | |     CONSTRUCTION/DRIVERS |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Tatiana G. Avakian, hereby attest that all other signatories to this Joint Report, and on whose behalf it is submitted, concur in its content and have authorized its filing.

Dated:  June 4, 2020

**MARLIN & SALTZMAN, LLP**
**TOJARIEH LAW FIRM, PC**

By:   /s/ Tatiana G. Avakian
     Stanley D. Saltzman, Esq.
     Tatiana G. Avakian, Esq.
     Attorneys for Plaintiff and the Class