**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
ssaltzman@marlinsaltzman.com
Tatiana G. Avakian, Esq. (SBN 298970)
tavakian@marlinsaltzman.com
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone:  (818) 991-8080
Facsimile:  (818) 991-8081

**TOJARIEH LAW FIRM, PC**
Joseph Tojarieh, Esq. (SBN 265492)
jft@tojariehlaw.com
10250 Constellation Boulevard, Suite 100
Los Angeles, California 90067
Telephone:   (310) 553-5533
Facsimile:   (310) 553-5536

*Attorneys for Plaintiff Bryant Patton, individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT PATTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM CONSTRUCTION/DRIVERS, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.:  2:19-cv-08580-JFW-MAA<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. 19STCV28353]<br><br><u>CLASS ACTION</u><br><br>[Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447**<br><br>Date:           April 12, 2021<br>Time:          1:30 p.m.<br>Courtroom:   7A<br><br>Complaint Filed:  August 14, 2019<br>Trial Date:          None Set |

**[PROPOSED] ORDER**

Plaintiff Bryant Patton's ("Plaintiff") Motion to Remand came on for hearing before this Court on April 12, 2021, at approximately 1:30 p.m., in Courtroom 7A of the United States District Court for the Central District of California located at 350 W. 1st Street, Los Angeles, CA 90012.  The Court has reviewed Plaintiff's moving papers, Defendant Midwest Construction Services, Inc. dba Trillium Construction/Drivers' ("Defendant") opposition, and Plaintiff's reply brief in connection with the motion.  The Court has also considered oral argument and all evidence presented at the hearing.

Plaintiff's Motion to Remand is hereby GRANTED.  Defendant removed this action from the Superior Court of the County of Los Angeles pursuant to the Class Action Fairness Act of 2005 ("CAFA").  However, as Plaintiff's moving papers have demonstrated, Defendant failed to carry its burden of establishing that the amount in controversy exceeds $5,000,000, as required by 28 U.S.C. § 1332(d). Accordingly, pursuant to 28 U.S.C. § 1447, the above-entitled action is hereby remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: _____        _____
                              Honorable John F. Walter
                              United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I, Tatiana G. Avakian, an attorney, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on March 12, 2021.


By:___*/s/ Tatiana G. Avakian*_____
        Tatiana G. Avakian, Esq.
        *Attorney for Plaintiff and the putative Class*