# Exhibit A

| Employee ID | Branch | Employee ID | Branch |
|---|---|---|---|
| 698331 | Atlanta GA - Drivers | 1216994 | Los Angeles CA West - Drivers |
| 1317287 | Birmingham AL - Drivers | 1308830 | Los Angeles CA West - Drivers |
| 1346743 | Birmingham AL - Drivers | 901945 | Los Angeles CA West - Drivers |
| 2561515 | Chicago IL - Drivers | 936039 | Los Angeles CA West - Drivers |
| 933767 | Dallas TX - Drivers | 909853 | Los Angeles CA West - Drivers |
| 2226980 | Denver CO - Drivers | 881912 | Los Angeles CA West - Drivers |
| 775841 | Denver CO - Drivers | 909959 | Los Angeles CA West - Drivers |
| 955696 | Denver CO - Drivers | 1412318 | Los Angeles CA West - Drivers |
| 3114068 | Lansing MI - Drivers | 1414200 | Los Angeles CA West - Drivers |
| 2713853 | Los Angeles CA East - Drivers | 2606335 | Los Angeles CA West - Drivers |
| 2253483 | Los Angeles CA East - Drivers | 2758545 | Los Angeles CA West - Drivers |
| 2253515 | Los Angeles CA East - Drivers | 701455 | Los Angeles CA West - Drivers |
| 2679169 | Los Angeles CA East - Drivers | 2783726 | Los Angeles CA West - Drivers |
| 899924 | Los Angeles CA East - Drivers | 1331453 | Los Angeles CA West - Drivers |
| 2443688 | Los Angeles CA East - Drivers | 2357924 | Los Angeles CA West - Drivers |
| 2390377 | Los Angeles CA East - Drivers | 2334704 | Los Angeles CA West - Drivers |
| 2660947 | Los Angeles CA East - Drivers | 1392165 | Los Angeles CA West - Drivers |
| 755537 | Los Angeles CA East - Drivers | 1460813 | Los Angeles CA West - Drivers |
| 1147838 | Los Angeles CA East - Drivers | 2504590 | Los Angeles CA West - Drivers |
| 881500 | Los Angeles CA East - Drivers | 1324925 | Los Angeles CA West - Drivers |
| 1148108 | Los Angeles CA East - Drivers | 939368 | Los Angeles CA West - Drivers |
| 820420 | Los Angeles CA East - Drivers | 2484843 | Los Angeles CA West - Drivers |
| 2581426 | Los Angeles CA East - Drivers | 2757470 | Los Angeles CA West - Drivers |
| 802357 | Los Angeles CA East - Drivers | 2719006 | Los Angeles CA West - Drivers |
| 2189105 | Los Angeles CA East - Drivers | 1410634 | Los Angeles CA West - Drivers |
| 1194298 | Los Angeles CA East - Drivers | 2767550 | Los Angeles CA West - Drivers |
| 1190605 | Los Angeles CA East - Drivers | 2677601 | Los Angeles CA West - Drivers |
| 786627 | Los Angeles CA East - Drivers | 1213410 | Los Angeles CA West - Drivers |
| 729890 | Los Angeles CA East - Drivers | 1328507 | Los Angeles CA West - Drivers |
| 2400942 | Los Angeles CA East - Drivers | 1383959 | Los Angeles CA West - Drivers |
| 1149900 | Los Angeles CA East - Drivers | 2233415 | Los Angeles CA West - Drivers |
| 2437317 | Los Angeles CA East - Drivers | 763564 | Los Angeles CA West - Drivers |
| 893675 | Los Angeles CA East - Drivers | 2809302 | Los Angeles CA West - Drivers |
| 851125 | Los Angeles CA East - Drivers | 2542955 | Los Angeles CA West - Drivers |
| 624051 | Los Angeles CA East - Drivers | 1295371 | Los Angeles CA West - Drivers |
| 1196869 | Los Angeles CA East - Drivers | 2599187 | Los Angeles CA West - Drivers |
| 2552028 | Los Angeles CA East - Drivers | 1376758 | Los Angeles CA West - Drivers |
| 2691604 | Los Angeles CA East - Drivers | 2278111 | Los Angeles CA West - Drivers |
| 2834641 | Los Angeles CA East - Drivers | 2664157 | Los Angeles CA West - Drivers |
| 2575711 | Los Angeles CA East - Drivers | 2579337 | Los Angeles CA West - Drivers |
| 2435079 | Los Angeles CA East - Drivers | 2597113 | Los Angeles CA West - Drivers |
| 967432 | Los Angeles CA East - Drivers | 1364122 | Los Angeles CA West - Drivers |
| 1219626 | Los Angeles CA East - Drivers | 2355379 | Los Angeles CA West - Drivers |
| 1199531 | Los Angeles CA East - Drivers | 2460586 | Los Angeles CA West - Drivers |
| 2593749 | Los Angeles CA East - Drivers | 1251811 | Los Angeles CA West - Drivers |
| 861605 | Los Angeles CA East - Drivers | 2534648 | Los Angeles CA West - Drivers |
| 2552385 | Los Angeles CA East - Drivers | 751320 | Los Angeles CA West - Drivers |
| 1249130 | Los Angeles CA East - Drivers | 2486560 | Los Angeles CA West - Drivers |
| 709046 | Los Angeles CA East - Drivers | 2738391 | Los Angeles CA West - Drivers |
| 1347924 | Los Angeles CA East - Drivers | 1281161 | Los Angeles CA West - Drivers |
| 2593823 | Los Angeles CA East - Drivers | 1284207 | Los Angeles CA West - Drivers |
| 1198719 | Los Angeles CA East - Drivers | 1411470 | Los Angeles CA West - Drivers |
| 2171315 | Los Angeles CA East - Drivers | 1426629 | Los Angeles CA West - Drivers |
| 894721 | Los Angeles CA East - Drivers | 787645 | Los Angeles CA West - Drivers |
| 2597024 | Los Angeles CA East - Drivers | 2778999 | Los Angeles CA West - Drivers |
| 1332849 | Los Angeles CA East - Drivers | 2674637 | Los Angeles CA West - Drivers |
| 868025 | Los Angeles CA East - Drivers | 1412967 | Los Angeles CA West - Drivers |
| 2610179 | Los Angeles CA East - Drivers | 929309 | Los Angeles CA West - Drivers |

| | | | |
|---|---|---|---|
| 1384600 | Los Angeles CA East - Drivers | 1352407 | Los Angeles CA West - Drivers |
| 1368528 | Los Angeles CA East - Drivers | 1397559 | Los Angeles CA West - Drivers |
| 966166 | Los Angeles CA East - Drivers | 2345283 | Los Angeles CA West - Drivers |
| 949366 | Los Angeles CA East - Drivers | 1428820 | Los Angeles CA West - Drivers |
| 741597 | Los Angeles CA East - Drivers | 2660684 | Los Angeles CA West - Drivers |
| 1370260 | Los Angeles CA East - Drivers | 1293936 | Los Angeles CA West - Drivers |
| 2611175 | Los Angeles CA East - Drivers | 2715374 | Los Angeles CA West - Drivers |
| 943456 | Los Angeles CA East - Drivers | 2632452 | Los Angeles CA West - Drivers |
| 2363988 | Los Angeles CA East - Drivers | 2651319 | Los Angeles CA West - Drivers |
| 2403663 | Los Angeles CA East - Drivers | 1326359 | Los Angeles CA West - Drivers |
| 1159810 | Los Angeles CA East - Drivers | 2469004 | Los Angeles CA West - Drivers |
| 2392480 | Los Angeles CA East - Drivers | 2543010 | Los Angeles CA West - Drivers |
| 2728428 | Los Angeles CA East - Drivers | 2533615 | Los Angeles CA West - Drivers |
| 2364099 | Los Angeles CA East - Drivers | 2162939 | Los Angeles CA West - Drivers |
| 1776950 | Los Angeles CA East - Drivers | 2778910 | Los Angeles CA West - Drivers |
| 2813015 | Los Angeles CA East - Drivers | 1241434 | Los Angeles CA West - Drivers |
| 963589 | Los Angeles CA East - Drivers | 2276911 | Los Angeles CA West - Drivers |
| 2209126 | Los Angeles CA East - Drivers | 1434857 | Los Angeles CA West - Drivers |
| 698638 | Los Angeles CA East - Drivers | 748196 | Los Angeles CA West - Drivers |
| 2539188 | Los Angeles CA East - Drivers | 2703820 | Los Angeles CA West - Drivers |
| 2791055 | Los Angeles CA East - Drivers | 2574960 | Los Angeles CA West - Drivers |
| 914904 | Los Angeles CA East - Drivers | 1298828 | Los Angeles CA West - Drivers |
| 930417 | Los Angeles CA East - Drivers | 2503759 | Los Angeles CA West - Drivers |
| 821309 | Los Angeles CA East - Drivers | 2503631 | Los Angeles CA West - Drivers |
| 2421828 | Los Angeles CA East - Drivers | 2611606 | Los Angeles CA West - Drivers |
| 2221735 | Los Angeles CA East - Drivers | 869203 | Los Angeles CA West - Drivers |
| 2474895 | Los Angeles CA East - Drivers | 2363186 | Los Angeles CA West - Drivers |
| 2455979 | Los Angeles CA East - Drivers | 2461520 | Los Angeles CA West - Drivers |
| 2278038 | Los Angeles CA East - Drivers | 2344457 | Los Angeles CA West - Drivers |
| 909690 | Los Angeles CA East - Drivers | 2598656 | Los Angeles CA West - Drivers |
| 2237969 | Los Angeles CA East - Drivers | 2714610 | Los Angeles CA West - Drivers |
| 2593331 | Los Angeles CA East - Drivers | 2606639 | Los Angeles CA West - Drivers |
| 879505 | Los Angeles CA East - Drivers | 2695815 | Los Angeles CA West - Drivers |
| 1145942 | Los Angeles CA East - Drivers | 1150264 | Los Angeles CA West - Drivers |
| 943803 | Los Angeles CA East - Drivers | 1217132 | Los Angeles CA West - Drivers |
| 2364667 | Los Angeles CA East - Drivers | 1327564 | Los Angeles CA West - Drivers |
| 2543314 | Los Angeles CA East - Drivers | 2544141 | Los Angeles CA West - Drivers |
| 2380620 | Los Angeles CA East - Drivers | 2406702 | Los Angeles CA West - Drivers |
| 2464106 | Los Angeles CA East - Drivers | 2635164 | Los Angeles CA West - Drivers |
| 2257022 | Los Angeles CA East - Drivers | 2163349 | Los Angeles CA West - Drivers |
| 1290153 | Los Angeles CA East - Drivers | 2382191 | Los Angeles CA West - Drivers |
| 1401770 | Los Angeles CA East - Drivers | 2822833 | Los Angeles CA West - Drivers |
| 1355531 | Los Angeles CA East - Drivers | 2719368 | Los Angeles CA West - Drivers |
| 894729 | Los Angeles CA East - Drivers | 2641488 | Los Angeles CA West - Drivers |
| 1375592 | Los Angeles CA East - Drivers | 1261026 | Los Angeles CA West - Drivers |
| 966792 | Los Angeles CA East - Drivers | 2575050 | Los Angeles CA West - Drivers |
| 2756232 | Los Angeles CA East - Drivers | 1270231 | Los Angeles CA West - Drivers |
| 2573064 | Los Angeles CA East - Drivers | 2479934 | Los Angeles CA West - Drivers |
| 2842726 | Los Angeles CA East - Drivers | 888074 | Los Angeles CA West - Drivers |
| 887296 | Los Angeles CA East - Drivers | 1367983 | Los Angeles CA West - Drivers |
| 2180368 | Los Angeles CA East - Drivers | 2151932 | Los Angeles CA West - Drivers |
| 2845982 | Los Angeles CA East - Drivers | 1412239 | Los Angeles CA West - Drivers |
| 2171623 | Los Angeles CA East - Drivers | 2515280 | Los Angeles CA West - Drivers |
| 2197045 | Los Angeles CA East - Drivers | 1327688 | Los Angeles CA West - Drivers |
| 2224427 | Los Angeles CA East - Drivers | 2204969 | Los Angeles CA West - Drivers |
| 2820860 | Los Angeles CA East - Drivers | 2543743 | Los Angeles CA West - Drivers |
| 2173010 | Los Angeles CA East - Drivers | 1318888 | Los Angeles CA West - Drivers |
| 1389575 | Los Angeles CA East - Drivers | 2665938 | Los Angeles CA West - Drivers |
| 2489852 | Los Angeles CA East - Drivers | 2685434 | Los Angeles CA West - Drivers |

| | | | |
|---|---|---|---|
| 885119 | Los Angeles CA East - Drivers | 1446253 | Los Angeles CA West - Drivers |
| 698457 | Los Angeles CA East - Drivers | 2235680 | Los Angeles CA West - Drivers |
| 2528551 | Los Angeles CA East - Drivers | 1234837 | Los Angeles CA West - Drivers |
| 1173320 | Los Angeles CA East - Drivers | 2754677 | Los Angeles CA West - Drivers |
| 957571 | Los Angeles CA East - Drivers | 898072 | Los Angeles CA West - Drivers |
| 2583780 | Los Angeles CA East - Drivers | 771275 | Los Angeles CA West - Drivers |
| 2432569 | Los Angeles CA East - Drivers | 907708 | Los Angeles CA West - Drivers |
| 1196933 | Los Angeles CA East - Drivers | 1210943 | Los Angeles CA West - Drivers |
| 2627524 | Los Angeles CA East - Drivers | 1367808 | Los Angeles CA West - Drivers |
| 2663854 | Los Angeles CA East - Drivers | 1405305 | Los Angeles CA West - Drivers |
| 848939 | Los Angeles CA East - Drivers | 2729740 | Los Angeles CA West - Drivers |
| 2650662 | Los Angeles CA East - Drivers | 2541454 | Los Angeles CA West - Drivers |
| 891247 | Los Angeles CA East - Drivers | 2268391 | Los Angeles CA West - Drivers |
| 1461005 | Los Angeles CA East - Drivers | 1145700 | Los Angeles CA West - Drivers |
| 2495388 | Los Angeles CA East - Drivers | 2370659 | Los Angeles CA West - Drivers |
| 2655443 | Los Angeles CA East - Drivers | 941925 | Los Angeles CA West - Drivers |
| 2342610 | Los Angeles CA East - Drivers | 1371019 | Los Angeles CA West - Drivers |
| 2771683 | Los Angeles CA East - Drivers | 2487905 | Los Angeles CA West - Drivers |
| 893885 | Los Angeles CA East - Drivers | 1367674 | Los Angeles CA West - Drivers |
| 2810296 | Los Angeles CA East - Drivers | 1309259 | Los Angeles CA West - Drivers |
| 1196839 | Los Angeles CA East - Drivers | 1236496 | Los Angeles CA West - Drivers |
| 1331814 | Los Angeles CA East - Drivers | 2666020 | Los Angeles CA West - Drivers |
| 1329550 | Los Angeles CA East - Drivers | 580681 | Los Angeles CA West - Drivers |
| 2391936 | Los Angeles CA East - Drivers | 836410 | Los Angeles CA West - Drivers |
| 1383543 | Los Angeles CA East - Drivers | 2388584 | Los Angeles CA West - Drivers |
| 1404114 | Los Angeles CA East - Drivers | 2182519 | Los Angeles CA West - Drivers |
| 2478155 | Los Angeles CA East - Drivers | 1359321 | Los Angeles CA West - Drivers |
| 2501694 | Los Angeles CA East - Drivers | 2778186 | Los Angeles CA West - Drivers |
| 1452168 | Los Angeles CA East - Drivers | 2217125 | Los Angeles CA West - Drivers |
| 1445467 | Los Angeles CA East - Drivers | 873812 | Los Angeles CA West - Drivers |
| 2439142 | Los Angeles CA East - Drivers | 1323736 | Los Angeles CA West - Drivers |
| 1271352 | Los Angeles CA East - Drivers | 1315877 | Los Angeles CA West - Drivers |
| 1411570 | Los Angeles CA East - Drivers | 1325831 | Los Angeles CA West - Drivers |
| 2462215 | Los Angeles CA East - Drivers | 1395468 | Los Angeles CA West - Drivers |
| 2280752 | Los Angeles CA East - Drivers | 922185 | Los Angeles CA West - Drivers |
| 2357798 | Los Angeles CA East - Drivers | 863942 | Los Angeles CA West - Drivers |
| 1137650 | Los Angeles CA East - Drivers | 2574778 | Los Angeles CA West - Drivers |
| 2476645 | Los Angeles CA East - Drivers | 1302509 | Los Angeles CA West - Drivers |
| 531355 | Los Angeles CA East - Drivers | 2784621 | Los Angeles CA West - Drivers |
| 2353812 | Los Angeles CA East - Drivers | 2533319 | Los Angeles CA West - Drivers |
| 2538865 | Los Angeles CA East - Drivers | 1321979 | Los Angeles CA West - Drivers |
| 1398221 | Los Angeles CA East - Drivers | 1393645 | Los Angeles CA West - Drivers |
| 2717238 | Los Angeles CA East - Drivers | 2453794 | Los Angeles CA West - Drivers |
| 920867 | Los Angeles CA East - Drivers | 2205876 | Los Angeles CA West - Drivers |
| 2226983 | Los Angeles CA East - Drivers | 2576296 | Los Angeles CA West - Drivers |
| 2712141 | Los Angeles CA East - Drivers | 2408756 | Los Angeles CA West - Drivers |
| 2636983 | Los Angeles CA East - Drivers | 2151911 | Los Angeles CA West - Drivers |
| 1165493 | Los Angeles CA East - Drivers | 754033 | Los Angeles CA West - Drivers |
| 2391515 | Los Angeles CA East - Drivers | 1261117 | Los Angeles CA West - Drivers |
| 836401 | Los Angeles CA East - Drivers | 2419133 | Los Angeles CA West - Drivers |
| 904437 | Los Angeles CA East - Drivers | 1318919 | Los Angeles CA West - Drivers |
| 699379 | Los Angeles CA East - Drivers | 1379828 | Los Angeles CA West - Drivers |
| 2656746 | Los Angeles CA East - Drivers | 1376726 | Los Angeles CA West - Drivers |
| 2413697 | Los Angeles CA East - Drivers | 1387470 | Los Angeles CA West - Drivers |
| 1431922 | Los Angeles CA East - Drivers | 888004 | Los Angeles CA West - Drivers |
| 822464 | Los Angeles CA East - Drivers | 877325 | Los Angeles CA West - Drivers |
| 1147903 | Los Angeles CA East - Drivers | 1187846 | Los Angeles CA West - Drivers |
| 2653153 | Los Angeles CA East - Drivers | 1406401 | Los Angeles CA West - Drivers |
| 716456 | Los Angeles CA East - Drivers | 2633567 | Los Angeles CA West - Drivers |

| ID | Location | ID | Location |
|---|---|---|---|
| 794286 | Los Angeles CA West - Drivers | | |
| 807764 | Los Angeles CA East - Drivers | 951187 | Milwaukee WI - Drivers |
| 2661390 | Los Angeles CA East - Drivers | 1181065 | Omaha NE - Drivers |
| 2281504 | Los Angeles CA East - Drivers | 1242540 | Omaha NE - Drivers |
| 1452325 | Los Angeles CA East - Drivers | 914526 | Orlando FL - Drivers |
| 1375179 | Los Angeles CA East - Drivers | 2852856 | Philadelphia PA - Drivers |
| 1153349 | Los Angeles CA East - Drivers | 1441397 | Phoenix AZ - Drivers |
| 808128 | Los Angeles CA East - Drivers | 1369619 | Phoenix AZ - Drivers |
| 2152819 | Los Angeles CA East - Drivers | 2387569 | Phoenix AZ - Drivers |
| 931567 | Los Angeles CA East - Drivers | 2564501 | Phoenix AZ - Drivers |
| 701464 | Los Angeles CA East - Drivers | 1368938 | Phoenix AZ - Drivers |
| 1185560 | Los Angeles CA East - Drivers | 1421024 | Sacramento CA - Drivers |
| 1421810 | Los Angeles CA East - Drivers | 1246098 | Sacramento CA - Drivers |
| 2662448 | Los Angeles CA East - Drivers | 2381891 | Sacramento CA - Drivers |
| 2578506 | Los Angeles CA East - Drivers | 2642557 | Sacramento CA - Drivers |
| 1312440 | Los Angeles CA East - Drivers | 785549 | Sacramento CA - Drivers |
| 888097 | Los Angeles CA East - Drivers | 2635334 | Sacramento CA - Drivers |
| 2246218 | Los Angeles CA East - Drivers | 2412934 | Sacramento CA - Drivers |
| 2408801 | Los Angeles CA East - Drivers | 2462219 | Sacramento CA - Drivers |
| 2668035 | Los Angeles CA East - Drivers | 2154286 | Sacramento CA - Drivers |
| 962990 | Los Angeles CA East - Drivers | 2353816 | Sacramento CA - Drivers |
| 807782 | Los Angeles CA East - Drivers | 2836428 | Sacramento CA - Drivers |
| 2342527 | Los Angeles CA East - Drivers | 2439601 | Sacramento CA - Drivers |
| 1186307 | Los Angeles CA East - Drivers | 2655603 | Sacramento CA - Drivers |
| 2599082 | Los Angeles CA East - Drivers | 1248960 | Sacramento CA - Drivers |
| 2391375 | Los Angeles CA East - Drivers | 868221 | Sacramento CA - Drivers |
| 846105 | Los Angeles CA East - Drivers | 1222674 | Sacramento CA - Drivers |
| 716644 | Los Angeles CA East - Drivers | 837786 | Sacramento CA - Drivers |
| 874530 | Los Angeles CA East - Drivers | 2609568 | Sacramento CA - Drivers |
| 2339121 | Los Angeles CA East - Drivers | 2387571 | Sacramento CA - Drivers |
| 2547625 | Los Angeles CA East - Drivers | 1222107 | Sacramento CA - Drivers |
| 2583436 | Los Angeles CA East - Drivers | 2571384 | Sacramento CA - Drivers |
| 1402917 | Los Angeles CA East - Drivers | 2678889 | Sacramento CA - Drivers |
| 1163213 | Los Angeles CA East - Drivers | 1344898 | Sacramento CA - Drivers |
| 2349394 | Los Angeles CA East - Drivers | 2635477 | Sacramento CA - Drivers |
| 2489729 | Los Angeles CA East - Drivers | 819385 | Sacramento CA - Drivers |
| 2353870 | Los Angeles CA East - Drivers | 2622641 | Sacramento CA - Drivers |
| 2455694 | Los Angeles CA East - Drivers | 2498087 | Sacramento CA - Drivers |
| 2170363 | Los Angeles CA East - Drivers | 2689856 | Sacramento CA - Drivers |
| 880659 | Los Angeles CA East - Drivers | 2335326 | Sacramento CA - Drivers |
| 2490438 | Los Angeles CA East - Drivers | 2242918 | Sacramento CA - Drivers |
| 2805387 | Los Angeles CA East - Drivers | 2189654 | Sacramento CA - Drivers |
| 707737 | Los Angeles CA East - Drivers | 2415948 | Sacramento CA - Drivers |
| 1204837 | Los Angeles CA East - Drivers | 2278555 | Sacramento CA - Drivers |
| 2394823 | Los Angeles CA East - Drivers | 2388235 | Sacramento CA - Drivers |
| 1419352 | Los Angeles CA East - Drivers | 1328697 | Sacramento CA - Drivers |
| 2760853 | Los Angeles CA East - Drivers | 2585915 | Sacramento CA - Drivers |
| 2468750 | Los Angeles CA East - Drivers | 2608164 | Sacramento CA - Drivers |
| 2207109 | Los Angeles CA East - Drivers | 738520 | Sacramento CA - Drivers |
| 2209193 | Los Angeles CA East - Drivers | 2642293 | Sacramento CA - Drivers |
| 715528 | Los Angeles CA East - Drivers | 2252036 | Sacramento CA - Drivers |
| 2258598 | Los Angeles CA East - Drivers | 1255883 | Sacramento CA - Drivers |
| 625385 | Los Angeles CA East - Drivers | 1417837 | Sacramento CA - Drivers |
| 732518 | Los Angeles CA East - Drivers | 2781921 | Sacramento CA - Drivers |
| 1161516 | Los Angeles CA East - Drivers | 918610 | Sacramento CA - Drivers |
| 1161511 | Los Angeles CA East - Drivers | 2655383 | Sacramento CA - Drivers |
| 1452907 | Los Angeles CA East - Drivers | 2282602 | Sacramento CA - Drivers |
| 920435 | Los Angeles CA East - Drivers | 2168609 | Sacramento CA - Drivers |
| 1336920 | Los Angeles CA East - Drivers | 2365939 | Sacramento CA - Drivers |

| | | | |
|---|---|---|---|
| 2178856 | Los Angeles CA East - Drivers | 2244687 | Sacramento CA - Drivers |
| 1334256 | Los Angeles CA East - Drivers | 2423318 | Sacramento CA - Drivers |
| 2245683 | Los Angeles CA East - Drivers | 1293897 | Sacramento CA - Drivers |
| 1442949 | Los Angeles CA East - Drivers | 2168647 | Sacramento CA - Drivers |
| 1369481 | Los Angeles CA East - Drivers | 2688027 | Sacramento CA - Drivers |
| 2253412 | Los Angeles CA East - Drivers | 1434196 | Sacramento CA - Drivers |
| 2577925 | Los Angeles CA East - Drivers | 1293177 | Sacramento CA - Drivers |
| 2195969 | Los Angeles CA East - Drivers | 2696533 | Sacramento CA - Drivers |
| 2191723 | Los Angeles CA East - Drivers | 2194108 | Sacramento CA - Drivers |
| 2442924 | Los Angeles CA East - Drivers | 1446145 | Sacramento CA - Drivers |
| 2759625 | Los Angeles CA East - Drivers | 1330046 | Sacramento CA - Drivers |
| 1656273 | Los Angeles CA East - Drivers | 2417243 | Sacramento CA - Drivers |
| 1423857 | Los Angeles CA East - Drivers | 1157996 | Sacramento CA - Drivers |
| 1383393 | Los Angeles CA East - Drivers | 1360001 | Sacramento CA - Drivers |
| 2730947 | Los Angeles CA East - Drivers | 2268166 | Sacramento CA - Drivers |
| 2469048 | Los Angeles CA East - Drivers | 1282778 | Sacramento CA - Drivers |
| 2556575 | Los Angeles CA East - Drivers | 1435858 | Sacramento CA - Drivers |
| 2420540 | Los Angeles CA East - Drivers | 2396381 | Sacramento CA - Drivers |
| 2400774 | Los Angeles CA East - Drivers | 2570392 | Sacramento CA - Drivers |
| 2593564 | Los Angeles CA East - Drivers | 2280961 | Sacramento CA - Drivers |
| 2373743 | Los Angeles CA East - Drivers | 2800214 | Sacramento CA - Drivers |
| 2239147 | Los Angeles CA East - Drivers | 2640478 | Sacramento CA - Drivers |
| 723141 | Los Angeles CA East - Drivers | 1296357 | Sacramento CA - Drivers |
| 2651444 | Los Angeles CA East - Drivers | 2687740 | Sacramento CA - Drivers |
| 2180571 | Los Angeles CA East - Drivers | 1209904 | Sacramento CA - Drivers |
| 707820 | Los Angeles CA East - Drivers | 2370622 | Sacramento CA - Drivers |
| 2632573 | Los Angeles CA East - Drivers | 2648390 | Sacramento CA - Drivers |
| 2674593 | Los Angeles CA East - Drivers | 1306703 | Sacramento CA - Drivers |
| 2554452 | Los Angeles CA East - Drivers | 755918 | Sacramento CA - Drivers |
| 2469032 | Los Angeles CA East - Drivers | 923993 | Sacramento CA - Drivers |
| 2624691 | Los Angeles CA East - Drivers | 2238774 | Sacramento CA - Drivers |
| 909005 | Los Angeles CA East - Drivers | 1318738 | Sacramento CA - Drivers |
| 2454108 | Los Angeles CA East - Drivers | 2599811 | Sacramento CA - Drivers |
| 694632 | Los Angeles CA East - Drivers | 2232931 | Sacramento CA - Drivers |
| 2401319 | Los Angeles CA East - Drivers | 1353717 | Sacramento CA - Drivers |
| 2474595 | Los Angeles CA East - Drivers | 2332290 | Sacramento CA - Drivers |
| 2256907 | Los Angeles CA East - Drivers | 1363570 | Sacramento CA - Drivers |
| 1166627 | Los Angeles CA East - Drivers | 2332671 | Sacramento CA - Drivers |
| 951701 | Los Angeles CA East - Drivers | 2362999 | Sacramento CA - Drivers |
| 2556248 | Los Angeles CA East - Drivers | 2208827 | Sacramento CA - Drivers |
| 2482172 | Los Angeles CA East - Drivers | 2168699 | Sacramento CA - Drivers |
| 1186037 | Los Angeles CA East - Drivers | 2166973 | Sacramento CA - Drivers |
| 2730511 | Los Angeles CA East - Drivers | 1361390 | Sacramento CA - Drivers |
| 2406850 | Los Angeles CA East - Drivers | 2468405 | Sacramento CA - Drivers |
| 2632127 | Los Angeles CA East - Drivers | 2545264 | Sacramento CA - Drivers |
| 1159172 | Los Angeles CA East - Drivers | 1263087 | Sacramento CA - Drivers |
| 551958 | Los Angeles CA East - Drivers | 2345123 | Sacramento CA - Drivers |
| 715666 | Los Angeles CA East - Drivers | 1355439 | Sacramento CA - Drivers |
| 1354603 | Los Angeles CA East - Drivers | 2477805 | Sacramento CA - Drivers |
| 2838125 | Los Angeles CA East - Drivers | 2539930 | Sacramento CA - Drivers |
| 2678175 | Los Angeles CA East - Drivers | 2375648 | Sacramento CA - Drivers |
| 2402087 | Los Angeles CA East - Drivers | 2513332 | Sacramento CA - Drivers |
| 869598 | Los Angeles CA East - Drivers | 2567964 | Sacramento CA - Drivers |
| 1181113 | Los Angeles CA East - Drivers | 2661285 | Sacramento CA - Drivers |
| 1397207 | Los Angeles CA East - Drivers | 1420095 | Sacramento CA - Drivers |
| 936652 | Los Angeles CA East - Drivers | 2185014 | Sacramento CA - Drivers |
| 948099 | Los Angeles CA East - Drivers | 2336089 | Sacramento CA - Drivers |
| 2481473 | Los Angeles CA East - Drivers | 915836 | Sacramento CA - Drivers |
| 2178910 | Los Angeles CA East - Drivers | 2168147 | Sacramento CA - Drivers |

| | | | |
|---|---|---|---|
| 1211156 | Los Angeles CA East - Drivers | 2489661 | Sacramento CA - Drivers |
| 2412881 | Los Angeles CA East - Drivers | 2631297 | Sacramento CA - Drivers |
| 2716482 | Los Angeles CA East - Drivers | 2658761 | Sacramento CA - Drivers |
| 2373166 | Los Angeles CA East - Drivers | 1454238 | Sacramento CA - Drivers |
| 2432921 | Los Angeles CA East - Drivers | 1341840 | Sacramento CA - Drivers |
| 1285599 | Los Angeles CA East - Drivers | 1294152 | Sacramento CA - Drivers |
| 2800906 | Los Angeles CA East - Drivers | 2354687 | Sacramento CA - Drivers |
| 609514 | Los Angeles CA East - Drivers | 2585424 | Sacramento CA - Drivers |
| 929900 | Los Angeles CA East - Drivers | 2439609 | Sacramento CA - Drivers |
| 2566059 | Los Angeles CA East - Drivers | 1407575 | Sacramento CA - Drivers |
| 924941 | Los Angeles CA East - Drivers | 1260457 | Sacramento CA - Drivers |
| 1347960 | Los Angeles CA East - Drivers | 1148885 | Sacramento CA - Drivers |
| 1443484 | Los Angeles CA East - Drivers | 2640321 | Sacramento CA - Drivers |
| 1306093 | Los Angeles CA East - Drivers | 2563516 | Sacramento CA - Drivers |
| 1404561 | Los Angeles CA East - Drivers | 2608297 | Sacramento CA - Drivers |
| 750321 | Los Angeles CA East - Drivers | 2144313 | Sacramento CA - Drivers |
| 1218046 | Los Angeles CA East - Drivers | 1160967 | Sacramento CA - Drivers |
| 2428523 | Los Angeles CA East - Drivers | 2261750 | Sacramento CA - Drivers |
| 2570271 | Los Angeles CA East - Drivers | 786186 | Sacramento CA - Drivers |
| 807893 | Los Angeles CA East - Drivers | 1147961 | Sacramento CA - Drivers |
| 2642671 | Los Angeles CA East - Drivers | 2498709 | Sacramento CA - Drivers |
| 2465512 | Los Angeles CA East - Drivers | 2500237 | Sacramento CA - Drivers |
| 1350969 | Los Angeles CA East - Drivers | 1511248 | Sacramento CA - Drivers |
| 1180189 | Los Angeles CA East - Drivers | 2171720 | Sacramento CA - Drivers |
| 951257 | Los Angeles CA East - Drivers | 1429254 | Sacramento CA - Drivers |
| 2582875 | Los Angeles CA East - Drivers | 2195934 | Sacramento CA - Drivers |
| 1197895 | Los Angeles CA East - Drivers | 2700760 | Sacramento CA - Drivers |
| 1210692 | Los Angeles CA East - Drivers | 2227494 | Sacramento CA - Drivers |
| 920451 | Los Angeles CA East - Drivers | 1387657 | Sacramento CA - Drivers |
| 1197408 | Los Angeles CA East - Drivers | 2374569 | Sacramento CA - Drivers |
| 1453140 | Los Angeles CA East - Drivers | 2181680 | Sacramento CA - Drivers |
| 2217037 | Los Angeles CA East - Drivers | 2683662 | Sacramento CA - Drivers |
| 2418185 | Los Angeles CA East - Drivers | 2243585 | Sacramento CA - Drivers |
| 2767623 | Los Angeles CA East - Drivers | 2545640 | Sacramento CA - Drivers |
| 2618593 | Los Angeles CA East - Drivers | 2494631 | Sacramento CA - Drivers |
| 2730122 | Los Angeles CA East - Drivers | 2768389 | Sacramento CA - Drivers |
| 1458403 | Los Angeles CA East - Drivers | 2491531 | Sacramento CA - Drivers |
| 961675 | Los Angeles CA East - Drivers | 2334665 | Sacramento CA - Drivers |
| 868531 | Los Angeles CA East - Drivers | 2339849 | Sacramento CA - Drivers |
| 924961 | Los Angeles CA East - Drivers | 2145714 | Sacramento CA - Drivers |
| 2461057 | Los Angeles CA East - Drivers | 2708338 | Sacramento CA - Drivers |
| 895873 | Los Angeles CA East - Drivers | 2762454 | Sacramento CA - Drivers |
| 2414410 | Los Angeles CA East - Drivers | 1266732 | Sacramento CA - Drivers |
| 2651352 | Los Angeles CA West - Drivers | 2596875 | Sacramento CA - Drivers |
| 2363000 | Los Angeles CA West - Drivers | 2143212 | Sacramento CA - Drivers |
| 1354405 | Los Angeles CA West - Drivers | 1349409 | Sacramento CA - Drivers |
| 1291848 | Los Angeles CA West - Drivers | 2658620 | Sacramento CA - Drivers |
| 698796 | Los Angeles CA West - Drivers | 1369726 | Sacramento CA - Drivers |
| 1435363 | Los Angeles CA West - Drivers | 2590014 | Sacramento CA - Drivers |
| 2140587 | Los Angeles CA West - Drivers | 1310594 | Sacramento CA - Drivers |
| 1281611 | Los Angeles CA West - Drivers | 1340504 | Sacramento CA - Drivers |
| 2170144 | Los Angeles CA West - Drivers | 2332272 | Sacramento CA - Drivers |
| 933239 | Los Angeles CA West - Drivers | 2523998 | Sacramento CA - Drivers |
| 1260509 | Los Angeles CA West - Drivers | 2274247 | Sacramento CA - Drivers |
| 1365244 | Los Angeles CA West - Drivers | 2760616 | Sacramento CA - Drivers |
| 2702450 | Los Angeles CA West - Drivers | 1259035 | Sacramento CA - Drivers |
| 2467571 | Los Angeles CA West - Drivers | 2207757 | Sacramento CA - Drivers |
| 1318662 | Los Angeles CA West - Drivers | 2676826 | Sacramento CA - Drivers |
| 1430787 | Los Angeles CA West - Drivers | 2256926 | Sacramento CA - Drivers |

| | | | |
|---|---|---|---|
| 2781476 | Los Angeles CA West - Drivers | | Sacramento CA - Drivers |
| 1286281 | Los Angeles CA West - Drivers | 1302121 | Sacramento CA - Drivers |
| 1258927 | Los Angeles CA West - Drivers | 2421460 | Sacramento CA - Drivers |
| 2373540 | Los Angeles CA West - Drivers | 2836027 | Sacramento CA - Drivers |
| 1250669 | Los Angeles CA West - Drivers | 1403298 | Sacramento CA - Drivers |
| 2407842 | Los Angeles CA West - Drivers | 1373277 | Sacramento CA - Drivers |
| 2791885 | Los Angeles CA West - Drivers | 1403517 | Sacramento CA - Drivers |
| 2470207 | Los Angeles CA West - Drivers | 2572428 | Sacramento CA - Drivers |
| 2807348 | Los Angeles CA West - Drivers | 2599194 | Sacramento CA - Drivers |
| 1283559 | Los Angeles CA West - Drivers | 2701752 | Sacramento CA - Drivers |
| 1199299 | Los Angeles CA West - Drivers | 1248385 | Sacramento CA - Drivers |
| 1145985 | Los Angeles CA West - Drivers | 2551952 | Sacramento CA - Drivers |
| 2377718 | Los Angeles CA West - Drivers | 2257945 | Sacramento CA - Drivers |
| 2466975 | Los Angeles CA West - Drivers | 2579268 | Sacramento CA - Drivers |
| 2342117 | Los Angeles CA West - Drivers | 1147942 | Sacramento CA - Drivers |
| 2423148 | Los Angeles CA West - Drivers | 2257048 | Sacramento CA - Drivers |
| 2422153 | Los Angeles CA West - Drivers | 2559458 | Sacramento CA - Drivers |
| 2482960 | Los Angeles CA West - Drivers | 2417713 | Sacramento CA - Drivers |
| 778264 | Los Angeles CA West - Drivers | 2346026 | Sacramento CA - Drivers |
| 871889 | Los Angeles CA West - Drivers | 2425616 | Sacramento CA - Drivers |
| 2781187 | Los Angeles CA West - Drivers | 1402324 | Sacramento CA - Drivers |
| 2636137 | Los Angeles CA West - Drivers | 1448494 | Sacramento CA - Drivers |
| 2553606 | Los Angeles CA West - Drivers | 2517937 | Sacramento CA - Drivers |
| 1336391 | Los Angeles CA West - Drivers | 1416766 | Sacramento CA - Drivers |
| 1347623 | Los Angeles CA West - Drivers | 2173547 | Sacramento CA - Drivers |
| 1354618 | Los Angeles CA West - Drivers | 1234450 | Sacramento CA - Drivers |
| 899036 | Los Angeles CA West - Drivers | 1302090 | Sacramento CA - Drivers |
| 1205457 | Los Angeles CA West - Drivers | 2507544 | Sacramento CA - Drivers |
| 2607459 | Los Angeles CA West - Drivers | 152075 | Sacramento CA - Drivers |
| 1299068 | Los Angeles CA West - Drivers | 1271426 | Sacramento CA - Drivers |
| 2455866 | Los Angeles CA West - Drivers | 2793630 | Sacramento CA - Drivers |
| 2529264 | Los Angeles CA West - Drivers | 2368171 | Sacramento CA - Drivers |
| 1169308 | Los Angeles CA West - Drivers | 2607260 | Sacramento CA - Drivers |
| 1222649 | Los Angeles CA West - Drivers | 1308727 | Sacramento CA - Drivers |
| 1353699 | Los Angeles CA West - Drivers | 769106 | Sacramento CA - Drivers |
| 713426 | Los Angeles CA West - Drivers | 2506821 | Sacramento CA - Drivers |
| 2447894 | Los Angeles CA West - Drivers | 2712700 | Sacramento CA - Drivers |
| 1333667 | Los Angeles CA West - Drivers | 1223123 | Sacramento CA - Drivers |
| 2244867 | Los Angeles CA West - Drivers | 1438472 | Sacramento CA - Drivers |
| 2219916 | Los Angeles CA West - Drivers | 1315918 | Sacramento CA - Drivers |
| 2730927 | Los Angeles CA West - Drivers | 2624773 | Sacramento CA - Drivers |
| 2547397 | Los Angeles CA West - Drivers | 1441949 | Sacramento CA - Drivers |
| 2584035 | Los Angeles CA West - Drivers | 1393987 | Sacramento CA - Drivers |
| 1217071 | Los Angeles CA West - Drivers | 2637094 | Sacramento CA - Drivers |
| 872905 | Los Angeles CA West - Drivers | 2235543 | Sacramento CA - Drivers |
| 2465132 | Los Angeles CA West - Drivers | 2464693 | Sacramento CA - Drivers |
| 1328783 | Los Angeles CA West - Drivers | 2608748 | Sacramento CA - Drivers |
| 2499275 | Los Angeles CA West - Drivers | 2595071 | Sacramento CA - Drivers |
| 448737 | Los Angeles CA West - Drivers | 1358686 | Sacramento CA - Drivers |
| 1297800 | Los Angeles CA West - Drivers | 2642669 | Sacramento CA - Drivers |
| 2477194 | Los Angeles CA West - Drivers | 2459620 | Sacramento CA - Drivers |
| 2756636 | Los Angeles CA West - Drivers | 2377943 | Sacramento CA - Drivers |
| 2603874 | Los Angeles CA West - Drivers | 2638967 | Sacramento CA - Drivers |
| 1330282 | Los Angeles CA West - Drivers | 2377245 | Sacramento CA - Drivers |
| 2662061 | Los Angeles CA West - Drivers | 2228682 | Sacramento CA - Drivers |
| 2468766 | Los Angeles CA West - Drivers | 2332742 | Sacramento CA - Drivers |
| 915290 | Los Angeles CA West - Drivers | 2660661 | Sacramento CA - Drivers |
| 2533005 | Los Angeles CA West - Drivers | 2381406 | Sacramento CA - Drivers |
| 2740940 | Los Angeles CA West - Drivers | 2566736 | Sacramento CA - Drivers |

| ID | Location | ID | Location |
|---|---|---|---|
| 2540576 | Los Angeles CA West - Drivers | 984650 | Sacramento CA - Drivers |
| 1369618 | Los Angeles CA West - Drivers | 2508615 | Sacramento CA - Drivers |
| 2717293 | Los Angeles CA West - Drivers | 2830326 | Sacramento CA - Drivers |
| 1459249 | Los Angeles CA West - Drivers | 2177241 | Sacramento CA - Drivers |
| 1453807 | Los Angeles CA West - Drivers | 2527941 | Sacramento CA - Drivers |
| 2385465 | Los Angeles CA West - Drivers | 1270534 | Sacramento CA - Drivers |
| 1349976 | Los Angeles CA West - Drivers | 2843999 | Sacramento CA - Drivers |
| 842614 | Los Angeles CA West - Drivers | 2597886 | Sacramento CA - Drivers |
| 1250292 | Los Angeles CA West - Drivers | 2206423 | Sacramento CA - Drivers |
| 2579711 | Los Angeles CA West - Drivers | 2603646 | Sacramento CA - Drivers |
| 2609287 | Los Angeles CA West - Drivers | 2661095 | Sacramento CA - Drivers |
| 1216350 | Los Angeles CA West - Drivers | 2649541 | Sacramento CA - Drivers |
| 2580116 | Los Angeles CA West - Drivers | 1333583 | Sacramento CA - Drivers |
| 2759678 | Los Angeles CA West - Drivers | 2701712 | Sacramento CA - Drivers |
| 2663400 | Los Angeles CA West - Drivers | 2494442 | Sacramento CA - Drivers |
| 2759825 | Los Angeles CA West - Drivers | 1316341 | Sacramento CA - Drivers |
| 1384893 | Los Angeles CA West - Drivers | 2352001 | Sacramento CA - Drivers |
| 1322073 | Los Angeles CA West - Drivers | 2283469 | Sacramento CA - Drivers |
| 1326476 | Los Angeles CA West - Drivers | 2674888 | Sacramento CA - Drivers |
| 2491967 | Los Angeles CA West - Drivers | 900699 | Sacramento CA - Drivers |
| 2419157 | Los Angeles CA West - Drivers | 2578630 | Sacramento CA - Drivers |
| 721427 | Los Angeles CA West - Drivers | 738385 | Sacramento CA - Drivers |
| 1408135 | Los Angeles CA West - Drivers | 2242782 | Sacramento CA - Drivers |
| 1398209 | Los Angeles CA West - Drivers | 1455143 | Sacramento CA - Drivers |
| 2645938 | Los Angeles CA West - Drivers | 2231207 | Sacramento CA - Drivers |
| 1240093 | Los Angeles CA West - Drivers | 2473640 | Sacramento CA - Drivers |
| 1347859 | Los Angeles CA West - Drivers | 2437485 | Sacramento CA - Drivers |
| 2566744 | Los Angeles CA West - Drivers | 1254748 | Sacramento CA - Drivers |
| 2519053 | Los Angeles CA West - Drivers | 2358348 | Sacramento CA - Drivers |
| 1432204 | Los Angeles CA West - Drivers | 2669700 | Sacramento CA - Drivers |
| 2544095 | Los Angeles CA West - Drivers | 2794854 | Sacramento CA - Drivers |
| 2344065 | Los Angeles CA West - Drivers | 2239592 | Sacramento CA - Drivers |
| 2238052 | Los Angeles CA West - Drivers | 2475397 | Sacramento CA - Drivers |
| 2498660 | Los Angeles CA West - Drivers | 2402371 | Sacramento CA - Drivers |
| 2781122 | Los Angeles CA West - Drivers | 2559727 | Sacramento CA - Drivers |
| 1382743 | Los Angeles CA West - Drivers | 1301393 | Sacramento CA - Drivers |
| 1386128 | Los Angeles CA West - Drivers | 2475458 | Sacramento CA - Drivers |
| 2223843 | Los Angeles CA West - Drivers | 1360582 | Sacramento CA - Drivers |
| 2131508 | Los Angeles CA West - Drivers | 2638164 | Sacramento CA - Drivers |
| 2590477 | Los Angeles CA West - Drivers | 2378639 | Sacramento CA - Drivers |
| 2697765 | Los Angeles CA West - Drivers | 2246531 | Sacramento CA - Drivers |
| 2189078 | Los Angeles CA West - Drivers | 1450952 | Sacramento CA - Drivers |
| 2241054 | Los Angeles CA West - Drivers | 1430724 | Sacramento CA - Drivers |
| 903725 | Los Angeles CA West - Drivers | 1333979 | Sacramento CA - Drivers |
| 2578586 | Los Angeles CA West - Drivers | 2683209 | Sacramento CA - Drivers |
| 1202814 | Los Angeles CA West - Drivers | 1369439 | Sacramento CA - Drivers |
| 2423386 | Los Angeles CA West - Drivers | 2524739 | Sacramento CA - Drivers |
| 484823 | Los Angeles CA West - Drivers | 2364162 | Sacramento CA - Drivers |
| 2690490 | Los Angeles CA West - Drivers | 2376346 | Sacramento CA - Drivers |
| 2629810 | Los Angeles CA West - Drivers | 1348664 | Sacramento CA - Drivers |
| 1367666 | Los Angeles CA West - Drivers | 1297782 | Sacramento CA - Drivers |
| 2690510 | Los Angeles CA West - Drivers | 2256960 | Sacramento CA - Drivers |
| 2386965 | Los Angeles CA West - Drivers | 2738006 | Sacramento CA - Drivers |
| 2836286 | Los Angeles CA West - Drivers | 1402630 | Sacramento CA - Drivers |
| 1279601 | Los Angeles CA West - Drivers | 2659644 | Sacramento CA - Drivers |
| 917848 | Los Angeles CA West - Drivers | 2364990 | Sacramento CA - Drivers |
| 1187384 | Los Angeles CA West - Drivers | 2372322 | Sacramento CA - Drivers |
| 901939 | Los Angeles CA West - Drivers | 1321189 | Sacramento CA - Drivers |
| 1392406 | Los Angeles CA West - Drivers | 2601137 | Sacramento CA - Drivers |

| | | | |
|---|---|---|---|
| 868073 | Los Angeles CA West - Drivers | 2718044 | Sacramento CA - Drivers |
| 2339188 | Los Angeles CA West - Drivers | 2793762 | Sacramento CA - Drivers |
| 1322677 | Los Angeles CA West - Drivers | 2688664 | Sacramento CA - Drivers |
| 908754 | Los Angeles CA West - Drivers | 2540636 | Sacramento CA - Drivers |
| 2195787 | Los Angeles CA West - Drivers | 898130 | Sacramento CA - Drivers |
| 1323903 | Los Angeles CA West - Drivers | 2487930 | Sacramento CA - Drivers |
| 1255339 | Los Angeles CA West - Drivers | 2376050 | Sacramento CA - Drivers |
| 2611624 | Los Angeles CA West - Drivers | 2782091 | Sacramento CA - Drivers |
| 1331097 | Los Angeles CA West - Drivers | 2283439 | Sacramento CA - Drivers |
| 886941 | Los Angeles CA West - Drivers | 2514162 | Sacramento CA - Drivers |
| 1202926 | Los Angeles CA West - Drivers | 2695132 | Sacramento CA - Drivers |
| 2545448 | Los Angeles CA West - Drivers | 1388477 | Sacramento CA - Drivers |
| 2592104 | Los Angeles CA West - Drivers | 1435573 | Sacramento CA - Drivers |
| 1443270 | Los Angeles CA West - Drivers | 2233064 | Sacramento CA - Drivers |
| 2442656 | Los Angeles CA West - Drivers | 1359149 | Sacramento CA - Drivers |
| 2537752 | Los Angeles CA West - Drivers | 1310471 | Sacramento CA - Drivers |
| 2256990 | Los Angeles CA West - Drivers | 1357673 | Sacramento CA - Drivers |
| 2592921 | Los Angeles CA West - Drivers | 1403196 | Sacramento CA - Drivers |
| 2335488 | Los Angeles CA West - Drivers | 2676754 | Sacramento CA - Drivers |
| 2534485 | Los Angeles CA West - Drivers | 2415066 | Sacramento CA - Drivers |
| 2695799 | Los Angeles CA West - Drivers | 2724792 | Sacramento CA - Drivers |
| 883304 | Los Angeles CA West - Drivers | 2261984 | San Antonio TX - Drivers |
| 1351400 | Los Angeles CA West - Drivers | 726781 | Seattle WA - Drivers |
| 2620790 | Los Angeles CA West - Drivers | 2701806 | zz - San Francisco CA - Drivers |
| 2253532 | Los Angeles CA West - Drivers | 1311873 | zz - San Francisco CA - Drivers |
| 2335137 | Los Angeles CA West - Drivers | 2680097 | zz - San Francisco CA - Drivers |
| 2141732 | Los Angeles CA West - Drivers | 2658891 | zz - San Francisco CA - Drivers |
| 2566499 | Los Angeles CA West - Drivers | 2665667 | zz - San Francisco CA - Drivers |
| 2236209 | Los Angeles CA West - Drivers | 2674542 | zz - San Francisco CA - Drivers |
| 873778 | Los Angeles CA West - Drivers | 1233751 | zz - San Francisco CA - Drivers |
| 1308835 | Los Angeles CA West - Drivers | 2651343 | zz - San Francisco CA - Drivers |
| 2657238 | Los Angeles CA West - Drivers | 1352285 | zz - San Francisco CA - Drivers |
| 1283569 | Los Angeles CA West - Drivers | 914412 | zz - San Francisco CA - Drivers |
| 804873 | Los Angeles CA West - Drivers | 763629 | zz - San Francisco CA - Drivers |
| 2208652 | Los Angeles CA West - Drivers | 2643175 | zz - San Francisco CA - Drivers |
| 2418964 | Los Angeles CA West - Drivers | 2688861 | zz - San Francisco CA - Drivers |
| 1324696 | Los Angeles CA West - Drivers | 2642679 | zz - San Francisco CA - Drivers |
| 1301237 | Los Angeles CA West - Drivers | 2691488 | zz - San Francisco CA - Drivers |
| 926040 | Los Angeles CA West - Drivers | 2840176 | zz - San Francisco CA - Drivers |
| 2539747 | Los Angeles CA West - Drivers | 81822 | zz - San Francisco CA - Drivers |
| 2271864 | Los Angeles CA West - Drivers | | |
| 1397206 | Los Angeles CA West - Drivers | | |
| 2591565 | Los Angeles CA West - Drivers | | |
| 1463722 | Los Angeles CA West - Drivers | | |
| 1189845 | Los Angeles CA West - Drivers | | |
| 2514951 | Los Angeles CA West - Drivers | | |
| 1270564 | Los Angeles CA West - Drivers | | |
| 2141061 | Los Angeles CA West - Drivers | | |
| 2570726 | Los Angeles CA West - Drivers | | |
| 2757105 | Los Angeles CA West - Drivers | | |
| 1250753 | Los Angeles CA West - Drivers | | |
| 946957 | Los Angeles CA West - Drivers | | |
| 2653783 | Los Angeles CA West - Drivers | | |
| 2257070 | Los Angeles CA West - Drivers | | |
| 1247505 | Los Angeles CA West - Drivers | | |
| 2503744 | Los Angeles CA West - Drivers | | |
| 1253000 | Los Angeles CA West - Drivers | | |
| 2366227 | Los Angeles CA West - Drivers | | |
| 2670903 | Los Angeles CA West - Drivers | | |

| | |
|---|---|
| 2482798 | Los Angeles CA West - Drivers |
| 2412938 | Los Angeles CA West - Drivers |
| 1231924 | Los Angeles CA West - Drivers |
| 2277017 | Los Angeles CA West - Drivers |
| 2522935 | Los Angeles CA West - Drivers |
| 1456811 | Los Angeles CA West - Drivers |
| 1283229 | Los Angeles CA West - Drivers |
| 1345385 | Los Angeles CA West - Drivers |
| 2277729 | Los Angeles CA West - Drivers |
| 2558535 | Los Angeles CA West - Drivers |
| 2483647 | Los Angeles CA West - Drivers |
| 2535901 | Los Angeles CA West - Drivers |
| 2543099 | Los Angeles CA West - Drivers |
| 1399975 | Los Angeles CA West - Drivers |
| 2705556 | Los Angeles CA West - Drivers |
| 2810099 | Los Angeles CA West - Drivers |
| 1346070 | Los Angeles CA West - Drivers |