# Exhibit B

| Employee (ID) | Total Hours | Branch | Employee (ID) | Total Hours | Branch |
|---|---|---|---|---|---|
| 698331 | 5,439.75 | Atlanta GA - Drivers | 1283229 | 976.00 | Los Angeles CA West - Drivers |
| 1317287 | 18.00 | Birmingham AL - Drivers | 1345385 | 587.75 | Los Angeles CA West - Drivers |
| 1346743 | 61.25 | Birmingham AL - Drivers | 2277729 | 108.50 | Los Angeles CA West - Drivers |
| 2561515 | 1,467.34 | Chicago IL - Drivers | 2558535 | 164.00 | Los Angeles CA West - Drivers |
| 2226980 | 405.00 | Denver CO - Drivers | 2483647 | 12.00 | Los Angeles CA West - Drivers |
| 775841 | 23.00 | Denver CO - Drivers | 2535901 | 847.00 | Los Angeles CA West - Drivers |
| 955696 | 180.25 | Denver CO - Drivers | 2543099 | 313.25 | Los Angeles CA West - Drivers |
| 2713853 | 179.75 | Los Angeles CA East - Drivers | 1399975 | 278.75 | Los Angeles CA West - Drivers |
| 2253483 | 103.89 | Los Angeles CA East - Drivers | 2705556 | 8.00 | Los Angeles CA West - Drivers |
| 2253515 | 346.50 | Los Angeles CA East - Drivers | 2810099 | 24.00 | Los Angeles CA West - Drivers |
| 2679169 | 1,458.17 | Los Angeles CA East - Drivers | 1346070 | 2,342.80 | Los Angeles CA West - Drivers |
| 899924 | 5.50 | Los Angeles CA East - Drivers | 1216994 | 4,934.25 | Los Angeles CA West - Drivers |
| 2443688 | 663.71 | Los Angeles CA East - Drivers | 1308830 | 385.50 | Los Angeles CA West - Drivers |
| 2390377 | 30.75 | Los Angeles CA East - Drivers | 901945 | 4,309.00 | Los Angeles CA West - Drivers |
| 2660947 | 4.83 | Los Angeles CA East - Drivers | 936039 | 581.75 | Los Angeles CA West - Drivers |
| 755537 | 674.25 | Los Angeles CA East - Drivers | 909853 | 3,702.25 | Los Angeles CA West - Drivers |
| 1147838 | 737.75 | Los Angeles CA East - Drivers | 881912 | 1,803.08 | Los Angeles CA West - Drivers |
| 881500 | 453.50 | Los Angeles CA East - Drivers | 909959 | 1,070.00 | Los Angeles CA West - Drivers |
| 1148108 | 754.50 | Los Angeles CA East - Drivers | 1412318 | 437.25 | Los Angeles CA West - Drivers |
| 820420 | 57.75 | Los Angeles CA East - Drivers | 1414200 | 766.00 | Los Angeles CA West - Drivers |
| 2581426 | 161.25 | Los Angeles CA East - Drivers | 2606335 | 28.25 | Los Angeles CA West - Drivers |
| 802357 | 17.25 | Los Angeles CA East - Drivers | 2758545 | 295.00 | Los Angeles CA West - Drivers |
| 2189105 | 823.50 | Los Angeles CA East - Drivers | 701455 | 4,875.00 | Los Angeles CA West - Drivers |
| 1194298 | 110.00 | Los Angeles CA East - Drivers | 2783726 | 295.25 | Los Angeles CA West - Drivers |
| 1190605 | 150.00 | Los Angeles CA East - Drivers | 1331453 | 7.75 | Los Angeles CA West - Drivers |
| 786627 | 599.50 | Los Angeles CA East - Drivers | 2357924 | 18.50 | Los Angeles CA West - Drivers |
| 729890 | 10.00 | Los Angeles CA East - Drivers | 2334704 | 842.75 | Los Angeles CA West - Drivers |
| 2400942 | 2,234.75 | Los Angeles CA East - Drivers | 1392165 | 24.00 | Los Angeles CA West - Drivers |
| 1149900 | 459.25 | Los Angeles CA East - Drivers | 2504590 | 144.00 | Los Angeles CA West - Drivers |
| 2437317 | 272.80 | Los Angeles CA East - Drivers | 1324925 | 106.00 | Los Angeles CA West - Drivers |
| 893675 | 211.25 | Los Angeles CA East - Drivers | 939368 | 437.00 | Los Angeles CA West - Drivers |
| 851125 | 721.75 | Los Angeles CA East - Drivers | 2484843 | 1,574.00 | Los Angeles CA West - Drivers |
| 624051 | 17.50 | Los Angeles CA East - Drivers | 2757470 | 295.50 | Los Angeles CA West - Drivers |
| 1196869 | 20.25 | Los Angeles CA East - Drivers | 2719006 | 1,232.95 | Los Angeles CA West - Drivers |
| 2552028 | 931.75 | Los Angeles CA East - Drivers | 1410634 | 79.50 | Los Angeles CA West - Drivers |
| 2834641 | 77.50 | Los Angeles CA East - Drivers | 2767550 | 623.75 | Los Angeles CA West - Drivers |
| 2435079 | 858.72 | Los Angeles CA East - Drivers | 2677601 | 183.75 | Los Angeles CA West - Drivers |
| 967432 | 466.00 | Los Angeles CA East - Drivers | 1213410 | 133.00 | Los Angeles CA West - Drivers |
| 1219626 | 456.00 | Los Angeles CA East - Drivers | 1328507 | 187.00 | Los Angeles CA West - Drivers |
| 1199531 | 1,008.00 | Los Angeles CA East - Drivers | 1383959 | 4.00 | Los Angeles CA West - Drivers |
| 2593749 | 368.75 | Los Angeles CA East - Drivers | 2233415 | 27.00 | Los Angeles CA West - Drivers |
| 861605 | 135.00 | Los Angeles CA East - Drivers | 763564 | 8,202.80 | Los Angeles CA West - Drivers |
| 2552385 | 145.75 | Los Angeles CA East - Drivers | 2809302 | 258.00 | Los Angeles CA West - Drivers |
| 1249130 | 1,684.25 | Los Angeles CA East - Drivers | 2542955 | 756.00 | Los Angeles CA West - Drivers |
| 709046 | 250.25 | Los Angeles CA East - Drivers | 1295371 | 494.25 | Los Angeles CA West - Drivers |
| 1347924 | 993.50 | Los Angeles CA East - Drivers | 2599187 | 227.50 | Los Angeles CA West - Drivers |
| 2593823 | 60.25 | Los Angeles CA East - Drivers | 1376758 | 1,333.75 | Los Angeles CA West - Drivers |
| 1198719 | 231.50 | Los Angeles CA East - Drivers | 2278111 | 12.00 | Los Angeles CA West - Drivers |
| 2171315 | 1,141.75 | Los Angeles CA East - Drivers | 2579337 | 1,534.25 | Los Angeles CA West - Drivers |
| 894721 | 11.00 | Los Angeles CA East - Drivers | 2597113 | 1,126.00 | Los Angeles CA West - Drivers |
| 2597024 | 12.00 | Los Angeles CA East - Drivers | 1364122 | 6,871.25 | Los Angeles CA West - Drivers |
| 1332849 | 92.25 | Los Angeles CA East - Drivers | 2355379 | 269.00 | Los Angeles CA West - Drivers |
| 868025 | 11.75 | Los Angeles CA East - Drivers | 2460586 | 714.77 | Los Angeles CA West - Drivers |
| 2610179 | 96.52 | Los Angeles CA East - Drivers | 1251811 | 1,376.75 | Los Angeles CA West - Drivers |
| 1384609 | 131.50 | Los Angeles CA East - Drivers | 2534648 | 443.63 | Los Angeles CA West - Drivers |
| 1368528 | 442.00 | Los Angeles CA East - Drivers | 751320 | 1,464.75 | Los Angeles CA West - Drivers |
| 966166 | 330.75 | Los Angeles CA East - Drivers | 2486560 | 215.50 | Los Angeles CA West - Drivers |
| 949366 | 708.75 | Los Angeles CA East - Drivers | 2738391 | 45.50 | Los Angeles CA West - Drivers |
| 741597 | 687.50 | Los Angeles CA East - Drivers | 1281161 | 4,617.25 | Los Angeles CA West - Drivers |
| 1370260 | 445.00 | Los Angeles CA East - Drivers | 1284207 | 917.00 | Los Angeles CA West - Drivers |
| 2611175 | 755.75 | Los Angeles CA East - Drivers | 1411470 | 55.50 | Los Angeles CA West - Drivers |

| ID | Amount | Location | ID | Amount | Location |
|---|---|---|---|---|---|
| 943456 | 93.00 | Los Angeles CA East - Drivers | 1492492 | 16.50 | Los Angeles CA West - Drivers |
| 2363988 | 5,949.50 | Los Angeles CA East - Drivers | 787645 | 116.50 | Los Angeles CA West - Drivers |
| 2403663 | 260.40 | Los Angeles CA East - Drivers | 2778999 | 431.55 | Los Angeles CA West - Drivers |
| 1159810 | 9.00 | Los Angeles CA East - Drivers | 2674637 | 686.53 | Los Angeles CA West - Drivers |
| 2392480 | 615.25 | Los Angeles CA East - Drivers | 1412967 | 12.00 | Los Angeles CA West - Drivers |
| 2728428 | 8.75 | Los Angeles CA East - Drivers | 929309 | 2,194.00 | Los Angeles CA West - Drivers |
| 2364099 | 496.75 | Los Angeles CA East - Drivers | 2454107 | 423.25 | Los Angeles CA West - Drivers |
| 1776950 | 2,013.27 | Los Angeles CA East - Drivers | 1397559 | 29.50 | Los Angeles CA West - Drivers |
| 2813015 | 95.00 | Los Angeles CA East - Drivers | 2345283 | 53.50 | Los Angeles CA West - Drivers |
| 963589 | 8.00 | Los Angeles CA East - Drivers | 1428820 | 592.75 | Los Angeles CA West - Drivers |
| 2209126 | 8.00 | Los Angeles CA East - Drivers | 2660684 | 34.50 | Los Angeles CA West - Drivers |
| 698638 | 1.00 | Los Angeles CA East - Drivers | 1293936 | 204.50 | Los Angeles CA West - Drivers |
| 2539188 | 298.68 | Los Angeles CA East - Drivers | 2715374 | 1,062.75 | Los Angeles CA West - Drivers |
| 2791055 | 62.00 | Los Angeles CA East - Drivers | 2632452 | 878.00 | Los Angeles CA West - Drivers |
| 914904 | 159.75 | Los Angeles CA East - Drivers | 2651319 | 8.00 | Los Angeles CA West - Drivers |
| 930417 | 254.50 | Los Angeles CA East - Drivers | 1326359 | 90.25 | Los Angeles CA West - Drivers |
| 2421828 | 568.60 | Los Angeles CA East - Drivers | 2469004 | 395.00 | Los Angeles CA West - Drivers |
| 2221735 | 103.30 | Los Angeles CA East - Drivers | 2543010 | 393.00 | Los Angeles CA West - Drivers |
| 2474895 | 102.25 | Los Angeles CA East - Drivers | 2533615 | 1,773.75 | Los Angeles CA West - Drivers |
| 2455979 | 355.86 | Los Angeles CA East - Drivers | 2162939 | 24.50 | Los Angeles CA West - Drivers |
| 2278038 | 1,332.55 | Los Angeles CA East - Drivers | 2778910 | 131.00 | Los Angeles CA West - Drivers |
| 2237969 | 1,538.30 | Los Angeles CA East - Drivers | 1241434 | 24.00 | Los Angeles CA West - Drivers |
| 2593331 | 1,616.81 | Los Angeles CA East - Drivers | 2276911 | 762.75 | Los Angeles CA West - Drivers |
| 879505 | 1,049.25 | Los Angeles CA East - Drivers | 1434857 | 877.50 | Los Angeles CA West - Drivers |
| 1145942 | 223.00 | Los Angeles CA East - Drivers | 748196 | 218.25 | Los Angeles CA West - Drivers |
| 943803 | 12.00 | Los Angeles CA East - Drivers | 2703820 | 23.42 | Los Angeles CA West - Drivers |
| 2364667 | 1,237.59 | Los Angeles CA East - Drivers | 2574960 | 751.75 | Los Angeles CA West - Drivers |
| 2543314 | 8.00 | Los Angeles CA East - Drivers | 1298828 | 53.50 | Los Angeles CA West - Drivers |
| 2380620 | 51.25 | Los Angeles CA East - Drivers | 2503759 | 904.00 | Los Angeles CA West - Drivers |
| 2464106 | 28.50 | Los Angeles CA East - Drivers | 2503631 | 338.00 | Los Angeles CA West - Drivers |
| 1290153 | 48.25 | Los Angeles CA East - Drivers | 2611606 | 528.00 | Los Angeles CA West - Drivers |
| 1401770 | 2,843.75 | Los Angeles CA East - Drivers | 869203 | 2,713.75 | Los Angeles CA West - Drivers |
| 1355531 | 118.25 | Los Angeles CA East - Drivers | 2363186 | 90.50 | Los Angeles CA West - Drivers |
| 894729 | 68.00 | Los Angeles CA East - Drivers | 2461520 | 3,810.33 | Los Angeles CA West - Drivers |
| 1375592 | 43.50 | Los Angeles CA East - Drivers | 2344457 | 119.25 | Los Angeles CA West - Drivers |
| 2756232 | 579.75 | Los Angeles CA East - Drivers | 2598656 | 79.50 | Los Angeles CA West - Drivers |
| 2573064 | 566.25 | Los Angeles CA East - Drivers | 2714610 | 33.50 | Los Angeles CA West - Drivers |
| 2842726 | 8.00 | Los Angeles CA East - Drivers | 2606639 | 546.50 | Los Angeles CA West - Drivers |
| 887296 | 100.50 | Los Angeles CA East - Drivers | 2695815 | 826.00 | Los Angeles CA West - Drivers |
| 2180368 | 1,788.25 | Los Angeles CA East - Drivers | 1150264 | 0.00 | Los Angeles CA West - Drivers |
| 2845982 | 28.00 | Los Angeles CA East - Drivers | 1217132 | 4,646.25 | Los Angeles CA West - Drivers |
| 2197045 | 482.75 | Los Angeles CA East - Drivers | 1327564 | 242.75 | Los Angeles CA West - Drivers |
| 2224427 | 3,921.23 | Los Angeles CA East - Drivers | 2544141 | 614.50 | Los Angeles CA West - Drivers |
| 2820860 | 120.50 | Los Angeles CA East - Drivers | 2406702 | 955.17 | Los Angeles CA West - Drivers |
| 2173010 | 22.50 | Los Angeles CA East - Drivers | 2635164 | 221.50 | Los Angeles CA West - Drivers |
| 2489852 | 130.93 | Los Angeles CA East - Drivers | 2163349 | 745.50 | Los Angeles CA West - Drivers |
| 885119 | 479.75 | Los Angeles CA East - Drivers | 2382191 | 189.50 | Los Angeles CA West - Drivers |
| 698457 | 125.50 | Los Angeles CA East - Drivers | 2822833 | 75.25 | Los Angeles CA West - Drivers |
| 2528551 | 43.50 | Los Angeles CA East - Drivers | 2719368 | 189.00 | Los Angeles CA West - Drivers |
| 1173320 | 25.25 | Los Angeles CA East - Drivers | 2641488 | 772.75 | Los Angeles CA West - Drivers |
| 957571 | 83.50 | Los Angeles CA East - Drivers | 1261026 | 65.75 | Los Angeles CA West - Drivers |
| 2583780 | 97.25 | Los Angeles CA East - Drivers | 2575050 | 1,467.75 | Los Angeles CA West - Drivers |
| 2432569 | 957.55 | Los Angeles CA East - Drivers | 1270231 | 20.00 | Los Angeles CA West - Drivers |
| 1196933 | 33.00 | Los Angeles CA East - Drivers | 2479934 | 2,118.67 | Los Angeles CA West - Drivers |
| 2627524 | 336.00 | Los Angeles CA East - Drivers | 888074 | 489.00 | Los Angeles CA West - Drivers |
| 2663854 | 35.75 | Los Angeles CA East - Drivers | 1367983 | 1,671.05 | Los Angeles CA West - Drivers |
| 848939 | 564.50 | Los Angeles CA East - Drivers | 2151932 | 63.50 | Los Angeles CA West - Drivers |
| 2650662 | 27.00 | Los Angeles CA East - Drivers | 1412239 | 33.25 | Los Angeles CA West - Drivers |
| 891247 | 62.00 | Los Angeles CA East - Drivers | 2515280 | 370.75 | Los Angeles CA West - Drivers |
| 1461005 | 67.75 | Los Angeles CA East - Drivers | 1327688 | 1,653.77 | Los Angeles CA West - Drivers |
| 2495388 | 116.28 | Los Angeles CA East - Drivers | 2204969 | 1,468.00 | Los Angeles CA West - Drivers |
| 2342610 | 1,593.63 | Los Angeles CA East - Drivers | 2543743 | 47.00 | Los Angeles CA West - Drivers |

| ID | Amount | Location | ID | Amount | Location |
|---|---|---|---|---|---|
| 2771683 | 75.00 | Los Angeles CA East - Drivers | 1368808 | 96.75 | Los Angeles CA West - Drivers |
| 893885 | 17.75 | Los Angeles CA East - Drivers | 2665938 | 605.25 | Los Angeles CA West - Drivers |
| 2810296 | 108.25 | Los Angeles CA East - Drivers | 2685434 | 1,222.00 | Los Angeles CA West - Drivers |
| 1196839 | 381.21 | Los Angeles CA East - Drivers | 1446253 | 1,232.50 | Los Angeles CA West - Drivers |
| 1331814 | 1,987.75 | Los Angeles CA East - Drivers | 2235680 | 325.75 | Los Angeles CA West - Drivers |
| 1329550 | 3,869.00 | Los Angeles CA East - Drivers | 1234837 | 1,230.00 | Los Angeles CA West - Drivers |
| 2391936 | 1,683.30 | Los Angeles CA East - Drivers | 2754677 | 128.00 | Los Angeles CA West - Drivers |
| 1383543 | 833.75 | Los Angeles CA East - Drivers | 898072 | 541.75 | Los Angeles CA West - Drivers |
| 1404114 | 4,137.00 | Los Angeles CA East - Drivers | 771275 | 1,696.00 | Los Angeles CA West - Drivers |
| 2478155 | 117.50 | Los Angeles CA East - Drivers | 907708 | 290.75 | Los Angeles CA West - Drivers |
| 2501694 | 70.50 | Los Angeles CA East - Drivers | 1210943 | 192.50 | Los Angeles CA West - Drivers |
| 1452168 | 106.50 | Los Angeles CA East - Drivers | 1367808 | 990.50 | Los Angeles CA West - Drivers |
| 1445467 | 108.00 | Los Angeles CA East - Drivers | 1405305 | 1,793.00 | Los Angeles CA West - Drivers |
| 2439142 | 750.50 | Los Angeles CA East - Drivers | 2729740 | 62.00 | Los Angeles CA West - Drivers |
| 1271352 | 281.27 | Los Angeles CA East - Drivers | 2541454 | 339.70 | Los Angeles CA West - Drivers |
| 1411570 | 725.00 | Los Angeles CA East - Drivers | 2268391 | 295.25 | Los Angeles CA West - Drivers |
| 2462215 | 137.32 | Los Angeles CA East - Drivers | 1145700 | 41.50 | Los Angeles CA West - Drivers |
| 2357798 | 107.50 | Los Angeles CA East - Drivers | 2370659 | 4,715.55 | Los Angeles CA West - Drivers |
| 1137650 | 960.75 | Los Angeles CA East - Drivers | 941925 | 1,644.25 | Los Angeles CA West - Drivers |
| 531355 | 27.00 | Los Angeles CA East - Drivers | 1371019 | 434.50 | Los Angeles CA West - Drivers |
| 2538865 | 896.50 | Los Angeles CA East - Drivers | 2487905 | 67.50 | Los Angeles CA West - Drivers |
| 1398221 | 34.75 | Los Angeles CA East - Drivers | 1367674 | 3,113.55 | Los Angeles CA West - Drivers |
| 920867 | 164.25 | Los Angeles CA East - Drivers | 1309259 | 1,268.00 | Los Angeles CA West - Drivers |
| 2226983 | 50.67 | Los Angeles CA East - Drivers | 1236496 | 181.75 | Los Angeles CA West - Drivers |
| 2712141 | 745.92 | Los Angeles CA East - Drivers | 2666020 | 353.50 | Los Angeles CA West - Drivers |
| 2636983 | 798.16 | Los Angeles CA East - Drivers | 580681 | 115.25 | Los Angeles CA West - Drivers |
| 1165493 | 210.75 | Los Angeles CA East - Drivers | 836410 | 2,803.25 | Los Angeles CA West - Drivers |
| 2391515 | 481.25 | Los Angeles CA East - Drivers | 2388584 | 222.75 | Los Angeles CA West - Drivers |
| 836401 | 446.75 | Los Angeles CA East - Drivers | 2182519 | 3,686.08 | Los Angeles CA West - Drivers |
| 904437 | 140.00 | Los Angeles CA East - Drivers | 1359321 | 100.25 | Los Angeles CA West - Drivers |
| 699379 | 9,536.25 | Los Angeles CA East - Drivers | 2778186 | 71.42 | Los Angeles CA West - Drivers |
| 2656746 | 1,127.00 | Los Angeles CA East - Drivers | 2217125 | 3,790.25 | Los Angeles CA West - Drivers |
| 2413697 | 1,972.30 | Los Angeles CA East - Drivers | 873812 | 3,376.50 | Los Angeles CA West - Drivers |
| 1431922 | 774.75 | Los Angeles CA East - Drivers | 1323736 | 4,568.50 | Los Angeles CA West - Drivers |
| 822464 | 671.50 | Los Angeles CA East - Drivers | 1315877 | 39.75 | Los Angeles CA West - Drivers |
| 1147903 | 16.00 | Los Angeles CA East - Drivers | 1325831 | 100.75 | Los Angeles CA West - Drivers |
| 2653153 | 97.50 | Los Angeles CA East - Drivers | 1395468 | 11.75 | Los Angeles CA West - Drivers |
| 716456 | 772.00 | Los Angeles CA East - Drivers | 922185 | 2,785.25 | Los Angeles CA West - Drivers |
| 794286 | 109.50 | Los Angeles CA East - Drivers | 863942 | 280.00 | Los Angeles CA West - Drivers |
| 807764 | 45.00 | Los Angeles CA East - Drivers | 2574778 | 1,874.65 | Los Angeles CA West - Drivers |
| 2661390 | 17.50 | Los Angeles CA East - Drivers | 1302509 | 704.50 | Los Angeles CA West - Drivers |
| 2281504 | 234.50 | Los Angeles CA East - Drivers | 2784621 | 489.50 | Los Angeles CA West - Drivers |
| 1452325 | 151.00 | Los Angeles CA East - Drivers | 2533319 | 326.30 | Los Angeles CA West - Drivers |
| 1375179 | 2,156.00 | Los Angeles CA East - Drivers | 1321979 | 1,334.25 | Los Angeles CA West - Drivers |
| 1153349 | 2,211.25 | Los Angeles CA East - Drivers | 1393645 | 651.75 | Los Angeles CA West - Drivers |
| 808128 | 1,140.75 | Los Angeles CA East - Drivers | 2453794 | 1,620.75 | Los Angeles CA West - Drivers |
| 2152819 | 29.75 | Los Angeles CA East - Drivers | 2205876 | 663.75 | Los Angeles CA West - Drivers |
| 931567 | 20.50 | Los Angeles CA East - Drivers | 2576296 | 1,158.43 | Los Angeles CA West - Drivers |
| 701464 | 3,705.25 | Los Angeles CA East - Drivers | 2408756 | 595.55 | Los Angeles CA West - Drivers |
| 1185560 | 2,728.44 | Los Angeles CA East - Drivers | 2151911 | 98.00 | Los Angeles CA West - Drivers |
| 1421810 | 553.50 | Los Angeles CA East - Drivers | 754033 | 854.50 | Los Angeles CA West - Drivers |
| 2662448 | 213.07 | Los Angeles CA East - Drivers | 1261117 | 2,808.25 | Los Angeles CA West - Drivers |
| 2578506 | 366.75 | Los Angeles CA East - Drivers | 2419133 | 103.50 | Los Angeles CA West - Drivers |
| 1312440 | 48.75 | Los Angeles CA East - Drivers | 1318919 | 472.75 | Los Angeles CA West - Drivers |
| 888097 | 411.55 | Los Angeles CA East - Drivers | 1379828 | 4,835.75 | Los Angeles CA West - Drivers |
| 2246218 | 56.50 | Los Angeles CA East - Drivers | 1376726 | 48.00 | Los Angeles CA West - Drivers |
| 2408801 | 1,222.50 | Los Angeles CA East - Drivers | 888004 | 2,188.25 | Los Angeles CA West - Drivers |
| 2668035 | 92.58 | Los Angeles CA East - Drivers | 877325 | 901.25 | Los Angeles CA West - Drivers |
| 962990 | 982.75 | Los Angeles CA East - Drivers | 1187846 | 2,585.75 | Los Angeles CA West - Drivers |
| 807782 | 193.50 | Los Angeles CA East - Drivers | 1406401 | 22.50 | Los Angeles CA West - Drivers |
| 2342527 | 148.50 | Los Angeles CA East - Drivers | 2633567 | 89.75 | Los Angeles CA West - Drivers |
| 1186307 | 8.75 | Los Angeles CA East - Drivers | 1309398 | 3,092.00 | Los Angeles CA West - Drivers |

| ID | Amount | Location | ID | Amount | Location |
|---|---|---|---|---|---|
| 2599082 | 8.00 | Los Angeles CA East - Drivers | 1181065 | 58.00 | Omaha NE - Drivers |
| 2391375 | 8.00 | Los Angeles CA East - Drivers | 1242540 | 1,936.75 | Omaha NE - Drivers |
| 846105 | 1,689.22 | Los Angeles CA East - Drivers | 914526 | 96.50 | Orlando FL - Drivers |
| 716644 | 91.00 | Los Angeles CA East - Drivers | 1441397 | 72.75 | Phoenix AZ - Drivers |
| 874530 | 302.25 | Los Angeles CA East - Drivers | 1369619 | 12.25 | Phoenix AZ - Drivers |
| 2339121 | 1,606.25 | Los Angeles CA East - Drivers | 2387569 | 2,434.50 | Phoenix AZ - Drivers |
| 2547625 | 1,584.00 | Los Angeles CA East - Drivers | 2564501 | 1,635.94 | Phoenix AZ - Drivers |
| 2583436 | 1,187.77 | Los Angeles CA East - Drivers | 1368938 | 592.25 | Phoenix AZ - Drivers |
| 1402917 | 892.25 | Los Angeles CA East - Drivers | 1421024 | 710.00 | Sacramento CA - Drivers |
| 1163213 | 13.00 | Los Angeles CA East - Drivers | 1246098 | 240.00 | Sacramento CA - Drivers |
| 2349394 | 399.22 | Los Angeles CA East - Drivers | 2381891 | 1,477.25 | Sacramento CA - Drivers |
| 2489729 | 370.75 | Los Angeles CA East - Drivers | 2642557 | 238.25 | Sacramento CA - Drivers |
| 2353870 | 75.50 | Los Angeles CA East - Drivers | 785549 | 3,420.47 | Sacramento CA - Drivers |
| 2455694 | 201.55 | Los Angeles CA East - Drivers | 2635334 | 93.00 | Sacramento CA - Drivers |
| 2170363 | 686.78 | Los Angeles CA East - Drivers | 2412934 | 373.50 | Sacramento CA - Drivers |
| 2490438 | 754.00 | Los Angeles CA East - Drivers | 2462219 | 149.00 | Sacramento CA - Drivers |
| 2805387 | 310.80 | Los Angeles CA East - Drivers | 2154286 | 1,440.50 | Sacramento CA - Drivers |
| 707737 | 7,894.25 | Los Angeles CA East - Drivers | 2353816 | 246.00 | Sacramento CA - Drivers |
| 1204837 | 42.25 | Los Angeles CA East - Drivers | 2836428 | 32.00 | Sacramento CA - Drivers |
| 1419352 | 5.00 | Los Angeles CA East - Drivers | 2439601 | 105.00 | Sacramento CA - Drivers |
| 2760853 | 19.50 | Los Angeles CA East - Drivers | 2655603 | 364.25 | Sacramento CA - Drivers |
| 2468750 | 1,947.62 | Los Angeles CA East - Drivers | 1248960 | 49.00 | Sacramento CA - Drivers |
| 2207109 | 1,339.00 | Los Angeles CA East - Drivers | 868221 | 214.00 | Sacramento CA - Drivers |
| 2209193 | 234.25 | Los Angeles CA East - Drivers | 837786 | 381.75 | Sacramento CA - Drivers |
| 715528 | 285.00 | Los Angeles CA East - Drivers | 1222107 | 25.00 | Sacramento CA - Drivers |
| 2258598 | 229.69 | Los Angeles CA East - Drivers | 2678889 | 1,093.25 | Sacramento CA - Drivers |
| 625385 | 1,018.50 | Los Angeles CA East - Drivers | 1344898 | 812.30 | Sacramento CA - Drivers |
| 732518 | 58.00 | Los Angeles CA East - Drivers | 2635477 | 355.25 | Sacramento CA - Drivers |
| 1161516 | 3,669.76 | Los Angeles CA East - Drivers | 819385 | 1,668.75 | Sacramento CA - Drivers |
| 1161511 | 190.00 | Los Angeles CA East - Drivers | 2622641 | 73.75 | Sacramento CA - Drivers |
| 1452907 | 2,585.20 | Los Angeles CA East - Drivers | 2689856 | 66.45 | Sacramento CA - Drivers |
| 920435 | 5.00 | Los Angeles CA East - Drivers | 2335326 | 5,290.20 | Sacramento CA - Drivers |
| 1336920 | 8.00 | Los Angeles CA East - Drivers | 2242918 | 89.00 | Sacramento CA - Drivers |
| 2178855 | 503.75 | Los Angeles CA East - Drivers | 2278555 | 874.25 | Sacramento CA - Drivers |
| 2245683 | 9.25 | Los Angeles CA East - Drivers | 2388235 | 564.25 | Sacramento CA - Drivers |
| 1442949 | 618.00 | Los Angeles CA East - Drivers | 1328697 | 608.35 | Sacramento CA - Drivers |
| 1369481 | 91.75 | Los Angeles CA East - Drivers | 738520 | 79.00 | Sacramento CA - Drivers |
| 2253412 | 191.00 | Los Angeles CA East - Drivers | 2642293 | 66.50 | Sacramento CA - Drivers |
| 2195969 | 122.00 | Los Angeles CA East - Drivers | 2252036 | 11.00 | Sacramento CA - Drivers |
| 2191723 | 11.25 | Los Angeles CA East - Drivers | 1255883 | 34.25 | Sacramento CA - Drivers |
| 2442924 | 16.50 | Los Angeles CA East - Drivers | 1417837 | 36.75 | Sacramento CA - Drivers |
| 2759625 | 308.00 | Los Angeles CA East - Drivers | 2781921 | 267.00 | Sacramento CA - Drivers |
| 1656273 | 553.75 | Los Angeles CA East - Drivers | 918610 | 7.00 | Sacramento CA - Drivers |
| 1423857 | 114.00 | Los Angeles CA East - Drivers | 2655383 | 424.00 | Sacramento CA - Drivers |
| 1383393 | 1,366.00 | Los Angeles CA East - Drivers | 2282602 | 78.50 | Sacramento CA - Drivers |
| 2730947 | 920.50 | Los Angeles CA East - Drivers | 2444687 | 1,536.20 | Sacramento CA - Drivers |
| 2469048 | 296.08 | Los Angeles CA East - Drivers | 2423318 | 254.25 | Sacramento CA - Drivers |
| 2420540 | 204.00 | Los Angeles CA East - Drivers | 1293897 | 108.00 | Sacramento CA - Drivers |
| 2400774 | 348.09 | Los Angeles CA East - Drivers | 2168647 | 4,184.25 | Sacramento CA - Drivers |
| 2373743 | 383.75 | Los Angeles CA East - Drivers | 2688027 | 145.75 | Sacramento CA - Drivers |
| 2239147 | 1,619.42 | Los Angeles CA East - Drivers | 1434196 | 143.75 | Sacramento CA - Drivers |
| 2651444 | 208.50 | Los Angeles CA East - Drivers | 1293177 | 201.75 | Sacramento CA - Drivers |
| 2180571 | 7.50 | Los Angeles CA East - Drivers | 2696533 | 179.50 | Sacramento CA - Drivers |
| 707820 | 9.50 | Los Angeles CA East - Drivers | 1446145 | 1,050.25 | Sacramento CA - Drivers |
| 2674593 | 1,376.00 | Los Angeles CA East - Drivers | 1330046 | 111.00 | Sacramento CA - Drivers |
| 2554452 | 1,545.25 | Los Angeles CA East - Drivers | 2417243 | 8.50 | Sacramento CA - Drivers |
| 2469032 | 97.25 | Los Angeles CA East - Drivers | 1157996 | 599.00 | Sacramento CA - Drivers |
| 2624691 | 541.99 | Los Angeles CA East - Drivers | 1360001 | 362.25 | Sacramento CA - Drivers |
| 909005 | 2,431.00 | Los Angeles CA East - Drivers | 2268166 | 2,137.20 | Sacramento CA - Drivers |
| 2454108 | 75.50 | Los Angeles CA East - Drivers | 1282778 | 211.00 | Sacramento CA - Drivers |
| 694632 | 1,926.50 | Los Angeles CA East - Drivers | 1435858 | 69.75 | Sacramento CA - Drivers |
| 2401319 | 128.75 | Los Angeles CA East - Drivers | | | |

| ID | Amount | Location | ID | Amount | Location |
|---|---:|---|---|---:|---|
| 2474595 | 426.00 | Los Angeles CA East - Drivers | 2560303 | 42.80 | Sacramento CA - Drivers |
| 2256907 | 2,736.40 | Los Angeles CA East - Drivers | 2570392 | 1,955.25 | Sacramento CA - Drivers |
| 1166627 | 12.00 | Los Angeles CA East - Drivers | 2280961 | 508.00 | Sacramento CA - Drivers |
| 951701 | 71.50 | Los Angeles CA East - Drivers | 2800214 | 215.00 | Sacramento CA - Drivers |
| 2556248 | 36.50 | Los Angeles CA East - Drivers | 2640478 | 1,902.00 | Sacramento CA - Drivers |
| 2482172 | 5.00 | Los Angeles CA East - Drivers | 1296357 | 910.50 | Sacramento CA - Drivers |
| 1186037 | 208.25 | Los Angeles CA East - Drivers | 2687740 | 71.62 | Sacramento CA - Drivers |
| 2730511 | 256.50 | Los Angeles CA East - Drivers | 1209904 | 1,069.00 | Sacramento CA - Drivers |
| 2406850 | 9.50 | Los Angeles CA East - Drivers | 2370622 | 2,589.20 | Sacramento CA - Drivers |
| 2632127 | 75.00 | Los Angeles CA East - Drivers | 1306703 | 4.50 | Sacramento CA - Drivers |
| 1159172 | 465.80 | Los Angeles CA East - Drivers | 923993 | 5,034.50 | Sacramento CA - Drivers |
| 551958 | 14.50 | Los Angeles CA East - Drivers | 2238774 | 4.00 | Sacramento CA - Drivers |
| 715666 | 8.00 | Los Angeles CA East - Drivers | 1318738 | 24.00 | Sacramento CA - Drivers |
| 1354603 | 609.75 | Los Angeles CA East - Drivers | 2599811 | 232.50 | Sacramento CA - Drivers |
| 2838125 | 94.75 | Los Angeles CA East - Drivers | 2232931 | 55.75 | Sacramento CA - Drivers |
| 2402087 | 1,269.87 | Los Angeles CA East - Drivers | 1353717 | 276.00 | Sacramento CA - Drivers |
| 869598 | 221.00 | Los Angeles CA East - Drivers | 2332290 | 547.37 | Sacramento CA - Drivers |
| 1181113 | 696.75 | Los Angeles CA East - Drivers | 1363570 | 809.00 | Sacramento CA - Drivers |
| 1397207 | 570.00 | Los Angeles CA East - Drivers | 2362999 | 198.25 | Sacramento CA - Drivers |
| 936652 | 2,620.67 | Los Angeles CA East - Drivers | 2168699 | 1,631.00 | Sacramento CA - Drivers |
| 948099 | 2,310.25 | Los Angeles CA East - Drivers | 2166973 | 8.00 | Sacramento CA - Drivers |
| 2481473 | 1,188.75 | Los Angeles CA East - Drivers | 1361390 | 3,778.35 | Sacramento CA - Drivers |
| 2178910 | 50.50 | Los Angeles CA East - Drivers | 2468405 | 1,729.30 | Sacramento CA - Drivers |
| 1211156 | 276.00 | Los Angeles CA East - Drivers | 2545264 | 147.00 | Sacramento CA - Drivers |
| 2412881 | 22.50 | Los Angeles CA East - Drivers | 1263087 | 12.00 | Sacramento CA - Drivers |
| 2373166 | 1,360.05 | Los Angeles CA East - Drivers | 2345123 | 1,057.55 | Sacramento CA - Drivers |
| 2432921 | 714.50 | Los Angeles CA East - Drivers | 1355439 | 1,343.00 | Sacramento CA - Drivers |
| 1285599 | 33.50 | Los Angeles CA East - Drivers | 2477805 | 755.79 | Sacramento CA - Drivers |
| 2800906 | 261.25 | Los Angeles CA East - Drivers | 2539930 | 17.80 | Sacramento CA - Drivers |
| 609514 | 105.00 | Los Angeles CA East - Drivers | 2375648 | 592.55 | Sacramento CA - Drivers |
| 929900 | 16.00 | Los Angeles CA East - Drivers | 2513332 | 529.35 | Sacramento CA - Drivers |
| 2566059 | 185.49 | Los Angeles CA East - Drivers | 2567964 | 322.00 | Sacramento CA - Drivers |
| 924941 | 629.75 | Los Angeles CA East - Drivers | 2661285 | 1,403.75 | Sacramento CA - Drivers |
| 1347960 | 243.75 | Los Angeles CA East - Drivers | 2185014 | 33.50 | Sacramento CA - Drivers |
| 1443484 | 2,305.75 | Los Angeles CA East - Drivers | 2336089 | 671.00 | Sacramento CA - Drivers |
| 1306093 | 27.00 | Los Angeles CA East - Drivers | 915836 | 176.00 | Sacramento CA - Drivers |
| 1404561 | 21.75 | Los Angeles CA East - Drivers | 2168147 | 1,534.05 | Sacramento CA - Drivers |
| 750321 | 11,277.50 | Los Angeles CA East - Drivers | 2631297 | 1,648.75 | Sacramento CA - Drivers |
| 1218046 | 405.00 | Los Angeles CA East - Drivers | 2658761 | 815.75 | Sacramento CA - Drivers |
| 2570271 | 1,560.00 | Los Angeles CA East - Drivers | 1454238 | 23.00 | Sacramento CA - Drivers |
| 807893 | 8.00 | Los Angeles CA East - Drivers | 1341840 | 62.25 | Sacramento CA - Drivers |
| 2642671 | 1,058.25 | Los Angeles CA East - Drivers | 1294152 | 15.50 | Sacramento CA - Drivers |
| 2465512 | 484.57 | Los Angeles CA East - Drivers | 2354687 | 16.00 | Sacramento CA - Drivers |
| 1350969 | 6,255.75 | Los Angeles CA East - Drivers | 2585424 | 2,102.00 | Sacramento CA - Drivers |
| 1180189 | 932.00 | Los Angeles CA East - Drivers | 2439609 | 99.00 | Sacramento CA - Drivers |
| 951257 | 1,611.60 | Los Angeles CA East - Drivers | 1407575 | 6.50 | Sacramento CA - Drivers |
| 2582875 | 46.50 | Los Angeles CA East - Drivers | 1260457 | 118.00 | Sacramento CA - Drivers |
| 1210692 | 29.50 | Los Angeles CA East - Drivers | 1148885 | 583.25 | Sacramento CA - Drivers |
| 920451 | 6.00 | Los Angeles CA East - Drivers | 2640321 | 248.45 | Sacramento CA - Drivers |
| 1197408 | 38.50 | Los Angeles CA East - Drivers | 2608297 | 1,404.00 | Sacramento CA - Drivers |
| 1453140 | 4.00 | Los Angeles CA East - Drivers | 2144313 | 1,370.25 | Sacramento CA - Drivers |
| 2217037 | 679.25 | Los Angeles CA East - Drivers | 1160967 | 643.75 | Sacramento CA - Drivers |
| 2767623 | 393.12 | Los Angeles CA East - Drivers | 2261750 | 109.00 | Sacramento CA - Drivers |
| 2618593 | 385.41 | Los Angeles CA East - Drivers | 786186 | 90.00 | Sacramento CA - Drivers |
| 2730122 | 111.25 | Los Angeles CA East - Drivers | 2498709 | 2,586.45 | Sacramento CA - Drivers |
| 1458403 | 583.00 | Los Angeles CA East - Drivers | 2500237 | 1,813.40 | Sacramento CA - Drivers |
| 961675 | 225.50 | Los Angeles CA East - Drivers | 1511248 | 99.25 | Sacramento CA - Drivers |
| 868531 | 1,226.50 | Los Angeles CA East - Drivers | 2171720 | 6,116.69 | Sacramento CA - Drivers |
| 924961 | 896.00 | Los Angeles CA East - Drivers | 1429254 | 2,313.85 | Sacramento CA - Drivers |
| 2461057 | 8.00 | Los Angeles CA East - Drivers | 2700760 | 1,230.25 | Sacramento CA - Drivers |
| 895873 | 351.25 | Los Angeles CA East - Drivers | 2227494 | 4,120.68 | Sacramento CA - Drivers |
| 2414410 | 1,631.43 | Los Angeles CA East - Drivers | 1387657 | 2,110.35 | Sacramento CA - Drivers |

| ID | Amount | Location | ID | Amount | Location |
|---|---|---|---|---|---|
| 2651352 | 421.75 | Los Angeles CA West - Drivers | 2683662 | 69.00 | Sacramento CA - Drivers |
| 2363000 | 558.75 | Los Angeles CA West - Drivers | 2243585 | 5,033.82 | Sacramento CA - Drivers |
| 1354405 | 45.50 | Los Angeles CA West - Drivers | 2494631 | 558.75 | Sacramento CA - Drivers |
| 1291848 | 365.00 | Los Angeles CA West - Drivers | 2768389 | 84.64 | Sacramento CA - Drivers |
| 698796 | 3,250.50 | Los Angeles CA West - Drivers | 2491531 | 147.25 | Sacramento CA - Drivers |
| 1435363 | 44.25 | Los Angeles CA West - Drivers | 2334665 | 17.25 | Sacramento CA - Drivers |
| 2140587 | 4,991.55 | Los Angeles CA West - Drivers | 2145714 | 983.00 | Sacramento CA - Drivers |
| 1281611 | 116.25 | Los Angeles CA West - Drivers | 2708338 | 24.00 | Sacramento CA - Drivers |
| 2170144 | 1,931.00 | Los Angeles CA West - Drivers | 2762454 | 617.90 | Sacramento CA - Drivers |
| 933239 | 613.00 | Los Angeles CA West - Drivers | 1266732 | 1,939.77 | Sacramento CA - Drivers |
| 1260509 | 4,061.50 | Los Angeles CA West - Drivers | 2596875 | 12.00 | Sacramento CA - Drivers |
| 1365244 | 610.75 | Los Angeles CA West - Drivers | 2143212 | 538.00 | Sacramento CA - Drivers |
| 2467571 | 521.00 | Los Angeles CA West - Drivers | 1349409 | 11.75 | Sacramento CA - Drivers |
| 1318662 | 177.00 | Los Angeles CA West - Drivers | 1369726 | 324.50 | Sacramento CA - Drivers |
| 1430787 | 2,315.25 | Los Angeles CA West - Drivers | 2590014 | 10.00 | Sacramento CA - Drivers |
| 2781478 | 180.80 | Los Angeles CA West - Drivers | 1310594 | 1,788.20 | Sacramento CA - Drivers |
| 1286281 | 598.00 | Los Angeles CA West - Drivers | 1340504 | 1,387.50 | Sacramento CA - Drivers |
| 1258927 | 7.25 | Los Angeles CA West - Drivers | 2332272 | 8.75 | Sacramento CA - Drivers |
| 2373540 | 1,215.30 | Los Angeles CA West - Drivers | 2523998 | 7.50 | Sacramento CA - Drivers |
| 1250669 | 7,829.05 | Los Angeles CA West - Drivers | 2274247 | 197.50 | Sacramento CA - Drivers |
| 2407842 | 231.50 | Los Angeles CA West - Drivers | 2760616 | 568.41 | Sacramento CA - Drivers |
| 2791885 | 466.00 | Los Angeles CA West - Drivers | 1259035 | 11.50 | Sacramento CA - Drivers |
| 2807348 | 22.75 | Los Angeles CA West - Drivers | 2207757 | 2,126.25 | Sacramento CA - Drivers |
| 1283559 | 77.75 | Los Angeles CA West - Drivers | 2256926 | 48.75 | Sacramento CA - Drivers |
| 1199299 | 1,752.75 | Los Angeles CA West - Drivers | 1181395 | 43.75 | Sacramento CA - Drivers |
| 1145985 | 482.75 | Los Angeles CA West - Drivers | 1302121 | 2,779.50 | Sacramento CA - Drivers |
| 2377718 | 240.00 | Los Angeles CA West - Drivers | 2421460 | 1,387.25 | Sacramento CA - Drivers |
| 2466975 | 127.75 | Los Angeles CA West - Drivers | 2836027 | 50.50 | Sacramento CA - Drivers |
| 2342117 | 161.50 | Los Angeles CA West - Drivers | 1403298 | 80.50 | Sacramento CA - Drivers |
| 2423148 | 1,297.75 | Los Angeles CA West - Drivers | 1373277 | 223.00 | Sacramento CA - Drivers |
| 2422153 | 12.00 | Los Angeles CA West - Drivers | 1403517 | 1,011.06 | Sacramento CA - Drivers |
| 2482960 | 398.00 | Los Angeles CA West - Drivers | 2572428 | 2,234.50 | Sacramento CA - Drivers |
| 778264 | 4,562.75 | Los Angeles CA West - Drivers | 2599194 | 544.25 | Sacramento CA - Drivers |
| 871889 | 798.95 | Los Angeles CA West - Drivers | 2701752 | 1,174.25 | Sacramento CA - Drivers |
| 2781187 | 12.00 | Los Angeles CA West - Drivers | 1248385 | 7,334.80 | Sacramento CA - Drivers |
| 2636137 | 1,057.05 | Los Angeles CA West - Drivers | 2551952 | 246.50 | Sacramento CA - Drivers |
| 2553606 | 319.50 | Los Angeles CA West - Drivers | 1147942 | 355.50 | Sacramento CA - Drivers |
| 1336391 | 5,877.55 | Los Angeles CA West - Drivers | 2257048 | 128.75 | Sacramento CA - Drivers |
| 1347623 | 48.50 | Los Angeles CA West - Drivers | 1402324 | 1,010.80 | Sacramento CA - Drivers |
| 1354618 | 803.50 | Los Angeles CA West - Drivers | 1448494 | 24.00 | Sacramento CA - Drivers |
| 899036 | 1,468.05 | Los Angeles CA West - Drivers | 2517937 | 2,650.22 | Sacramento CA - Drivers |
| 1205457 | 1,072.25 | Los Angeles CA West - Drivers | 1416766 | 22.00 | Sacramento CA - Drivers |
| 2607459 | 101.75 | Los Angeles CA West - Drivers | 2173547 | 868.75 | Sacramento CA - Drivers |
| 1299068 | 4,411.50 | Los Angeles CA West - Drivers | 1234450 | 2,113.25 | Sacramento CA - Drivers |
| 2455866 | 159.25 | Los Angeles CA West - Drivers | 1302090 | 28.50 | Sacramento CA - Drivers |
| 2529264 | 1,049.17 | Los Angeles CA West - Drivers | 152075 | 62.50 | Sacramento CA - Drivers |
| 1169308 | 347.45 | Los Angeles CA West - Drivers | 1271426 | 90.00 | Sacramento CA - Drivers |
| 1222649 | 954.00 | Los Angeles CA West - Drivers | 2793630 | 83.75 | Sacramento CA - Drivers |
| 1353699 | 1,456.00 | Los Angeles CA West - Drivers | 2368171 | 276.00 | Sacramento CA - Drivers |
| 713426 | 1,110.75 | Los Angeles CA West - Drivers | 2607260 | 1,758.25 | Sacramento CA - Drivers |
| 2447894 | 352.50 | Los Angeles CA West - Drivers | 1308727 | 161.00 | Sacramento CA - Drivers |
| 1333667 | 219.50 | Los Angeles CA West - Drivers | 769106 | 84.30 | Sacramento CA - Drivers |
| 2244867 | 65.00 | Los Angeles CA West - Drivers | 2506821 | 1,970.05 | Sacramento CA - Drivers |
| 2219916 | 104.00 | Los Angeles CA West - Drivers | 2712700 | 420.00 | Sacramento CA - Drivers |
| 2730927 | 684.50 | Los Angeles CA West - Drivers | 1438472 | 851.08 | Sacramento CA - Drivers |
| 2547397 | 1,015.00 | Los Angeles CA West - Drivers | 1315918 | 3,181.00 | Sacramento CA - Drivers |
| 2584035 | 38.50 | Los Angeles CA West - Drivers | 2624773 | 49.50 | Sacramento CA - Drivers |
| 1217071 | 5,300.75 | Los Angeles CA West - Drivers | 1441949 | 1,336.50 | Sacramento CA - Drivers |
| 872905 | 3,585.50 | Los Angeles CA West - Drivers | 1393987 | 3,535.00 | Sacramento CA - Drivers |
| 2465132 | 404.50 | Los Angeles CA West - Drivers | 2637094 | 18.50 | Sacramento CA - Drivers |
| 1328783 | 4.50 | Los Angeles CA West - Drivers | 2464693 | 138.75 | Sacramento CA - Drivers |
| 2499275 | 1,721.25 | Los Angeles CA West - Drivers | | | |

| ID | Amount | Location | ID | Amount | Location |
|---|---|---|---|---|---|
| 1297800 | 64.75 | Los Angeles CA West - Drivers | 2595071 | 9.50 | Sacramento CA - Drivers |
| 2477194 | 785.00 | Los Angeles CA West - Drivers | 1358686 | 1,437.75 | Sacramento CA - Drivers |
| 2756636 | 214.00 | Los Angeles CA West - Drivers | 2642669 | 657.30 | Sacramento CA - Drivers |
| 2603874 | 2,491.08 | Los Angeles CA West - Drivers | 2459620 | 2,053.43 | Sacramento CA - Drivers |
| 1330282 | 41.75 | Los Angeles CA West - Drivers | 2638967 | 325.00 | Sacramento CA - Drivers |
| 2662061 | 142.25 | Los Angeles CA West - Drivers | 2377245 | 660.55 | Sacramento CA - Drivers |
| 2468766 | 286.25 | Los Angeles CA West - Drivers | 2228682 | 2,225.00 | Sacramento CA - Drivers |
| 915290 | 3,319.25 | Los Angeles CA West - Drivers | 2332742 | 48.00 | Sacramento CA - Drivers |
| 2533005 | 1,120.08 | Los Angeles CA West - Drivers | 2660661 | 51.25 | Sacramento CA - Drivers |
| 2740940 | 12.00 | Los Angeles CA West - Drivers | 2381406 | 772.25 | Sacramento CA - Drivers |
| 2540578 | 50.50 | Los Angeles CA West - Drivers | 2566736 | 1,258.72 | Sacramento CA - Drivers |
| 1369618 | 57.00 | Los Angeles CA West - Drivers | 984650 | 855.75 | Sacramento CA - Drivers |
| 1459249 | 102.75 | Los Angeles CA West - Drivers | 2830326 | 197.00 | Sacramento CA - Drivers |
| 1453807 | 1,471.75 | Los Angeles CA West - Drivers | 2177241 | 8.25 | Sacramento CA - Drivers |
| 1349976 | 225.25 | Los Angeles CA West - Drivers | 2527941 | 2,357.25 | Sacramento CA - Drivers |
| 842614 | 40.50 | Los Angeles CA West - Drivers | 1270534 | 426.25 | Sacramento CA - Drivers |
| 1250292 | 456.50 | Los Angeles CA West - Drivers | 2843999 | 4.50 | Sacramento CA - Drivers |
| 2579711 | 196.50 | Los Angeles CA West - Drivers | 2597886 | 1,713.05 | Sacramento CA - Drivers |
| 2609287 | 1,182.25 | Los Angeles CA West - Drivers | 2206423 | 8.00 | Sacramento CA - Drivers |
| 1216350 | 199.25 | Los Angeles CA West - Drivers | 2603646 | 89.00 | Sacramento CA - Drivers |
| 2580116 | 1,543.00 | Los Angeles CA West - Drivers | 2649541 | 187.50 | Sacramento CA - Drivers |
| 2759678 | 90.00 | Los Angeles CA West - Drivers | 1333583 | 586.25 | Sacramento CA - Drivers |
| 2663400 | 1,525.25 | Los Angeles CA West - Drivers | 2701712 | 986.25 | Sacramento CA - Drivers |
| 2759825 | 609.05 | Los Angeles CA West - Drivers | 2494442 | 902.50 | Sacramento CA - Drivers |
| 1384893 | 215.75 | Los Angeles CA West - Drivers | 1316341 | 241.75 | Sacramento CA - Drivers |
| 1322073 | 19.50 | Los Angeles CA West - Drivers | 2283469 | 2,920.90 | Sacramento CA - Drivers |
| 1326476 | 116.75 | Los Angeles CA West - Drivers | 2674888 | 1,308.83 | Sacramento CA - Drivers |
| 2491967 | 1,125.00 | Los Angeles CA West - Drivers | 900699 | 10.50 | Sacramento CA - Drivers |
| 2419157 | 1,660.75 | Los Angeles CA West - Drivers | 2578630 | 108.25 | Sacramento CA - Drivers |
| 721427 | 2,651.50 | Los Angeles CA West - Drivers | 738385 | 2,594.04 | Sacramento CA - Drivers |
| 1408135 | 49.75 | Los Angeles CA West - Drivers | 2242782 | 396.00 | Sacramento CA - Drivers |
| 1398209 | 612.75 | Los Angeles CA West - Drivers | 1455143 | 4.00 | Sacramento CA - Drivers |
| 2645938 | 58.50 | Los Angeles CA West - Drivers | 2231207 | 8.50 | Sacramento CA - Drivers |
| 1240093 | 447.00 | Los Angeles CA West - Drivers | 2473640 | 1,719.40 | Sacramento CA - Drivers |
| 1347859 | 2,116.75 | Los Angeles CA West - Drivers | 1254748 | 3,146.75 | Sacramento CA - Drivers |
| 2566744 | 1,919.25 | Los Angeles CA West - Drivers | 2358348 | 423.75 | Sacramento CA - Drivers |
| 2519053 | 2,526.11 | Los Angeles CA West - Drivers | 2794854 | 114.75 | Sacramento CA - Drivers |
| 1432204 | 543.00 | Los Angeles CA West - Drivers | 2475397 | 314.75 | Sacramento CA - Drivers |
| 2544095 | 30.75 | Los Angeles CA West - Drivers | 2559727 | 6.50 | Sacramento CA - Drivers |
| 2344065 | 1,218.25 | Los Angeles CA West - Drivers | 1301393 | 8.00 | Sacramento CA - Drivers |
| 2238052 | 2,380.25 | Los Angeles CA West - Drivers | 2475458 | 18.30 | Sacramento CA - Drivers |
| 2781122 | 552.00 | Los Angeles CA West - Drivers | 1360582 | 275.50 | Sacramento CA - Drivers |
| 1382743 | 656.50 | Los Angeles CA West - Drivers | 2638164 | 850.35 | Sacramento CA - Drivers |
| 1386128 | 593.25 | Los Angeles CA West - Drivers | 2378639 | 79.25 | Sacramento CA - Drivers |
| 2223843 | 1,127.50 | Los Angeles CA West - Drivers | 2246531 | 89.75 | Sacramento CA - Drivers |
| 2131508 | 3,889.90 | Los Angeles CA West - Drivers | 1450952 | 133.75 | Sacramento CA - Drivers |
| 2590477 | 8.00 | Los Angeles CA West - Drivers | 1430724 | 409.25 | Sacramento CA - Drivers |
| 2697765 | 170.50 | Los Angeles CA West - Drivers | 1369439 | 7.25 | Sacramento CA - Drivers |
| 2189078 | 2,047.75 | Los Angeles CA West - Drivers | 2524739 | 1,473.25 | Sacramento CA - Drivers |
| 2241054 | 761.95 | Los Angeles CA West - Drivers | 2364162 | 3,726.00 | Sacramento CA - Drivers |
| 903725 | 4,230.75 | Los Angeles CA West - Drivers | 1348664 | 329.50 | Sacramento CA - Drivers |
| 2578586 | 196.75 | Los Angeles CA West - Drivers | 1297782 | 107.00 | Sacramento CA - Drivers |
| 1202814 | 867.50 | Los Angeles CA West - Drivers | 2256960 | 322.00 | Sacramento CA - Drivers |
| 2423386 | 37.75 | Los Angeles CA West - Drivers | 2738006 | 494.25 | Sacramento CA - Drivers |
| 2629810 | 1,875.58 | Los Angeles CA West - Drivers | 1402630 | 605.00 | Sacramento CA - Drivers |
| 1367666 | 22.50 | Los Angeles CA West - Drivers | 2659644 | 508.25 | Sacramento CA - Drivers |
| 2690510 | 997.50 | Los Angeles CA West - Drivers | 2364990 | 4,726.88 | Sacramento CA - Drivers |
| 2386965 | 2,826.13 | Los Angeles CA West - Drivers | 1321189 | 130.50 | Sacramento CA - Drivers |
| 2836286 | 76.43 | Los Angeles CA West - Drivers | 2601137 | 1,102.15 | Sacramento CA - Drivers |
| 1279601 | 532.75 | Los Angeles CA West - Drivers | 2218944 | 50.00 | Sacramento CA - Drivers |
| 917848 | 1,230.75 | Los Angeles CA West - Drivers | 2193132 | 1,027.25 | Sacramento CA - Drivers |

| ID | Amount | Location |
|---|---:|---|
| 1187384 | 1,172.00 | Los Angeles CA West - Drivers |
| 901939 | 1,266.25 | Los Angeles CA West - Drivers |
| 1392406 | 6,404.40 | Los Angeles CA West - Drivers |
| 868073 | 6,866.50 | Los Angeles CA West - Drivers |
| 2339188 | 1,284.75 | Los Angeles CA West - Drivers |
| 1322677 | 193.00 | Los Angeles CA West - Drivers |
| 908754 | 2,560.75 | Los Angeles CA West - Drivers |
| 2195787 | 309.25 | Los Angeles CA West - Drivers |
| 1323903 | 157.00 | Los Angeles CA West - Drivers |
| 2611624 | 1,149.25 | Los Angeles CA West - Drivers |
| 1331097 | 46.50 | Los Angeles CA West - Drivers |
| 886941 | 3,069.00 | Los Angeles CA West - Drivers |
| 1202926 | 8,091.05 | Los Angeles CA West - Drivers |
| 2545448 | 695.50 | Los Angeles CA West - Drivers |
| 2592104 | 396.00 | Los Angeles CA West - Drivers |
| 1443270 | 37.50 | Los Angeles CA West - Drivers |
| 2442656 | 149.50 | Los Angeles CA West - Drivers |
| 2537752 | 137.00 | Los Angeles CA West - Drivers |
| 2256990 | 129.75 | Los Angeles CA West - Drivers |
| 2592921 | 1,479.44 | Los Angeles CA West - Drivers |
| 2335488 | 69.00 | Los Angeles CA West - Drivers |
| 2534485 | 54.00 | Los Angeles CA West - Drivers |
| 2695799 | 922.58 | Los Angeles CA West - Drivers |
| 883304 | 2,069.00 | Los Angeles CA West - Drivers |
| 1351400 | 330.50 | Los Angeles CA West - Drivers |
| 2620790 | 21.65 | Los Angeles CA West - Drivers |
| 2253532 | 1,343.25 | Los Angeles CA West - Drivers |
| 2335137 | 2,235.83 | Los Angeles CA West - Drivers |
| 2141732 | 331.75 | Los Angeles CA West - Drivers |
| 2566499 | 53.75 | Los Angeles CA West - Drivers |
| 2236209 | 29.50 | Los Angeles CA West - Drivers |
| 873778 | 9,607.60 | Los Angeles CA West - Drivers |
| 1308835 | 2,115.00 | Los Angeles CA West - Drivers |
| 2657238 | 1,107.75 | Los Angeles CA West - Drivers |
| 1283569 | 1,379.10 | Los Angeles CA West - Drivers |
| 804873 | 2,883.25 | Los Angeles CA West - Drivers |
| 2208652 | 126.25 | Los Angeles CA West - Drivers |
| 2418964 | 284.50 | Los Angeles CA West - Drivers |
| 1324696 | 139.50 | Los Angeles CA West - Drivers |
| 1301237 | 5,449.00 | Los Angeles CA West - Drivers |
| 926040 | 8,575.40 | Los Angeles CA West - Drivers |
| 2539747 | 814.07 | Los Angeles CA West - Drivers |
| 2271864 | 368.25 | Los Angeles CA West - Drivers |
| 1397206 | 469.50 | Los Angeles CA West - Drivers |
| 2591565 | 372.17 | Los Angeles CA West - Drivers |
| 1463722 | 477.00 | Los Angeles CA West - Drivers |
| 1189845 | 2,046.25 | Los Angeles CA West - Drivers |
| 2514951 | 545.80 | Los Angeles CA West - Drivers |
| 1270564 | 3,463.75 | Los Angeles CA West - Drivers |
| 2141061 | 4,870.65 | Los Angeles CA West - Drivers |
| 2570726 | 90.00 | Los Angeles CA West - Drivers |
| 2757105 | 45.75 | Los Angeles CA West - Drivers |
| 946957 | 644.75 | Los Angeles CA West - Drivers |
| 2257070 | 397.50 | Los Angeles CA West - Drivers |
| 1247505 | 59.25 | Los Angeles CA West - Drivers |
| 2503744 | 910.16 | Los Angeles CA West - Drivers |
| 1253000 | 240.50 | Los Angeles CA West - Drivers |
| 2366227 | 1,586.25 | Los Angeles CA West - Drivers |
| 2670903 | 56.00 | Los Angeles CA West - Drivers |
| 2482798 | 16.50 | Los Angeles CA West - Drivers |
| 2412938 | 555.00 | Los Angeles CA West - Drivers |
| 1231924 | 674.75 | Los Angeles CA West - Drivers |
| 2540636 | 26.00 | Sacramento CA - Drivers |
| 898130 | 373.38 | Sacramento CA - Drivers |
| 2376050 | 834.85 | Sacramento CA - Drivers |
| 2782091 | 497.00 | Sacramento CA - Drivers |
| 2283439 | 750.00 | Sacramento CA - Drivers |
| 2514162 | 39.50 | Sacramento CA - Drivers |
| 2695132 | 10.50 | Sacramento CA - Drivers |
| 1388477 | 1,949.00 | Sacramento CA - Drivers |
| 1435573 | 1,022.25 | Sacramento CA - Drivers |
| 2233064 | 102.50 | Sacramento CA - Drivers |
| 1359149 | 3,316.95 | Sacramento CA - Drivers |
| 1310471 | 92.75 | Sacramento CA - Drivers |
| 1357673 | 1,129.50 | Sacramento CA - Drivers |
| 1403196 | 313.25 | Sacramento CA - Drivers |
| 2415066 | 3,432.09 | Sacramento CA - Drivers |
| 2261984 | 149.50 | San Antonio TX - Drivers |
| 2701806 | 26.75 | zz - San Francisco CA - Drivers |
| 1311873 | 1,753.30 | zz - San Francisco CA - Drivers |
| 2680097 | 41.00 | zz - San Francisco CA - Drivers |
| 2658891 | 1,473.91 | zz - San Francisco CA - Drivers |
| 2665667 | 499.25 | zz - San Francisco CA - Drivers |
| 2674542 | 199.75 | zz - San Francisco CA - Drivers |
| 1233751 | 32.00 | zz - San Francisco CA - Drivers |
| 2651343 | 493.75 | zz - San Francisco CA - Drivers |
| 1352285 | 274.50 | zz - San Francisco CA - Drivers |
| 914412 | 706.00 | zz - San Francisco CA - Drivers |
| 763629 | 60.00 | zz - San Francisco CA - Drivers |
| 2643175 | 718.25 | zz - San Francisco CA - Drivers |
| 2688861 | 572.75 | zz - San Francisco CA - Drivers |
| 2642679 | 467.00 | zz - San Francisco CA - Drivers |
| 2691488 | 512.25 | zz - San Francisco CA - Drivers |
| 81822 | 21.75 | zz - San Francisco CA - Drivers |