Exhibit C

# Driver Timesheet

Employee 10958

*Trillium*
DRIVERS

Name:

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| | | | Monday | | | | |
| | | | Tuesday | | | | |
| | | | Wednesday | | | | |
| | | | Thursday | | | | |
| | | | Friday | | | | |
| ✗ | | 7/30 | Saturday | 6:00 | 230 | .50 | 8 |
| | | 7/31 | Sunday | 600 | 230 | .50 | 8 |
| | | | | | | Total Hours for Week | 16 |

Week Ending: 7/31/16

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.

Client Signature ____



**Trillium Driver Solutions**
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-6100

# Driver Timesheet

Employee 10690

*Trillium*
DRIVERS

Name

| | | | | | | Week Ending | 8-21-16 | |
|---|---|---|---|---|---|---|---|---|
| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
| | | | Monday | | | | |
| | | | Tuesday | | | | |
| | | | Wednesday | | | | |
| Classic | | | Thursday | | | | |
| Santa | | 8/19 | Friday | 7pm | 11pm | — | 4 |
| Babra | | 8/20 | Saturday | 1pm | 4pm | — | 3 |
| | | 8/21 | Sunday | 7:30am | 2pm | 30min | 6 |
| | | | | | | Total Hours for Week | 13 |

Timesheets **MUST** be completed and submitted to the branch no later than Monday by 10am each week.
Please email timesheets to:

Client Signature



Trillium Driver Solutions
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-5100

# Driver Timesheet



**Name:** Employee 10119

| | | | Week Ending: AUGUST 21, 2016 | | | | |
|---|---|---|---|---|---|---|---|
| **Customer** | **Comments** | **Date** | **Day** | **Start** | **Stop** | **Minus Break** | **Total Hours** |
| ESTES | | 8/15/16 | Monday | 9:00 | 6:15 | 30 | 8:45 |
| | | 8/16/16 | Tuesday | 9:00 | 5:30 | 30 | 8 |
| | | 8/17/16 | Wednesday | 9:00 | 7:30 | 30 | 10 |
| | | 8/18/16 | Thursday | 9:00 | 6:30 | 30 | 9:00 |
| | | 8/19/16 | Friday | 9:00 | 6:00 | 30 | 8:30 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 44:15 |

Timesheets **MUST** be completed and submitted to the branch no later than Monday by 10am each week.
Please email timesheets to:

Client Signature

40/4.25

Trillium Driver Solutions
2450 S. Atlantic Blvd.
Commerce, CA 90040
(323) 406-5736

Employee 10227

*Trillium*
DRIVERS

Name:

Week Ending: 09 - 04 - 2016

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| | | 8/29 | Monday | | | | |
| PLYGEM | TOUCH FREIGHT | 8/30 | Tuesday | 10:00ᴬ | 4:30ᴾ | .30 LUNCH | 6 |
| PLYGEM | TOUCH FREIGHT | 8/31 | Wednesday | 6:00 | 6:00ᴾ | .30 LUNCH | 11½ |
| PLYGEM | TOUCH FREIGHT | 9/1 | Thursday | 4:00ᴬ | 7:00 | .30 LUNCH | 14½ |
| PLYGEM | TOUCH FREIGHT | 9/2 | Friday | 7:00ᴬ | 4:30 | .30 LUNCH | 9 |
| | | 9/3 | Saturday | | | | |
| | | 9/4 | Sunday | | | | |
| | | | | | | Total Hours for Week | 41 |

30 REG
8½ O.T
2½ D.T

Timesheets **MUST** be completed and submitted to the branch no later than **Monday** by 10am each week.

Client Signature

9/2/16



Trillium Driver Solutions
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-6100

Scanned by CamScanner

## Driver Timesheet

Employee 10418



Name:

Week Ending: 9/25/14

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| Estes | | 9/9 | Monday | 7 | 5⁴⁵ | 12-12³⁰ | 10hr ¹⁵min |
| | | 9/20 | Tuesday | 7 | 5³⁰ | 11³⁰-12 | 10 |
| | | 9/24 | Wednesday | 7 | 6¹⁵ | 12-12³⁰ | 10hr ⁴⁵min |
| | | | Thursday | | | | |
| | | | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 40 hrs |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature



| RT | OT |
|----|----|
| 24 | 7 |

**Trillium Driver Solutions**
2450 S. Atlantic Blvd.
Commerce, CA 90040
(323) 406-8736

## Driver Timesheet

Employee 10145



Name:

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| QUIK PICK | | 9-26-16 | Monday | 6$^{00}$ | 5$^{30}$ | 11.5 - .5 | 11 |
| | | 9-27-16 | Tuesday | 6$^{00}$ | 4$^{15}$ | 10.25 - .5 | 9.75 |
| | | 9-28-16 | Wednesday | 6$^{00}$ | 6$^{00}$ | 12.0 - .5 | 11.5 |
| | | 9-29-16 | Thursday | 7$^{00}$ | 2$^{30}$ | 7.5 - .5 | 7.0 |
| | OFF DUTY | 9-30-16 | Friday | — | — | — | |
| | | 10-1-16 | Saturday | | | | |
| | | 10-2-16 | Sunday | | | | |
| | | | | | | Total Hours for Week | 39.25 |

**Week Ending: OCT 4, 2016**

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

DELIVERED SEP 30 2016

Client Signature

RT  OT
31  8.25

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

## Driver Timesheet

Employee 10806



Name: _____

Week Ending: *10—02—16*

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| GRAY BAR | | 09-26-16 | Monday | 4:30 | 3:00 | 9:00 9:30 | 10 |
| GRAY BAR | | 09-27-16 | Tuesday | 4:30 | 1:00 | 9:00 9:30 | 8 |
| GRAY BAR | | 09-28-16 | Wednesday | 4:30 | 3:00 | 9:00 9:30 | 10 |
| GRAY BAR | | 09-29-16 | Thursday | 4:30 | 3:00 | 9:00 9:30 | 10 |
| GRAY BAR | | 09-30-16 | Friday | 4:30 | 2:00 | 9:00 9:30 | 9 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 47 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to: ▬

Client Signature _____                                    _____

RT / OT
40    7

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

# Driver Timesheet



**Trillium**
DRIVERS

Employee 10770

Name:

Week Ending: _10-9-16_

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| MuRphy | | 10-3 | Monday | 7:30A | 4:30P | 11:30A-12P | 8-5 |
| MuRphy | | 10-4 | Tuesday | 7:30A | 4P | 11:30A-12P | 8 |
| MuRphy | | 10-5 | Wednesday | 7:30A | 4P | 11:30A-12P | 8 |
| MuRphy | Sweeping oF TRLRS | 10-6 | Thursday | 7:30A | 4P | 11:30A-12P | 8 |
| MuRphy | | 10-7 | Friday | 7:30A | 330P | 11:30A-12P | 7.5 |
| MuRphy | | 10-8 | Saturday | OFF | | | 0 |
| MuRphy | | 10-9 | Sunday | OFF | | | 0 |
| | | | | | | Total Hours for Week | 40 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____

39.5 Regular + o.T. 5 hr.

RT     OT
39.5  .5

**Trillium Driver Solutions**
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-6100

Employee 10382

**Trillium**
DRIVERS

Name: ___

Week Ending: 10/2/16

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours | |
|----------|----------|------|-----|-------|------|-------------|-------------|---|
| | | | Monday | | | | | |
| ESTES | | 10/4/16 | Tuesday | 12:pm | 8pm | 30 min Lunch | 7.50 Reg | |
| ESTES | | 10/5/16 | Wednesday | 12:pm | 730pm | 30 min Lunch | 7 Reg | |
| ESTES | | 10/6/16 | Thursday | 10:00Am | 6:30pm | 30 min Lunch | 8 Reg | |
| ESTES | | 10/7/16 | Friday | 10:00Am | 7:00 900 | 30 min Lunch | 8 Reg | 1.50 OT |
| | | | Saturday | | | | | |
| | | | Sunday | | | | | |
| | | | | | | Total Hours for Week | | |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature ___

RT | OT
30.5 | .5

Employee 10458

**Trillium**

Week Ending: 10-9-16

| Customer | Commodity | Date | Day | Start | Stop | Hours Break | Total Hours |
|----------|-----------|------|-----|-------|------|-------------|-------------|
| | | | Monday | | | | |
| | | 10/4 | Tuesday | 430 | 905 | L -30 | 10.75 |
| | | | Wednesday | | | | |
| | | | Thursday | | | | |
| | | | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 10.75 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10am each week. Please email timesheets to:

Client Signature _____



Trillium Driver Solutions
2350 S. Atlantic Blvd.
Commerce, CA 90040
(323) 605-5736

# Driver Timesheet

Employee 10598

*Trillium*

Name

Week Ending

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| | | 10/10/16 | Monday | 600 | 230 | ½ | 8 |
| | | 10/11/16 | Tuesday | 600 | 230 | ½ | 8 |
| | | 10/12/16 | Wednesday | 600 | 230 | ½ | 8 |
| | | 10/13/16 | Thursday | 600 | 230 | ½ | 8 |
| | | 10/14/16 | Friday | 600 | 230 | ½ | 8 |
| | | 10/15/16 | Saturday | | | | 0 |
| | | 10/16/16 | Sunday | | | | 0 |
| | | | | | | Total Hours for Week | 40 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature

10/14/16

40 hrs



Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550



Name: Employee 10252

Week Ending: 10/14

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| HD Supply | | 10/10 | Monday | 6:30 | 3:00 | 30 min | 8.5 |
| | | 10/11 | Tuesday | 6:30 | 3:00 | 30 min | 8.5 |
| | | 10/12 | Wednesday | 6:30 | 3:00 | 30 min | 8.5 |
| | | 10/13 | Thursday | 7:00 | 3:30 | 30 min | 8 |
| | | 10/14 | Friday | 7:00 | 3:30 | 30 min | 8 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 41.5 |

Timesheets **MUST** be completed and submitted to the branch no later than __Monday by 10am__ each week.
Please email timesheets to:

Client Signature

RT / OT
40 / 1.5



Trillium Driver Solutions
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-5100



Name: _

Week Ending: 10/24/16

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| ontrac | | 10/17/16 | Monday | 11:30 | 8:00 | 30 min Lunch | 8 |
| ontrac | | 10/18/16 | Tuesday | 11:30 | 8:00 | 30 min Lunch | 8 |
| ontrac | | 10/19/16 | Wednesday | 11:30 | 8:00 | 30min Lunch | 8 |
| ontrac | | 10/23/16 | Thursday | 11:30 | 8:00 | 30 min Lunch | 8 |
| ontrac | | 10/21/16 | Friday | 10:30 | 7:00 | 30min Lunch | 8 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 40 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week. Please email timesheets to:

Client Signature



Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747 (916) 472-0550

## Driver Timesheet

Employee 10788



Name

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| Estes | | 10\|17 | Monday | 10 AM | 9:30 | 1 HR | 10.50 |
| | | 10\|18 | Tuesday | 11 AM | 7:38 PM | 1 HR | 7.50 |
| | | 10\|19 | Wednesday | 10 AM | 8:30 PM | 1 HR | 9.50 |
| | | 10\|20 | Thursday | 10 AM | 8 PM | 1 HR | 9 |
| | | 10\|21 | Friday | 8 AM | 6 PM | 1 HR | 9 |
| | | 10\|22 | Saturday | | | | |
| | | 10\|23 | Sunday | | | | |
| | | | | | | Total Hours for Week | 45.50 |

Week Ending: 10 / 23 / 16

10.5
7.5
9.5
9
9

Timesheets __MUST__ be completed and submitted to the branch no later than __Monday by 10am__ each week.
Please email timesheets to:

Client Signature _____



Trillium Driver Solutions
2450 S. Atlantic Blvd.
Commerce, CA 90040
(323) 406-8736

## Driver Timesheet



**Employee 10467**

Name:

Week Ending: 10-28-2016

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| ESTES | NONE | 10/24/16 | Monday | 10:00 AM | 8:00 PM | 1 hr. | 9 |
| | | 10/25/16 | Tuesday | 10:00 AM | 9:00 PM | 1 hr. | 10 |
| | | 10/26/16 | Wednesday | 10:00 AM | 11:00 P.M. | 1 hr. | 12 |
| | | 10/27/16 | Thursday | 10:00 AM | 8:30 PM | 1 hr. | 9.5 |
| | | 10/28/16 | Friday | 10:00 AM | 8:00 PM | 1 hr. | 9 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____                    _____

| RT | OT |
|----|----|
| 40 | 9.5 |

Trillium Driver Solutions
2450 S. Atlantic Blvd.
Commerce, CA 90040
(325) 406-8736

# Driver Timesheet



## Employee 10986

Name

Week Ending: OCT 30, 2016

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| YARD |  | 10/24 | Monday | 5py | 3:45an | -30 | 10.25 |
|  |  |  | Tuesday |  |  |  |  |
|  |  |  | Wednesday |  |  |  |  |
|  |  |  | Thursday |  |  |  |  |
|  |  |  | Friday |  |  |  |  |
|  |  |  | Saturday |  |  |  |  |
|  |  |  | Sunday |  |  |  |  |
|  |  |  |  |  |  | Total Hours for Week |  |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____

Reg / OT
8 / 2.25

Trillium Driver Solutions
2450 S. Atlantic Blvd.
Commerce, CA 90040
(323) 406-8736

# Driver Timesheet

## Employee 10722



Name:

Week Ending: 11/6/16

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Central freight | | 10/31/16 | Monday | 10:00A | 8:30P | 30 min Brk | 8reg/2.00 OT |
| Central Freight | | 11/1/16 | Tuesday | 10:00A | 11:30P | 30 min Brk | 8reg/4 OT / DBL |
| Central Freight | | 11/2/16 | Wednesday | 10:00A | 7:45P | 30 min Brk | 8reg/1.25 OT |
| | | | Thursday | | | | |
| | | | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 24 reg/7.25OT/1DBL |

10
13
9.25

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____



Trillium Driver Solutions
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-6100

# Driver Timesheet

Employee 11148



Name:

Week Ending:

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| | | 11-7 | Monday | 5 | 230 | 60 | 8.5 |
| | | 11-8 | Tuesday | 5 | 3 | 60 | 9 |
| | | 11-9 | Wednesday | 5 | 230 | 60 | 8.5 |
| | | 11-10 | Thursday | 5 | 3 | 60 | 9 |
| | | 11-11 | Friday | 5 | 215 | 60 | 8.25 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 43.25 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature

RT / OT
40 / 3.25

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

Employee 11112

Name:



**Trillium**

Week Ending: 11-11-16

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| | | 11/7 | Monday | 7:00 | 8:00 | 30 | 12.5 |
| | | 11/8 | Tuesday | 6:30 | 7:00 | 30 | 12.5 |
| | | 11/9 | Wednesday | 6:30 | 7:30 | 30 | 13 |
| | | 11/10 | Thursday | 7:00 | 7:00 | 30 | 11.5 |
| | | 11/11 | Friday | 6:30 | 7:00 | 30 | 12.5 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 62 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature

| RT | OT | OT |
|----|----|----|
| 40 | M.S | 2.5 |

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

# Driver Timesheet



Name: _____  Employee 10844

Week Ending: _____

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| | | | Monday | | | | |
| | | | Tuesday | | | | |
| | | | Wednesday | | | | |
| | | | Thursday | | | | |
| | | | Friday | | | | |
| ESTES | FONTANA | 11/12/16 | Saturday | 600 | 230 | -30 | 8 |
| ESTES | FONTANA | 11/13/16 | Sunday | 7:00 | 600 | -30 | 10.5 |
| | | | | | | Total Hours for Week | |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____

RT / OT
16 / 2.5

Trillium Driver Solutions

# Driver Timesheet

Employee 10833



Name:

Week Ending: 12/4/14

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| | | 11/28 | Monday | 11 AM | 7.5 PM | −50 | 8 |
| | | 11/29 | Tuesday | 11 AM | 8 PM | −50 | 8.5 |
| | | 11/30 | Wednesday | 11 AM | 10.5 PM | −50 | 11 |
| | | 12/1 | Thursday | 11 AM | 9 PM | −50 | 9.5 |
| | | 12/2 | Friday | 11 AM | 8 PM | −50 | 8.5 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 45.50 |

Timesheets <u>MUST</u> be completed and submitted to the branch no later than <u>Monday by 10am</u> each week.
Please email timesheets to:

Client Signature _____

RT | OT
40 | 5.5

Trillium Driver Solutions
2450 S. Atlantic Blvd.
Commerce, CA 90040
(323) 406-8736

Employee 10473

Driver Timesheet

Trillium

Employee 11009

Name:

Week Ending: 12/18/16

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| | | | Monday | 6:00 AM | 2:30 pm | 30 | 8 |
| | | | Tuesday | 6:00 AM | 4:30 pm | 30 | 10 |
| | | | Wednesday | 6:00 AM | 3:30 pm | 30 | 9 |
| | | | Thursday | 6:00 AM | 1:45 pm | 30 | 7.25 |
| | | | Friday | 6:00 AM | 4:00 pm | 30 | 9.50 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | |

Timesheets **MUST** be completed and submitted to the branch no later than _Monday by 10am_ each week.
Please email timesheets to:

Client Signature

RT / OT
39.25 / 4.5

Trillium Driver Solutions
2450 S. Atlantic Blvd.
Commerce, CA 90040
(323) 406-8736

# Driver Timesheet

Employee 10507

**Trillium**
DRIVERS

Name:

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| Kehe | | 12/12 | Monday | 3:30 | 12:00 | ½ hr | 8 |
| | | | Tuesday | | | | |
| | | | Wednesday | | | | |
| | | | Thursday | | | | |
| | | | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 8 |

Week Ending: 12-18-16

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____



Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

Employee 10627



Name: _____

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| Bates | | 12/12 | Monday | 1030 | 2000 | 30 | 9 |
| | | 12/13 | Tuesday | 1030 | 1930 | " | 8½ |
| | | 12/14 | Wednesday | | | | |
| | | 12/15 | Thursday | 1030 | 2100 | -30 | 10 |
| | | 12/16 | Friday | 1030 | 2100 | -30 | 10 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | |

Week Ending: 12/18/16

Timesheets <u>MUST</u> be completed and submitted to the branch no later than Monday by 10am each week.
Please email timesheets to:

Client Signature _____                    _____

RT / OT
32 / 5.5



Trillium Driver Solutions
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730

# Driver Timesheet



Employee 11142

Name:

| | Week Ending: | | 1/8/17 | | | | |
|---|---|---|---|---|---|---|---|
| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
| T Q | | 1 2 | Monday | | | | 0 |
| T Q | | 1 3 | Tuesday | 0530 | 1400 | 30 min | 8 |
| T Q | | 1 4 | Wednesday | 0530 | 1400 | 30 min | 8 |
| T Q | | 1 5 | Thursday | 0530 | 1400 | 30 min | 8 |
| T Q | | 1 16 | Friday | 0530 | 1400 | 30 min | 8 |
| T Q | | 1 7 | Saturday | | | | 0 |
| T Q | | 1 8 | Sunday | | | | 0 |
| T Q | | | | | | Total Hours for Week | 32 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____



**Trillium Driver Solutions**
**9075 Foothills Blvd Suite 2**
**Roseville CA 95747**
**(916) 472-0550**

## Driver Timesheet

Employee 10154



Name:

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| | | 1·9 | Monday | | | | |
| Qik | | 1·10 | Tuesday | 6 | 3:30 | −30 | 9 |
| | | 1·11 | Wednesday | 6 | 3.30 | −30 | 9 |
| Pick | | 1·12 | Thursday | 6 | 3:30 | −30 | 9 |
| | | 1-13 | Friday | 6 | 3:30 | −30 | 9 |
| | | 1·14 | Saturday | | | | |
| | | 1·15 | Sunday | | | | |
| | | | | | | Total Hours for Week | 36 |

Week Ending: 1·15·17

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week. Please email timesheets to:

Client Signature



Trillium Driver Solutions
2450 S. Atlantic Blvd.
Commerce, CA 90040
(323) 406-8736

# Driver Timesheet

Employee 10102



Narr

Week Ending: 2/3

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| | | 1/30 | Monday | 5am | 2p | -30 | 8.5 |
| | | 1/31 | Tuesday | 5am | 2:30 | -30 | 9 |
| | | 2/1 | Wednesday | 5am | 1:30 | -30 | 8 |
| | | 2/2 | Thursday | 5am | 4pm | -30 | 10.5 |
| | | 2/3 | Friday | 5am | 4pm | -30 | 10.5 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 46.5 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week. Please email timesheets to:

Client Signature _



Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550



### Employee 11116

Name:

Week Ending: 2-19-17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Quik Pick | | 2/13 | Monday | 17:30 | 4Am | 30 min | 10½ |
| Quik Pick | | 2/14 | Tuesday | 17:30 | 4Am | 30 min | 10½ |
| Quik Pick | | 2/15 | Wednesday | 17:30 | 4Am | 30 min | 10½ |
| Quik Pick | | 2/16 | Thursday | 17:30 | 4Am | 30 min | 10½ |
| | | | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____

RT OT

38 / 8

Trillium Driver Solutions
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-6100

# Driver Timesheet



Employee 10598

Name:

| Customer c. | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| | | 3/6 | Monday | 7:38 | 3:30 | 1/2 | 8 |
| | | 3/7 | Tuesday | 6:00 | 2:30 | 1/2 | 8 |
| | | 3/8 | Wednesday | 6:00 | 2:30 | 1/2 | 8 |
| | | 3/9 | Thursday | 6:00 | 2:30 | 1/2 | 8 |
| | | 3/10 | Friday | 6:00 | 2:30 | 1/2 | 8 |
| | | 3/11 | Saturday | 0 | 0 | 0 | 0 |
| | | 3/12 | Sunday | 0 | 0 | 0 | 0 |
| | | | | | | Total Hours for Week | 40 |

Week Ending: 3/12/17

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week. Please email timesheets to:

Client Signature _____



Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

## Driver Timesheet



Name:

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| | | | Monday | | | | |
| | | | Tuesday | | | | |
| | | | Wednesday | | | | |
| | | | Thursday | | | | |
| | | | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | |

Week Ending:

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature



# Driver Timesheet

## Employee 11113



**Name:**

Week Ending: 4/7

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Estes | | 4/3/17 | Monday | 9:00 | 7:00 | .30 | 10.5 |
| Estes | | 4/4/17 | Tuesday | 9:00 | 8:30 | .30 | 11 |
| Estes | | 4/5/17 | Wednesday | 9:30 | 9:00 | .30 | 11.5 |
| Estes | | 4/6/17 | Thursday | 9:00 | 8:45 | .30 | 11.25 |
| Estes | | 4/7/17 | Friday | 9:00 | 8:45 | .30 | 11.25 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 55.5 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature

4-7-17

Reg / OT
40 / 15.5



**Trillium Driver Solutions**
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-6100

## Driver Timesheet

Employee 10183



**Trillium**
DRIVERS

Name: _____

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| | | | **Week Ending:** 4-30-17 | | | | |
| | | 4-24 | Monday | 06:30 Am | 5:45 Pm | 30 mins. | 10.75 |
| | | 4-25 | Tuesday | 0800 Am | 6:00 Pm | 30 mins. | 11.50 |
| | | 4-26 | Wednesday | 0600 Am | 4:15 Pm | 30 mins. | 9.75 |
| | | 4-27 | Thursday | 2:00 Am | 2:30 Pm | 30 mins. | 8.00 |
| | | 4-28 | Friday | 2:00 Am | 6:15 Pm | 30 mins. | 11.75 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| Reg. Hrs. = 40.00 | O/T Hrs. = 11.75 | | | | | Total Hours for Week | 51.75 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____          _____

-24-17

RT / OT
40   11.75

Nite Dispatch

**Trillium Driver Solutions**
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

## Driver Timesheet

Employee 10486

Name:

*Trillium*

Week Ending: 5-14-17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| NAC | North American Composites | 5-8 | Monday | 5:30 | 2:00 | -30 | 8:00 |
| | | 5-9 | Tuesday | 5:30 | 6:00 | -30 | 12 |
| | | 5-10 | Wednesday | 5:30 | 6:00 | -30 | 12 |
| | | 5-11 | Thursday | 5:30 | 6:00 | -30 | 12 |
| | | 5-12 | Friday | 5:30 | 2:00 | -30 | 8 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 52 |

8
12
12
12
8

Timesheets MUST be completed and submitted to the branch no later than Monday by 10am each week.
Please email timesheets to:

Client Signature ___

RT | OT
---|---
40 | 12

# Driver Timesheet



Employee 11036

Name:

Week Ending: 5/21

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours | |
|----------|----------|------|-----|-------|------|-------------|-------------|---|
| ALLIED BOX | NONE | 0/5 15 | Monday | 530 | 200 | 30 min | 8 | 8 |
| ALLIED BOX | NONE | 0/5 16 | Tuesday | 600 | 230 | 30 min. | 8 | 8 |
| ALLIED BOX | NONE | 0/5 17 | Wednesday | 600 | 230 | 30 min | 8 | 8 |
| ALLIED BOX | NONE | 0/5 18 | Thursday | 600 | 230 | 30 min | 8 | 8 |
| ALLIED BOX | NONE | 0/5 19 | Friday | 530 | 300 | 30 min | 9 | 9 |
| | | | Saturday | | | | | |
| | | | Sunday | | | | | |
| | | | | | | Total Hours for Week | 41 | |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature



RT | OT
40 | 1

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

Driver Timesheet

Employee 10662

**Trillium**

Name: _____

Week ending 05/26/2017

| Customer | Comments | Date | Day | Start | End | Out of Truck | Total Hours |
|---|---|---|---|---|---|---|---|
| | | 5/22 | Monday | 7:00 AM | None | | 8 |
| | | 5/23 | Tuesday | 7:00 AM | None | | 8 |
| | | 5/24 | Wednesday | 7:00 AM | None | | 8 |
| | | 5/25 | Thursday | 7:00 AM | None | | 8 |
| | | 5/26 | Friday | 7:00 AM | None | | 8 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 40 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10am each week. Please e-mail timesheets too.

Client Signature _____

RT/40



## Driver Timesheet



Employee 10806

Name:

Week Ending: 06 — 11 — 17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| GRAYBAR | | 06-05-17 | Monday | 4:30 | 3:30 | 9:00 9:30 | 10 1/2 |
| GRAYBAR | | 06-06-17 | Tuesday | 4:30 | 1:30 | 9:00 9:30 | 8 1/2 |
| GRAYBAR | | 06-07-17 | Wednesday | 4:30 | 1:00 | 9:00 9:30 | 8 |
| GRAYBAR | | 06-08-17 | Thursday | 4:30 | 1:30 | 9:00 9:30 | 8 1/2 |
| GRAYBAR | | 06-09-17 | Friday | 4:30 | 1:00 | 9:00 9:30 | 8 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 43 1/2 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature

RT / OT
40 / 3.5

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550

Employee 10761

Name

Week Ending 6/25/17

| Customer | Comments | Date | Day | Start | Stop | Minut Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Estes | | 6/19 | Monday | 9:30 | 21:45 | 60 | 11:15 |
| Estes | | 6/20 | Tuesday | 9:30 | 19:15 | 30 | 9:15 |
| Estes | | 6/21 | Wednesday | 9:30 | 2200 | 60 | 11:30 |
| Estes | | 6/22 | Thursday | 9:30 | 21:45 | 60 | 11:15 |
| Estes | | 6/23 | Friday | 9:30 | 21:30 | 30 | 11:30 |
| OFF | | 6/24 | Saturday | | | | 0 |
| OFF | | 6/25 | Sunday | | | | 0 |
| | | | | | | Total Hours for Week | 54:45 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to.

Client Signature (

RT / OT
40 / 14.7



Employee 10327

**Trillium**

Name:

Week Ending: 7-14-17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours | |
|---|---|---|---|---|---|---|---|---|
| BATESVILLE | | 7/10 | Monday | 3:00 | 11:30 | 30min | 8 | 8 |
| BATESVILLE | | 7/11 | Tuesday | 4:00 | 12:30 | 30min | 8 | 8 |
| BATESVILLE | | 7/12 | Wednesday | 2:30 | 11:45 | 30min | 9:15 | 9.25 |
| BATESVILLE | | 7/13 | Thursday | 4:00 | 1:15 | 30min | 8:45 | 8.75 |
| BATESVILLE | | 7/14 | Friday | 3:00 | 11:30 | 30min | 8 | 8 |
| | | | Saturday | | | | | |
| | | | Sunday | | | | | |
| | | | | | | Total Hours for Week | | |

Timesheets **MUST** be completed and submitted to the branch no later than Monday by 10am each week.
Please email timesheets to:

Client Signature

RT | OT
40 | 2

Employee 11058

# Trillium
DRIVER

Week Ending: 7/30

| stomer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours | |
|--------|----------|------|-----|-------|------|-------------|-------------|---|
| | | 7-24-17 | Monday | 7:00 | 6:00 | .30 | 10½ | 10.5 |
| (s.e) | | 7-25-17 | Tuesday | 7:00 | 7:00 | 30 | 11½ | 11.5 |
| | | 7-26-17 | Wednesday | 7:00 | 5:45 | -30 | 10¼ | 10.25 |
| | | 7-27-17 | Thursday | 7:00 | 7:00 | .30 | 11½ | 11.5 |
| | | 7-28-17 | Friday | 7:00 | 6:30 | .30 | 11 | 11 |
| | | | Saturday | | | | | |
| | | | Sunday | | | | | |
| | | | | | | Total Hours for Week | 55 | |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____



RT | OT
40 | 14.75

# Driver Timesheet

Employee 10297

Name

**Trillium**

Week Ending: 8/6

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| Estes |  | 7-31 | Monday | 7:30 | 6:50 | .5 | 10.5 |
|  |  | 8-1 | Tuesday | 7:00 | 7:00 | .5 | 11.5 |
|  |  | 8-2 | Wednesday | 7:00 | 5:00 | .5 | 9.5 |
|  |  | 8-3 | Thursday | 10:00 | 6:30 | .5 | 8 |
|  |  | 8-4 | Friday | 7:00 | 6:00 | .5 | 10.5 |
|  |  |  | Saturday |  |  |  |  |
|  |  |  | Sunday |  |  |  |  |
|  |  |  |  |  |  | Total Hours for Week | 50 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10am each week.
Please email timesheets to:

Client Signature _____

RT | OT
40 | 10

Case 2:19-cv-08928-JFW-MAA Document 28-4 Filed 09/24/21 Page 43 of 101 Page ID #:125

# Driver Timesheet

Employee 11113



Name: _____

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Estes | | 8/14/17 | Monday | OFF | — | —— | |
| Estes | | 8/15/17 | Tuesday | OFF | — | —— | |
| Estes | | 8/16/17 | Wednesday | 800 | 630 | .30 | 9 |
| Estes | | 8/19/17 | Thursday | 900 | 700 | .30 | 9.5 |
| Estes | | 8/18/17 | Friday | 800 | 730 | .30 | 9.5 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | |

Week Ending: 8 / 20 / 17

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____



**Trillium Driver Solutions**
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-6100

Employee 11153


**Trillium**

Name: ___

Week Ending: 9/3/17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours | |
|----------|----------|------|-----|-------|------|-------------|-------------|---|
| Estes | | 8/28 | Monday | 9am | 6:30 pm | -30 | 11 | 11 |
| Estes | | 8/29 | Tuesday | 9:30 am | 8:30 pm | -30 | 10:50 | 10.5 |
| Estes | | 8/30 | Wednesday | 9:30 am | 7:30 pm | -30 | 9:50 | 9.5 |
| Estes | | 8/31 | Thursday | 9:30 am | 6:30 pm | -30 | 7:50 | 7.5 |
| Estes | | 9/1 | Friday | 9:30 am | 8:30 pm | -30 | 10:50 | 10.5 |
| | | 9/2 | Saturday | | | | | |
| | | 9/3 | Sunday | | | | | |
| | | | | | | Total Hours for Week | 49 | |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature ___

RT | OT
39.5 | 9.5



### Trillium
*Your Partner at Work*

Employee 10375          DRIVER TIMESHEET

Name: __                                    Branch: __Sacramento #422__

Week Ending: __9/17/17__

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| ESTES | | 9/11/17 | Monday | 7:30 | 5:30 | 30 min | 9.50 |
| | | 9/12/17 | Tuesday | — | | 30 min | 0 |
| | | 9/13/17 | Wednesday | 7:00 | 6:00 | 30 min | 10.50 |
| | | 9/14/17 | Thursday | 9:30 | 5:00 | 30 min | 7.00 |
| | | 9/15/17 | Friday | — | — | | 0 |
| | | 9/16/17 | Saturday | — | — | | 0 |
| | | 9/17/17 | Sunday | — | — | | 0 |
| | | | | | | Total Hours for week | 27 |

*(handwritten notes in right margin: 9.5, 10.5, 7)*

Timesheets __MUST__ be completed and submitted to the branch no later than __Monday by 10AM__ each week.

Please email timesheets to:

Client Signature _____



*(handwritten: RT / or / 23 / 4)*

Trillium Driver Solutions

9075 Foothills Blvd., Suite 2

Roseville, CA 95747

(916) 472-0550

# Driver Timesheet



**Employee 10717**

Name:

Week Ending: 10/8/17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours | |
|----------|----------|------|-----|-------|------|-------------|-------------|---|
| AWC PACKAGING | | 10/2 | Monday | 6:29 | 3:47 | -.5 | 8.75 | 8.75 |
| | | 10/3 | Tuesday | 6:32 | 3:33 | - .5 | 8.5 | 8.5 |
| | | 10/4 | Wednesday | 6:28 | 3:09 | | 8 | 8 |
| | | 10/5 | Thursday | 6:25 | 3:02 | | 8 | 8 |
| | | 10/6 | Friday | 6:30 | 3:00 | | 8 | 8 |
| | | | Saturday | | | | | |
| | | | Sunday | | | | | |
| | | | | | | Total Hours for Week | 40 Reg | |

1.25 OT

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____

RT / OT
40 / 1.25

**Trillium Driver Solutions**
8560 Vineyard Ave, Suite 508
Rancho Cucamonga, CA 91730
(909) 296-6100

## Driver Timesheet

1 of 1

**Employee 10377**



Name:

Week Ending: 10/22/17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Caesarstone | | 10/16 | Monday | 7:00AM | 3:30PM | 30 MIN. | 8.00hrs |
| | | 10/17 | Tuesday | 7:00AM | 3:45PM | 30 MIN. | 8.15hrs |
| | | 10/18 | Wednesday | 6:00AM | 4:00PM | 30 MIN. | 9.30hrs |
| | | 10/19 | Thursday | 7:00AM | 3:30PM | 30 MIN. | 8.00hrs |
| | | 10/20 | Friday | 6:30AM | 3:30PM | 30 MIN. | 8.30hrs |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 41.75hrs |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____



RT/OT
40/2.25

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0950



## Trillium
*Your Partner at Work*

Employee 11116     DRIVER TIMESHEET

Name: _____        Branch: ___ L.A. West #424 ___

| Week Ending: 11-5-17 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
| QuiK Pick | | 10/30 | Monday | 17:30 | 4 Am | 30 min | 10 Hrs |
| | | | Tuesday | OFF Work | | | |
| QuiK Pick | | 11/1 | Wednesday | 17:30 | 4 Am | 30 min | 10 Hrs |
| QuiK Pick | | 11/2 | Thursday | 17:30 | 4 Am | 30 min | 10 Hrs |
| | | | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | |

Timesheets <u>MUST</u> be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature _____        NOV 03 2017 _____



RT / OT
24 / 6

Trillium Driver Solutions

2450 S. Atlantic Blvd. Suite 202

Commerce, CA 90040

(323) 4068736



**Trillium**
Your Partner at Work.

DRIVER TIMESHEET

Name: Employee 10621

Branch: L.A. East #569

Week Ending: 11/19

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| ESTES | | 11/13 | Monday | 700 | 730 | -30 | 12 ✓ |
| ESTES | | 11/14 | Tuesday | 930 | 600 | 30 | 8 ✓ |
| ESTES | | 11/15 | Wednesday | 700 | 730 | -30 | 12 ✓ |
| ESTES | | 11/16 | Thursday | 700 | 630 | -30 | 11 ✓ |
| ESTES | | 11/17 | Friday | 700 | 630 | -30 | 11 ✓ |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 54 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature _____   11/19/17

RT/OT
40/14

Trillium Driver Solutions
9360 Vineyard Ave, Suite 306
Rancho Cucamonga, CA 91730
(909) 256-8100




Employee 10115

**DRIVER TIMESHEET**

Name:

Branch: ___Sacramento #422___

### Week Ending: 12-10-17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| SIGLER | | 12-4-17 | Monday | 7 00 | 330 | 30 m | 8 |
| SIGLER | | 12-5-17 | Tuesday | 7 00 | 330 | 30 m | 8 |
| SIGLER | | 12-6-17 | Wednesday | 7 00 | 330 | 30 M | 8 |
| SIGLER | | 12-7-17 | Thursday | 7 50 | 345 | 30 m | 8.25 |
| SIGLER | | 12-8-17 | Friday | 7 00 | 330 | 30 m | 8. |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 40.25 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature:



Trillium Driver Solutions

9075 Foothills Blvd., Suite 2

Roseville, CA 95747

(916) 472-0550

## Driver Timesheet

**Trillium**

**Employee 10410**

Name:

Week Ending: 12/24/17

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| ESTES | | 12/18 | Monday | 9:30 | 7:00 | .30 MIN | 9.0 |
| | | 12/19 | Tuesday | 9:30 | 8:30 | .30 | 10.5 |
| | | 12/20 | Wednesday | 9:30 | 8:30 | .30 | 10.5 |
| | | 12/21 | Thursday | 9:30 | 8:30 | .30 | 10.5 |
| | | 12/22 | Friday | 9:30 | 6:30 | .30 | 8.5 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 49 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10am each week.
Please email timesheets to:

Client Signature _____



RT / OT

40 / 9

Trillium Driver Solutions
2450 S. Atlantic Blvd.
Commerce, CA 90040
(323) 406-8736

# Driver Timesheet

Employee 10259



Nan

Week Ending: 1 - 17 -18

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| ARAMARK | SSF Shuttle | 1-8-18 | Monday | 1800 | 0330 | 1/2 | 9.0 ✓ |
| ARAMARK | HAYWARD SSF Shuttle | 1-9-18 | Tuesday | 1800 | 0400 | 1/2 | 9.5 ✓ |
| ARAMARK | SSF Shuttle | 1-10-18 | Wednesday | 1800 | 0300 | 1/2 | 8.5 ✓ |
| ARAMARK | SSF Shuttle | 1-11-18 | Thursday | 1800 | 0300 | 1/2 | 8.5 ✓ |
| ARAMARK | SAC - Hayward Shuttle | 1-12-18 | Friday | 1400 | 2300 | 1/2 | 8.5 ✓ |
| | | | Saturday | | | | MIN 8.0 |
| ARAMARK | SSF Shuttle | 1-7-18 | Sunday | 1530 | 2030 | θ | |
| | | | | | | Total Hours for Week | 52.0 |

Timesheets <u>MUST</u> be completed and submitted to the branch no later than <u>Monday by 10am</u> each week.
Please email timesheets to:

Client Signature : _____



RT | OT
70 | 12

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550



Employee 10167                    DRIVER TIMESHEET

Name: _

Branch: L.A. West #424

Week Ending: 1/28/18

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Goodmon | | 1-22-18 | Monday | 5:30 a | 4:30 p | 30 | 11 10.5 |
| Goodmos | | 1-23-18 | Tuesday | 5:30 am | 1:30 p | 30 | 8 7.5 |
| Goodmon | | 1-24-18 | Wednesday | 5:30 a | 7:30 p | 30 | 9 8.5 |
| Goodmon | | 1-25-18 | Thursday | 5:30 a | 3:30 p | 30 | 10 9.5 |
| Goodmon | | 1-26-18 | Friday | 5:30 am | 4:30 p | 30 | 11 10.5 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 49 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature 



RT / OT
39.5 / 7

Trillium Driver Solutions
2450 S. Atlantic Blvd. Suite 202
Commerce, CA 90040
(323) 4068736

# Driver Timesheet

*Trillium*

Name:

Week Ending: 02/0⊄/2018

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| Ontrac | | 2/5 | Monday | 12 | 830 | .50 | 8 ✓ |
| Ontrac | | 2/6 | Tuesday | 1145 | 815 | .50 | 8 ✓ |
| Ontrac | | 2/7 | Wednesday | 1151 | 821 | .50 | 8 ✓ |
| Ontrac | | 2/8 | Thursday | 1153 | 823 | .50 | 8 ✓ |
| Ontrac | END OF DAY | 2/9 | Friday | 1245 | 8 | .50 | 6.75 8m'n |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 38.75 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____

RT
40

Trillium Driver Solutions
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550



Employee 10904

Branch: LA West 124

Week Ending: 2/25/18

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total |
|---|---|---|---|---|---|---|---|
| Felbro | | 2/19/18 | Monday | 515am | 1230 | 30 | 6hour 45 |
| Felbro | | 2/20/18 | Tuesday | 515am | 145 | 30 | 8hour |
| Felbro | | 2/21/18 | Wednesday | 515am | 300pm | 30min | 9hour 5min |
| Felbro | | 2/22/18 | Thursday | 515am | 445pm | 30min | 11hour |
| Felbro | | 2/23/18 | Friday | 515am | 330pm | 30min | 9hour 45m |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | |

Timesheets **MUST** be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature _____

Trillium Driver Solutions
2600 S. _____ Blvd Suite 202
Commerce, CA 90040
(323) 4068756



DRIVER TIMESHEET

Name: **Employee 10985**

Branch: Sacramento #422

| Week Ending: 3-11-18 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
| SIGLER | | 3/5/18 | Monday | 7:00 | 15:30 | :30 | 8.0 |
| SIGLER | | 3/6/18 | Tuesday | 6:30 | 15:00 | :30 | 8.0 |
| SIGLER | | 3/7/18 | Wednesday | 7:00 | 15:30 | :30 | 8.0 |
| SIGLER | | 3/8/18 | Thursday | 7:00 | 15:30 | :30 | 8.0 |
| SIGLER | | 3/9/18 | Friday | 7:00 | 15:30 | :30 | 8.0 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 40.0 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature _____        _____

Trillium Driver Solutions

9075 Foothills Blvd., Suite 2

Roseville, CA 95747

(916) 472-0550



**DRIVER TIMESHEET**

Employee 11084

Name: 

3-25-18

Branch: L.A. East #569

## Week Ending:

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| estes | | 3-19-18 | Monday | *PM* 9:00 | *PM* 9:00 | 200/230 | 11 30 ✓ |
| estes | | 3-20-18 | Tuesday | *AM* 9:00 | *PM* 9:00 | 200/230 | 11 30 ✓ |
| estes | | 3-21-18 | Wednesday | *AM* 9:00 | *PM* 8:30 | 245/315 | 11:00 ✓ |
| estes | | 3-22-18 | Thursday | *AM* 9:00 | *PM* 830 | 200/230 | 11 00 ✓ |
| estes | | 3-23-18 | Friday | *AM* 9:00 | *PM* 7:30 | 200/230 | 10:00 ✓ |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | |

Timesheets <u>MUST</u> be completed and submitted to the branch no later than <u>Monday by 10AM</u> each week

Please email timesheets to:

RT / OT

40 / 15

Client Signature



✓

TIMESHEET

Name: _____
422

Branch: _Sacramento II_

## Week Ending: 4-8-18

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total H |
|---|---|---|---|---|---|---|---|
| Estes | | 4-2-18 | Monday | 8:30 | 6:45 | 30 | 9 3/4 ✓ |
| | | 4-3-18 | Tuesday | 8:30 | 7:25 | 30 | 10 1/2 ✓ |
| | | 4-4-18 | Wednesday | 8:30 | 8:15 | 30 | 11 1/4 ✓ |
| | | 4-5-18 | Thursday | 8:30 | 7:00 | 30 | 10 ✓ |
| | | 4-6-18 | Friday | 8:30 | 6:30 | 30 | 9 1/2 ✓ |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 51 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature _____

RT/OT
40/11



Trillium Driver Solutions
9375 Foothills Blvd., Suite 2
Roseville, CA 95747
(916) 474-4550
FAX
(916) 472-1707



**Trillium**
*Your Partner at Work*

Employee 10208      DRIVER TIMESHEET

Name: _____                    Branch:  L.A. West #424

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| | | | **Week Ending: 4/22/18** | | | | |
| TAP | | 4/16 | Monday | 8pm | 6 Am | -30 | 9.30 |
| | | 4/17 | Tuesday | 8pm | 5:30 Am | -30 | 9 |
| | | 4/18 | Wednesday | 8pm | 5am | -30 | 8.30 |
| | | 4/19 | Thursday | 8pm | 4:30 Am | -30 | 8 |
| | | | Friday | | | | |
| | | | Saturday | / | / | / | / |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 35 HRS |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature _____    RT  05 / 32  3

Trillium Driver Solutions

2450 S. Atlantic Blvd. Suite 202

Commerce, CA 90040

(323) 4068736





Your Partner at Work

**DRIVER TIMESHEET**

Employee 11028

Branch:    LA - East Street

Week Ending: _____ 5/4 _____

| omer | Comments | Date | Day | Start | Stop | Minus break | Total Hrs |
|------|----------|------|-----|-------|------|-------------|-----------|
| | | 4/30 | Monday | 8:30 | 4:30 | | |
| | | 5/1 | Tuesday | 8:30 | | | |
| | | 5/2 | Wednesday | 8:00 | 5:30 | | |
| | | 5/3 | Thursday | 8:00 | | | |
| | | 5/4 | Friday | 8:00 | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total hours for week | |

R | OT

37.50 | 1

Timesheets MUST be completed and submitted ... on Monday by 10AM ...

Please email the timesheet to ...

Client Signature



Trillium

DRIVER TIMESHEET

Name: _____

Branch: __Sacramento #422__

Week Ending: 5-20-18

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total |
|---|---|---|---|---|---|---|---|
| Mark | | 5-14 | Monday | 1530 | 2280 | 05 | 8 MIN |
| | | 5-15 | Tuesday | 1530 | 2245 | 05 | 8 MIN |
| | | 5-16 | Wednesday | 1530 | 2830 | 05 | 8 MIN |
| | | 5-17 | Thursday | 1830 | 0430 | 05 | 9.5 |
| | | 5-18 | Friday | 1830 | 0430 | 05 | 9.5 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week

Please email timesheets to:

_____

Client Signature _____

RT / OT
40 / 3

Trillium Driver Solutions

9075 Foothills Blvd., Suite 2



**Trillium**

Employee 10542

Name: _____                    Branch: Sacramento #422

| Week Ending: | | | 6-8 | | | | | |
|--------------|----------|------|-----------|-------|------|-------------|-------------|
| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
| Gar baR | | 6-4 | Monday | 4:45 | 1:30 | | 8 |
| | | 6-5 | Tuesday | 4:45 | 1230 | | 8 |
| | | 6-6 | Wednesday | 4:45 | 1215 | | 8 |
| | | 6-7 | Thursday | 4:45 | 11:40 | | 8 |
| | | 6-8 | Friday | 4:45 | 1230 | | 8 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 40 |

Timesheets **MUST** be completed and submitted to the branch no later than <u>Monday by 10AM</u> each week.

Please email timesheets to:

_____

Client Signature _____



RT
/40

Trillium Driver Solutions

9075 Foothills Blvd., Suite 2

Roseville, CA 95747

(916) 472-0550



**Trillium**

DRIVER TIMESHEET

Name: _____ Employee 10947 _____   Branch: LA West 224

Week ending: 6/24/18

| Costume | Comments | Date | Day | Start | Stop | Mins Break | Total Hours |
|---------|----------|------|-----|-------|------|------------|-------------|
| | | 6/18/18 | Monday | 600 | 630 | 30 | 10:50 |
| | | 6/19/18 | Tuesday | 600 | 330 | 30 | 9:50 |
| | | 6/20/18 | Wednesday | 600 | 250 | 0 | 8:50 |
| | | | Thursday | | | | |
| | | | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total hours for week | 29:50 |

# Driver Timesheet

Employee 10297

Name:

Week Ending    7-15

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| AmerMaid | | 7-9 | Monday | 6 30 | 3 00 | .5 | 8 |
| | | 7-10 | Tuesday | 6 30 | 3 00 | .5 | 8 |
| | | 7-11 | Wednesday | 6 30 | 3 00 | .5 | 8 |
| | | 7-12 | Thursday | 6 30 | 3 00 | .5 | 8 |
| | | 7-13 | Friday | 6 b | 3 00 | .B | 8 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for Week | 40 |

Timesheets MUST be computed and submitted to the branch no later than Monday by 10am each week.

Please email timesheets to:

Client Signature

40



Employee 11113        DRIVER TIMESHEET

Name: _

Branch:_   L.A. East #569

## Week Ending: ___7/29___

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Estes | | 7/23/18 | Monday | 9 00 | 6 30 | .30 | 9 |
| Estes | | 7/24/18 | Tuesday | 9 30 | 8 15 | .30 | 10.75 |
| Estes | | 7/25/18 | Wednesday | 8 30 | 5 45 | .30 | 8.75 |
| Estes | | 7/26/18 | Thursday | 8 45 | 6 15 | .30 | 9 |
| Estes | | 7/27/18 | Friday | 9 00 | 3 30 | .30 | 8 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature

RT / OT
40 / 5



Trillium Driver Solutions

1525 S. Grove Ave., Unit 7

Ontario, CA 91761

(909) 296-6100

**Trillium**
Your Partner at Work

Employee 10767 · DRIVER TIMESHEET

Name: _____         Branch: L.A. West #424 _____

| Week Ending: | | | | 8/5/18 | | | |
|---|---|---|---|---|---|---|---|
| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
| FARO | | 7/30/18 | Monday | 6:00 | 17:30 | 30 min | 11 hrs 11 |
| FARO | | 7/31/18 | Tuesday | 6:00 | 17:30 | 30 min | 11 hrs 11 |
| FARO | | 8/1/18 | Wednesday | 6:00 | 20:30 | 30 min | 14 hrs 14 |
| FARO | | 8/2/18 | Thursday | 6:30 | 16:00 | 30 min. | 9 hrs 9 |
| FARO | | 8/3/18 | Friday | 6:00 | 16:00 | 30 min | 9 hrs 30 9.5 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 54 hrs 30 min |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10AM** each week.

Please email timesheets to:

Client Signature ____



Trillium Driver Solutions

2450 S. Atlantic Blvd. Suite 202

Commerce, CA 90040

(323) 4068736



**Trillium**
Your Chemical Way

DRIVER TIMESHEET

Employee 10343

Name: _____     Branch: Sacramento #422

Week Ending: 8-12-18

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| ARAHARK | | 8-6-18 | Monday | 09:00 | 9:15 | 1/2 | 11 3/4 ✓ |
| ARAHARK | | 8-7-18 | Tuesday | 08:00 | 17:45 | 1/2 | 9 4/4 ✓ |
| — | — | — | Wednesday | — | — | — | — |
| — | — | — | Thursday | — | — | — | — |
| ARAHARK | | 8-10-18 | Friday | 08:00 | 19:15 | 1/2 | 10 3/4 ✓✓ |
| ARAHARK | | 8-11-18 | Saturday | 09:30 | 20:15 | 1/2 | 10 1/4 ✓ |
| ARAHARK | | 8-12-18 | Sunday | 09:30 | 19:45 | 1/2 | 9 3/4 ✓ |
| | | | | | | Total Hours for week | |

Timesheets **MUST** be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

_____

Client Signature _____

RT /OT
40 /11.7



**Trillium**
Your Partner at Work

Employee 10505

Name:

INDIVIDUAL TIMESHEET

Branch: Sacramento #422

Week Ending: 8/26

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| Aramark | | 8-20-18 | Monday | 1530 | 0045 | 30 | 8.75 |
| | | 8-21-18 | Tuesday | 1500 | 2345 | 30 | 8.75 |
| | | 8-22-18 | Wednesday | 1500 | 0000 | 30 | 8.50 |
| | | 8-23-18 | Thursday | 1500 | 2330 | 30 | 8.00 |
| | | 8-24-18 | Friday | 1300 | 2330 | 30 | 10.00 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 43.50 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week

Please email timesheets to:

RT / OT
40 / 3.5

Client Signature



Trillium
*Your Partner at Work*

Employee 10770          TIMESHEET

Name: _____                          Branch: __L.A. East #569__

## Week Ending: 9-16-18

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| MuRphy | | 9-10 | Monday | 7AM | 4:5P | 11:00A-11:5A | 9 |
| MuRphy | | 9-11 | Tuesday | 7AM | 3:5P | 11:00A-11:5A | 8 |
| MuRphy | | 9-12 | Wednesday | 7AM | 3:5P | 11:00A-11:5A | 8 |
| MuRphy | | 9-13 | Thursday | 7AM | 2:5P | 11:00A-11:5A | 7   8 MIN |
| MuRphy | | 9-14 | Friday | 7AM | 2:5P | 11:00A-11:5A | 7   8 MIN |
| MuRphy | | 9-15 | Saturday | OFF | | | 0 |
| MuRphy | | 9-16 | Sunday | OFF | | | 0 |
| | | | | | | Total Hours for week | 39 |

Timesheets <u>MUST</u> be completed and submitted to the branch no later than <u>Monday by 10AM</u> each week.

Please email timesheets to:

Client Signature _____          38 Reg +1 OT



Trillium Driver Solutions

1525 S. Grove Ave., Unit 7

Ontario, CA 91761

(909) 296-6100

RT / OT
40 / 1



**DRIVER TIMESHEET**

Name: Employee 10473

Branch: L.A. West #424

## Week Ending: 09/30/2018

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| BAY INSULATION | OFF | 9/24/18 | Monday | NA | NA | NA | 0.00 |
| " | Work | 9/25/18 | Tuesday | 0500 | 1600 | 30 min | 10.50 ✓ |
| " | Work | 9/26/18 | Wednesday | 0530 | 1600 | 30 min | 10.00 ✓ |
| " | Work | 9/27/18 | Thursday | 0500 | 1600 | 30 min | 10.50 ✓ |
| " | Work | 9/28/18 | Friday | 0500 | 1800 | 30 min | 12.50 ✓ |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 32.00 reg 11.50 OT |

Timesheets **MUST** be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature _____





| RT | OT | DT |
|---|---|---|
| 32 | 11 | .5 |

Trillium Driver Solutions

14303 S. Artesia Blvd. Suite 200
Commerce, CA 90040
(323) 4028755

## Driver Timesheet

**Trillium**

Name: _____   Employee 10685

Week Ending: _____

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Estes | | 10/1 | Monday | 7:00 | 18:00 | .50 | 10.50 ✓ |
| | | 10/2 | Tuesday | 8:00 | 16:30 | .50 | 8.00 ✓ |
| | | 10/3 | Wednesday | 8:00 | 18:30 | .50 | 10.00 ✓ |
| | | 10/4 | Thursday | 6:00 | 18:30 | .50 | 12.00 ✓ |
| | | 10/5 | Friday | 8:00 | 17:30 | .50 | 9.00 ✓ |
| | | 10/6 | Saturday | | | | |
| | | 10/7 | Sunday | | | | |
| | | | | | | Total Hours for Week | 49.50 |

Timesheets **MUST** be completed and submitted to the branch no later than **Monday by 10am** each week.
Please email timesheets to:

Client Signature _____



RT / OT
40 / 9.5

**Trillium Driver Solutions**
9075 Foothills Blvd Suite 2
Roseville CA 95747
(916) 472-0550



**Trillium**

**DRIVER TIMESHEET**

Name: [Employee 10546]

Branch: L.A. West #424

Week Ending: 10/22/18

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Quick Pick | | 10/15 | Monday | 5 pm | 330 am | 30 min | 10 ✓ |
| Quick Pick | | 10/16 | Tuesday | 530 | 330 | 30 min | 9 1/2 ✓ |
| Quick Pick | | 10/17 | Wednesday | 530 | 1:30 | 30 min | 7 1/2 ✓ |
| Quick Pick | | 10/18 | Thursday | 4 pm | 3 am | 30 min | 10 1/2 ✓ |
| Quick Pick | | 10/19 | Friday | | | | |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 37 1/2 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature _____

Trillium Driver Solutions
2450 S. Atlantic Blvd. Suite 202
Commerce, CA 90040
(323) 4068736

RT / OT
31.5 / 6



**Trillium**

DRIVER TIMESHEET

Name: Employee 10692

Week Ending 11/4



Employee 10112          ESHEET

Name:                                            Branch: Sacramento #422

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Week Ending:** | | **11-16-18** | | | | | |
| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
| ESTES | | 11/12 | Monday | 7 00 AM | 5 30 PM | 30 MIN | 10·5 |
| ESTES | | 11/13 | Tuesday | 7 00 AM | 6 30 PM | 30 MIN | 11·5 |
| ESTES | | 11/14 | Wednesday | 6 00 AM | 6 30 PM | 30 MIN | 12 |
| ESTES | | 11/15 | Thursday | 9 30 AM | 7 30 PM | 30 MIN | 10 |
| ESTES | | 11/16 | Friday | 7 00 AM | 7 00 PM | 30 MIN | 12 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 56 |

10
11
11.5
9.5
11.5

Timesheets <u>MUST</u> be completed and submitted to the branch no later than <u>Monday by 10AM</u> each week.

Please email timesheets to: :

Or fax to 916-472-2707

Client Signature



RT | OT
40 | 13.5

Trillium Driver Solutions

9075 Foothills Blvd., Suite 2

Roseville, CA 95747

(916) 472-0550



**Trillium**
Your Partner at Work

DRIVER TIMESHEET

Sacramento #422

Employee 11030

Branch: _Sacramento #422_

Week Ending: _12/07/18_

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| Sigler | working | 12-03-18 | Monday | 7:00 Am | 4:00 | 30 minutes | 8.5 ✓ |
| Sigler | working | 12-04-18 | Tuesday | 7:00 Am | 3:30 | 30 minutes | 8 ✓ |
| Sigler | working | 12-05-18 | Wednesday | 7:00 Am | 3:30 | 30 minutes | 8 ✓ |
| Sigler | working | 12-06-18 | Thursday | 7:00 Am | 3:30 | 30 minutes | 8 ✓ |
| Sigler | working | 12-07-18 | Friday | 7:00 Am | 3:30 | 30 minutes | 8 ✓ |
|  | OFF |  | Saturday |  |  |  |  |
|  | OFF |  | Sunday |  |  |  |  |
|  |  |  |  |  |  | Total Hours for week | 40.5 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Client Signature ___





RT / OT
40 / .5

Trillium Driver Solutions

9075 Foothills Blvd., Suite 2

Roseville, CA 95747

(916) 472-0550



**Trillium**

DRIVER TIMESHEET

Name: _____ **Employee 10865**    Branch: ___ A. West #424 ___

Week Ending: ___

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|----------|----------|------|-----|-------|------|-------------|-------------|
| No carrier | | 12-17-18 | Monday | | | | |
| | | 12-18-18 | Tuesday | 7:00 pm | 3:30 am | 30 | 8 |
| | | 12-19-18 | Wednesday | 7:00 pm | 3:30 am | 30 | 8 |
| | | 12-20-18 | Thursday | 7:00 | 3:30 | 30 | 8 |
| | training | 12-21-18 | Friday | | | | 0 |
| | | 12-22-18 | Saturday | 7:00 pm | 3:30 | 30 | 8 |
| | | 12-23-18 | Sunday | 7:00 pm | 3:30 pm | 30 | 8 |
| | | | | | Total Hours for week | | 40 |

Timesheets MUST be completed and submitted to the branch, no later than Monday by 10AM each week.

Please email timesheets to:

_____

Driver Signature



Trillium Driver Solutions

**Trillium**
*Your Partner at Work*

**SACRAMENTO 422**

| | |
|---|---|
| Pay Period Ending SUNDAY (MM/DD/YY): | Div/Branch#: 422 |
| Employee Name: | Employee 10540 |
| Client Company Name: | |
| Jobsite Name or Job #: | Aramark |

*Employees Complete/sign/date & obtain client approval. Client submit to:* by MONDAY at 10:00 AM.

Enter your work/meal start and stop times exactly (i.e. 6:57 AM or 5:02 PM)

| Day of Week: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| Enter Month/Day: | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/6 |
| Daily Work Start Time: | 130 | 130 | 130 | 130 | 130 | | |
| Lunch Period Out Time: | 530 | 530 | 530 | 530 | 530 | | |
| Lunch Period Return Time: | 600 | 600 | 600 | 600 | 600 | | |
| Second Lunch Out Time (IF APPLICABLE) | | | | | | | |
| Second Lunch Return Time (IF APPLICABLE) | | | | | | | |
| Daily Work Stop Time: | 1300 | 1000 | 1130 | 1015 | 1245 | | |

*Use Conversion Chart below to accurately enter the total number of daily hours worked; then enter the total for the week in last column.*
*0 - 7 Minutes = 0.00 / 8 - 22 Minutes = 0.25 / 23 - 37 Minutes = 0.50 / 38 - 52 Minutes = 0.75 / 53 - 60 Minutes = 1.00*

| Regular Hours Worked: | 8 hours | 8.00 | 8.00 | 8.00 | 8.00 | | |
|---|---|---|---|---|---|---|---|
| **Overtime Hours Worked:** Enter number of daily hours worked over 8 hours each day (i.e. if you worked a total of 10 hours for the day, enter 2.00 hours in the box): | 3.00 | | 1.50 | 0.25 | 2.75 | | |
| PSL Used: | | | | | | | |
| | 11 | 8 | 9.5 | 8.25 | 10.75 | | |

PSL – Paid Sick Leave:  Only available where PSL is mandated by law and must generally be used in minimum increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT:  I acknowledge this timecard accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime which was not pre-approved, I will be paid for my hours worked but I may be subject to disciplinary action.  If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT:  I certify that I have NOT suffered a work-related injury while on the job during this pay period.  If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

Employee Signature: _____ Date: 1/11/19

I certify, to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

Client Signature: _____   Printed Name: _____   Date: _____

| For Trillium Payroll Use Only: | Regular | 1.5 OT | 2.0 OT | PSL | Other | Total Hours Paid for this Week |
|---|---|---|---|---|---|---|
| Version 32152016 | 40 | 7.5 | | | | |



Trillium

DRIVER TIMESHEET

Name: Employee 10473

Branch: L.A. West #424

Week Ending: 1/20/2019

| Customer | Comments | Date | Day | Start | Stop | Min's Break | Total Hours |
|---|---|---|---|---|---|---|---|
| BAY Insulation | OFF Work | 1/14/19 | Monday | N.A | N.A | N.A | 0.00 |
| " | " | 1/15/19 | Tuesday | 0445 | 1645 | 30 MINS | 11.25 |
| " | " | 1/16/19 | Wednesday | 0500 | 1415 | 30 MINS | 11.00 |
| " | " | 1/17/19 | Thursday | 0500 | 1515 | 30 MINS | 10.25 |
| " | " | 1/18/19 | Friday | 0515 | 1630 | 30 MINS | 10.75 |
| | | | Saturday | | | | 32.00 reg 11.25 OT |
| | | | | | | Total Hours for week | |

Client Signature:

RT / OT
32 / 11.25

Trillium Driver Solutions

CA 90040

(323) 4008726

**Trillium**

SACRAMENTO 422

Pay period ending SUNDAY (MM/DD/YY): 1-27-19   422

EMPLOYEE NAME:

CLIENT/COMPANY NAME: On Trac

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL, SUBMIT TO   BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES= 0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 1-21 | 1-22 | 1-23 | 1-24 | 1-25 | 1-26 | 1-27 |
| DAILY WORK START TIME: | 4AM | 330AM | 330AM | 330AM | OFF | OFF | 7AM |
| LUNCH PERIOD OUT TIME: | 9AM | 845AM | 915AM | 915AM | | | 1245 PM |
| LUNCH PERIOD RETURN TIME: | 930AM | 915AM | 945AM | 945AM | | | 115 PM |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | 1030PM | 12PM | 12PM | 12PM | | | 4PM |
| TOTAL DAILY HOURS WORKED: | | | | | | | 8.5 |

FSL USED (IF TIME IS AVAILABLE):

DATE: 1-27-19



RT | OT
40 | .5

**Trillium**
*Your Partner at Work*

| | Pay period ending SUNDAY (MM/DD/YY): | 2-3-19 | 569 |
|---|---|---|---|
| | EMPLOYEE NAME: | Employee 10939 | |

| L.A. EAST 569 | CLIENT/COMPANY NAME: BAL ineil | |
|---|---|---|

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO ____ BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES=1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 1-28-19 | 1-29-19 | 1-30-19 | 1-31-19 | 2-1-19 | | |
| DAILY WORK START TIME: | 4 AM | 4.45 | 6 AM | 5:30 | 5:30 | | |
| LUNCH PERIOD OUT TIME: | 9 Am | 9:45 | 11 Am | 10:30 | 10:30 | | |
| LUNCH PERIOD RETURN TIME: | 9:30 | 10:15 | 11:30 | 11 Am | 11 Am | | |
| SECOND PERIOD OUT (IF APPLICABLE): | — | — | — | — | — | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | — | — | — | — | — | | |
| DAILY WORK STOP TIME: | 4 Pm | 12.15 | 3 Pm | 1 Pm | 1:30 | | |
| TOTAL DAILY HOURS WORKED: | 11½ | 7 8min | 8½ | 8 8min | 7½ 8min | | 44 |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:
n/a

| EMPLOYEE SIGNATURE: | | DATE: | 2-1-19 |
|---|---|---|---|

*I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.*

| CLIENT SIGNATURE: | PRINTED NAME: | DATE: |
|---|---|---|

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 1525 S. GROVE ST UNIT7 ONTARIO, CA 91761 909-296-6100 | | | | | | |

| 569 | SUBMIT TO | BY MONDAY AT 10AM | 569 |
|---|---|---|---|

40 Reg
4 OT

**Trillium**
Your Partner at Work

SACRAMENTO 422

| | | | | | | Div/Branch: 422 |
|---|---|---|---|---|---|---|
| Pay Period Ending SUNDAY (MM/DD/YY): | | | | | | |
| Employee Name: | | Employee 10466 | | | | |
| Client Company Name: | | CAL NATURAL | | | | |
| Jobsite Name or Job #: | | | | | | |

Employee : Complete/sign/date & obtain client approval.   Client : Submit to:

Enter your work/meal start and stop times exactly (i.e. 6:57 AM or 5:02 PM).

*by MONDAY at 10:00 AM.*

| Day of Week: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| Enter Month/Day: | 2-4 | 2-5 | 2-6 | 2-7 | 2-8 | | |
| Daily Work Start Time: | 2145 | 2145 | 2145 | 2145 | 2145 | | |
| Lunch Period Out Time: | 0300 | 0300 | 0300 | 0300 | 0300 | | |
| Lunch Period Return Time: | 0330 | 0320 | 0330 | 0330 | 0330 | | |
| Second Lunch Out Time (IF APPLICABLE): | | | | | | | |
| Second Lunch Return Time (IF APPLICABLE): | | | | | | | |
| Daily Work Stop Time: | 0615 | 0615 | 0615 | 0615 | 0615 | | |

Use Conversion Chart below to accurately enter the total numbers of daily hours worked; then enter the total for the week in last column.
0 - 7 Minutes = 0.00 / 8 - 22 Minutes = 0.25 / 23 - 37 Minutes = 0.50 / 38 - 52 Minutes = 0.75 / 53 - 60 Minutes = 1.00

| Regular Hours Worked: | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | |
|---|---|---|---|---|---|---|---|
| **Overtime Hours Worked:** Enter number of daily hours worked over 8 hours each day (i.e. if you worked a total of 10 hours for the day, enter 2.00 hours in the box). | | | | | | | |
| **PSL Used:** | | | | | | | |

PSL - Paid Sick Leave: Only available where PSL is mandated by law and must generally be used in minimum increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: I acknowledge this time card accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime which was not pre-approved, I will be paid for my hours worked but I may be subject to disciplinary action. If I disagree with any statement in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I have suffered a work-related injury in this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's Injury reporting process as outlined in the current Trillium handbook.

EMPLOYEE CONCERNS:

Date: 2-8-19

**Trillium**
Your Partner at Work

| | Pay period ending SUNDAY (MM/DD/YY): | 2/17 | | **424** |

EMPLOYEE NAME: Employee 11039

**L.A. WEST 424**

CLIENT/COMPANY NAME: Prefeared Freezer

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO                  Y MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES=1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | | |
| DAILY WORK START TIME: | 4am | 4am | 4am | 4am | 6am | | |
| LUNCH PERIOD OUT TIME: | 30MIN | 30MIN | 30MIN | 30MIN | 30MIN | | |
| LUNCH PERIOD RETURN TIME: | | | | | | | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | 5 PM | 5 PM | 2 PM | 2 PM | 5 PM | | |
| TOTAL DAILY HOURS WORKED: | 12.5 | 12.5 | 9.5 | 9.5 | 10.5 | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE:                                      DATE:

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

CLIENT SIGNATURE:                      PRINTED NAME:                      DATE:

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER- | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 2450 ATLANTIC BLVD STE 202 COMMERCE, CA 90040 323-406-8736 | 40 | 13.5 | 1 | | | |

| **424** | SUBMIT TO | | BY MONDAY AT 10AM | **424** |

**Trillium**

| Pay period ending SUNDAY (MM/DD/YY): | 3 | 3 | 19 | | 422 |
| --- | --- | --- | --- | --- | --- |

EMPLOYEE NAME:

SACRAMENTO 422

CLIENT/COMPANY NAME: ESTES

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO C                    BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES=1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| MONTH/DAY (MM/DD): | 2\|25 | 2\|26 | 2\|27 | 2\|28 | 3\|1 | | |
| DAILY WORK START TIME: | 8 AM | 8 AM | 7 AM | | | | |
| LUNCH PERIOD OUT TIME: | 12 Pm | 12 Pm | 12 Pm | | | | |
| LUNCH PERIOD RETURN TIME: | 12:30 Pm | 12:30 Pm | 12:30 Pm | | | | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | 6:30 Pm | 6 Pm | 4 Pm | | | | |
| TOTAL DAILY HOURS WORKED: | ✓ 10 | ✓ 9:50 | 8.50 | CALL IN SICK | CALLED IN SICK | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL (Paid Sick Leave): This applies only where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable law. Your payslip indicates whether or not you have PSL time available.

TIMECARD AGREEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken within the period indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

| EMPLOYEE SIGNATURE: | | DATE: | 3\|3\|19 |
| --- | --- | --- | --- |

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

| CLIENT SIGNATURE: | PRINTED NAME: | | DATE: |
| --- | --- | --- | --- |

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
| --- | --- | --- | --- | --- | --- | --- |
| 9075 FOOTHILLS BLVD #2 ROSEVILLE, CA 95747 916-472-0550 | 24 | 4 | | | | |

| 422 | SUBMIT TO CAPAYROLL@TRILLIUMDRIVERS.COM OR FAX TO 916-472-2707 BY MONDAY AT 10AM | 422 |
| --- | --- | --- |

**Trillium**
*Your Partner at Work*

**L.A. WEST 424**

Pay period ending SUNDAY (MM/DD/YY): 3/10/19

EMPLOYEE NAME: 3/4/19   Employee 10546

CLIENT/COMPANY NAME:

424

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL SUBMIT TO                    BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)
0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 3/4 | 3/5 | 3/6 | | | | |
| DAILY WORK START TIME: | 530pm | 530pm | 530p. | | | | |
| LUNCH PERIOD OUT TIME: | 1030 pm | 1100 m | 1100 pm | | | | |
| LUNCH PERIOD RETURN TIME: | 1100 pm | 1130 pm | 1130 pm | | | | |
| SECOND PERIOD OUT (IF APPLICABLE): | — | — | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | — | — | | | | | |
| DAILY WORK STOP TIME: | 330am | 300am | 330am | | | | |
| **TOTAL DAILY HOURS WORKED:** | 9½ | 9 | 9½ | | | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE:

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

DATE: 3/7/19

CLIENT SIGNATURE:                    PRINTED NAME:

DATE:

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 2450 ATLANTIC BLVD STE 202 COMMERCE, CA 90040 323-406-8736 | 24 | 4 | | | | |

424

SUBMIT TO                    BY MONDAY AT 10AM                    424



**Trillium**
Your Partner at Work

Employee 10334                    TIMESHEET

Name: _____                              Branch:   Sacramento #422

Week Ending:

| Customer | Comments | Date | Day | Start | Stop | Minus Break | Total Hours |
|---|---|---|---|---|---|---|---|
| ESTeS | | 3/11/19 | Monday | 7:Am | 7:Pm | 30 | 11:50 |
| ESTeS | | 3/12/19 | Tuesday | 7:Am | 7:Pm | 30 | 11:50 |
| ESTeS | | 3/13/19 | Wednesday | 5:Am | 4:Pm | 30 | 10:50 |
| ESTeS | | 3/14/19 | Thursday | 5:Am | 5:30pm | 30 | 12 |
| ESTeS | | 3/15/19 | Friday | 5:30Am | 5:30pm | 30 | 11:50 |
| | | | Saturday | | | | |
| | | | Sunday | | | | |
| | | | | | | Total Hours for week | 57 |

Timesheets MUST be completed and submitted to the branch no later than Monday by 10AM each week.

Please email timesheets to:

Or fax to 916-472-2707

Client Signature _____

RT/OT
40/17

Trillium Driver Solutions

9075 Foothills Blvd., Suite 2

Roseville, CA 95747

(916) 472-0550

# Trillium
*Your Partner at Work*

**SACRAMENTO 422**

422

Pay period ending SUNDAY (MM/DD/YY): **04-07-2019**

EMPLOYEE NAME:

CLIENT/COMPANY NAME: **D.H.E Dependable highway express**

**EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO** ( BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES=1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | | | 04/03/19 | 04/04/19 | 04/05/19 | | |
| DAILY WORK START TIME: | | | 9:00Am | 8:00 A.m | 8:15AM | | |
| LUNCH PERIOD OUT TIME: | | | 3:12pm | 2:30p.m | 1:30p.m | | |
| LUNCH PERIOD RETURN TIME: | | | 3:42(pm) | 3:00pm | 2:00p.m | | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | ∅ | ∅ | ∅ | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | ∅ | ∅ | ∅ | | |
| DAILY WORK STOP TIME: | | | 8:18pm | 6:45pm | 7:15pm | | |
| TOTAL DAILY HOURS WORKED: | ∅ | ∅ | 10:48 .75 | 10.25 | 10.50 | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

**PSL-Paid Sick Leave:** Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

**TIME ACKNOWLEDGEMENT:** By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

**NON-INJURY ACKNOWLEDGEMENT:** By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE: | DATE: **04/07/19**

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

CLIENT SIGNATURE: | PRINTED NAME: | DATE:

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 9075 FOOTHILLS BLVD #2 ROSEVILLE, CA 95747 916-472-0550 | 24 | 7.5 | | | | |

**422**  SUBMIT TO CAPAYROLL@TRILLIUMDRIVERS.COM OR FAX TO 916-472-2707 BY MONDAY AT 10AM  **422**

**Trillium**

**Employee 10505**

SACRAMENTO 422

| DAY OF THE WEEK | MON | TUES | WED | THUR | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| DATE(S) (DAY WORKED) | 4-15-19 | 4-16-19 | 4-17-19 | 4-18-19 | 4-19-19 | | |
| DAILY WORK START TIME | 1230 | 1230 | 1500 | 2130 | 2230 | | |
| LUNCH PERIOD OUT TIME | 1930 | 1900 | 2200 | 0300 | 0300 | | |
| LUNCH PERIOD RETURN TIME | 2000 | 1930 | 2230 | 0330 | 0330 | | |
| SECOND PERIOD OUT (IF APPLICABLE) | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE) | | | | | | | |
| DAILY WORK STOP TIME | 0100 | 2200 | 0230 | 0700 | 0700 | | |
| TOTAL DAILY HOURS WORKED | 1200 | 900 | 900 | 900 | 900 | | |

EMPLOYEE SIGNATURE                          DATE: 4-19-19

CLIENT SIGNATURE                             DATE:

| | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| FOR TRILLIUM PAYROLL USE ONLY | | | | | | |

RT | OT
40 | 8

Employee # 2461520 / Assignment # 641873

**Trillium**
Your Partner at Work

| | Pay period ending SUNDAY (MM/DD/YY): | 5/12/19 | 424 |
|---|---|---|---|

Employee 10904

**L.A. WEST 424**

EMPLOYEE NAME

CLIENT/COMPANY NAME: PAPA CANTELLA

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL-SUBMIT TO

BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES = 0.00/ 8-22 MINUTES=0.25/ 23-37 MINUTES=.50/ 38-52 MINUTES=0.75/ 53-60 MINUTES=1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 5/6/19 | 5/7/19 | 5/8/19 | 5/9/18 | 5/10/19 | | |
| DAILY WORK START TIME: | 6Am | 6Am | 6Am | 530am | 530Am | | |
| LUNCH PERIOD OUT TIME: | 9Am | 1030 | 9Am | 8Am | 815 | | |
| LUNCH PERIOD RETURN TIME: | 930 | 11Am | 930 | 830 | 845 | | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | 230 | 330 | 230 | 345pm | 2pm | | |
| TOTAL DAILY HOURS WORKED: | 8 ✓ | 9 ✓ | 8 ✓ | 9¾ ✓ | 8 ✓ | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL–Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

| EMPLOYEE SIGNATURE: | | DATE: | 5/10/19 |
|---|---|---|---|

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

| CLIENT SIGNATURE | PRINTED NAME: | DATE: |
|---|---|---|

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 2450 ATLANTIC BLVD STE 202 COMMERCE, CA 90040 323-406-8735 | 40 | 2.75 | | | | |

| 424 | SUBMIT TO | BY MONDAY AT 10AM | 424 |
|---|---|---|---|

# Trillium

| | | | | 569 |
|---|---|---|---|---|
| | | | **Employee 10482** | |

**LA. EAST 569**

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO    CLIENT COMPANY NAME: *GREAT PACIFIC*    BY MONDAY AT 10AM

ENTER YOUR IN/OUT/LUNCH START & STOP TIMES (SEE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)
0-7 MINUTES: ROUND DOWN, 8-22 MINUTES: 0.25, 23-37 MINUTES: .50/38-52 MINUTES: 0.75/53-60 MINUTES: 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY PROVIDED | 5-13-19 | 5-14-19 | 5-15-19 | 5-16-19 | 5-17-19 | | |
| DAILY WORK START TIME | 7:00 AM | 7:00 | 7:30 | 7:15 | 7:00 | | |
| LUNCH PERIOD OUT TIME: | 12:00 PM | 11:35 | 1:30 | 1:30 | 12:00 | | |
| LUNCH PERIOD RETURN TIME: | 12:30 | 11:55 | 2:00 | 2:00 | 12:30 | | |
| SECOND PERIOD OUT (IF APPLICABLE) | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE) | | | | | | | |
| DAILY WORK STOP TIME | 3:30 | 3:30 | 4:00 | 3:45 | 3:30 | | |
| **TOTAL DAILY HOURS WORKED:** | 8 Reg | 8 Reg | 8 Reg | 8 Reg | 8 Reg | | |

PSL USED BY TIME (IF AVAILABLE)

**PSL-Paid Sick Leave:** Only available where PSL is enacted by law and must be taken in increments of 1 hour or more. See Trillium's PSL policies for details enough applicable policy. Your payslips indicate number of earn you have PSL time available.

**TIME ACKNOWLEDGEMENT:** By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and all rest time off that I have taken during the dates indicated above, and I did not work any overtime in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being submitted. In this acknowledgement, I have noted any concerns below.

**NON-INJURY ACKNOWLEDGMENT:** By submitting this timecard, I certify that I have NOT suffered a work-related injury during the pay period. I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

**EMPLOYEE CONCERNS:**

EMPLOYEE SIGNATURE:    DATE: 5-17-19

CLIENT SIGNATURE: I certify to the best of my knowledge, the number of the hours reported by this Trillium employee as this timecard.    DATE: 5-17-19

PRINTED NAME:

DATE:

| FOR TRILLIUM PAYROLL USE ONLY: | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 1525 S. GROVE ST UNIT E ONTARIO, CA 91761 909-299-6100 | **40** | | | | | **40 reg** |

| 569 | SUBMIT TO | BY MONDAY AT 10AM | 569 |
|---|---|---|---|

4-13-19  CHINO  FONTANA  TIGER BROCK        4-16-19  AZUZA  CITY INDUSTY  ONTARIO  FONTANA  CORONA

4-14-19 - PALM SPRINGS  INDIO  THOUSEN PALM  CATTEDEL CITY        4-17-19  el MONTE  CITY INDUSTRI  BUENA PARK  FOUNTAIN VALLY

4-15-19  ONTARIO  ANAHEIM  BUENA PARK

**40 reg**

# Trillium
Your Family at Work

**SACRAMENTO 422**

Pay period ending SUNDAY (MM/DD/YY): 5-26-19    422

EMPLOYEE NAME

CLIENT/COMPANY NAME: OnTrac

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL, SUBMIT TO CAPAYR    MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 5.20 | 5-21 | 5-22 | 5-23 | 5-24 | 5-25 | 5-26 |
| DAILY WORK START TIME: | 8AM | 8AM | 8AM | 8Am | 9AM | OFF | 1PM |
| LUNCH PERIOD OUT TIME: | 3PM | 330PM | 3PM | 3PM | 3PM | | N/A |
| LUNCH PERIOD RETURN TIME: | 330PM | 4PM | 330PM | 330PM | 330PM | | N/A |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | 630PM | 630PM | 630PM | 630PM | 730PM | | 430PM |
| TOTAL DAILY HOURS WORKED: | 10 | 10 | 10 | 10 | 10 | 0 | 8MIN |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

**PSL-Paid Sick Leave:** Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

**TIME ACKNOWLEDGEMENT:** By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and it did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for any hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

**NON-INJURY ACKNOWLEDGEMENT:** By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

**EMPLOYEE CONCERNS:**

EMPLOYEE SIGNATURE:                                                    DATE: 5-26-19

hours reported by this Trillium employee on this timecard.

PRINTED NAME:                                                          DATE:

CLIENT SIGNATURE:

| | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| TRILLIUM PAYROLL USE ONLY | 40 | 18 | | | | |

# Trillium
Your Partner at Work

| | | Pay period ending SUNDAY (MM/DD/YY): | 6 - 9 - 2019 | 424 |
|---|---|---|---|---|

**Employee 11038**

EMPLOYEE NAME:

**L.A. WEST 424**

CLIENT/COMPANY NAME: *Aramark*

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO

BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | | 6 - 4 | | | | | |
| DAILY WORK START TIME: | | 0500 | | | | | |
| LUNCH PERIOD OUT TIME: | | 1000 | | | | | |
| LUNCH PERIOD RETURN TIME: | | 1030 | | | | | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | | 1630 | | | | | |
| TOTAL DAILY HOURS WORKED: | | 11 | | | | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

| EMPLOYEE SIGNATURE: | | DATE: | 6 - 5 - 2019 |
|---|---|---|---|

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

| CLIENT SIGNATURE: | PRINTED NAME: | | DATE: | |
|---|---|---|---|---|

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 2450 ATLANTIC BLVD STE 202 COMMERCE, CA 90040 323-406-8736 | 8 | 2 | | | | |

| 424 | SUBMIT TO | BY MONDAY AT 10AM | 424 |
|---|---|---|---|

**Trillium**

Pay period ending SUNDAY (MM/DD/YY): **6-30-2019**   422

EMPLOYEE NAME: **Employee 10112**

**SACRAMENTO 422**

CLIENT/COMPANY NAME: *Sierra Pacific*

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO    BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 6-24 | 6-25 | 6-26 | 6-27 | 6-28 | | |
| DAILY WORK START TIME: | 5:00 AM | 5:00 AM | 5:00 AM | 4:00 AM | 5:00 AM | | |
| LUNCH PERIOD OUT TIME: | 9:00 AM | 9:30 AM | 9:00 AM | 8:30 AM | 9:30 AM | | |
| LUNCH PERIOD RETURN TIME: | 9:30 AM | 10:00 AM | 9:30 AM | 9:00 AM | 10:00 AM | | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | 12:54 PM | 1:26 PM | 3:25 PM | 4:02 PM | 2:01 PM | | |
| TOTAL DAILY HOURS WORKED: | 7.50 | 8 | 10 | 11.50 | 8.50 | | |
| PSL USED (IF TIME IS AVAILABLE): | 8MIN | | | | | | |

**PSL-Paid Sick Leave:** Only available where PSL mandates by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

**TIME ACKNOWLEDGEMENT:** By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

**NON-INJURY ACKNOWLEDGEMENT:** By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE:    DATE: **6-30-19**

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

CLIENT SIGNATURE:    PRINTED NAME:    DATE:

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 9075 FOOTHILLS BLVD #2 ROSEVILLE, CA 95747 916-472-0550 | 40 | 6 | | | | |

422    SUBMIT TO    OR FAX TO 916-472-2707 BY MONDAY AT 10AM    422

**Trillium**

L.A. WEST 424

For period ending SUNDAY (MM/DD/YY): 7/14/2019

EMPLOYEE NAME: Employee 10473

CLIENT/COMPANY NAME: DAY Insulation

424

EMPLOYEE: COMPLETE, SIGN/DATE, OBTAIN CLIENT APPROVAL, SUBMIT BY MONDAY AT 10AM.

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES: 0.00/ 8-22 MINUTES: 0.25/ 23-37 MINUTES: .50/ 38-52 MINUTES: .75/ 53-60 MINUTES: 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THUR | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 7/08 | 7/09 | 7/10 | 7/11 | 7/12 | | |
| DAILY WORK START TIME: | 0545 | 0445 | 0515 | 0545 | 0530 | | |
| LUNCH PERIOD OUT TIME: | 1030 | 0945 | 1015 | 1030 | 0945 | | |
| LUNCH PERIOD RETURN TIME: | 1100 | 1015 | 1045 | 1100 | 1015 | | |
| SECOND PERIOD OUT (IF APPLICABLE): | NA | NA | NA | NA | NA | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | NA | NA | NA | NA | NA | | |
| DAILY WORK STOP TIME: | 1630 | 1630 | 1645 | 1600 | 1600 | | |
| TOTAL DAILY HOURS WORKED: | 10.25 | 11.25 | 11.00 | 9.75 | 10.00 | | |

PSL USED (IF TIME IS AVAILABLE):

PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for more on each applicable policy. Your payroll indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and approves my full hours I have worked and, to the extent I have not worked, I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE:                                                      DATE: 7/15/19

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

CLIENT SIGNATURE:                     PRINTED NAME:                     DATE:

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 2450 ATLANTIC BLVD STE 202, COMMERCE, CA 90040 800-404-5238 | 40 | 12.25 | | | | |

424       SUBMIT TO                     BY MONDAY AT 10AM                     424

**Trillium**
*Your Partner at Work*

SACRAMENTO 422

| Pay period ending SUNDAY (MM/DD/YY): | 07/28/2019 | 422 |
|---|---|---|
| EMPLOYEE NAME: | Employee 10735 | |
| CLIENT/COMPANY NAME: | California Natural Products | |

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO · BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES=0.00/ 8-22 MINUTES=0.25/ 23-37 MINUTES=.50/ 38-52 MINUTES=0.75/ 53-60 MINUTES=1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 |
| DAILY WORK START TIME: | 1400 | 1400 | 1400 | 1400 | 1400 | — | |
| LUNCH PERIOD OUT TIME: | 1900 | 1900 | 1900 | 1900 | 1900 | — | |
| LUNCH PERIOD RETURN TIME: | 1930 | 1930 | 1930 | 1930 | 1930 | — | |
| SECOND PERIOD OUT (IF APPLICABLE): | — | — | — | — | — | — | — |
| SECOND PERIOD RETURN (IF APPLICABLE): | — | — | — | — | — | — | — |
| DAILY WORK STOP TIME: | 2230 | 2230 | 2230 | 2230 | 2230 | — | — |
| **TOTAL DAILY HOURS WORKED:** | 8 | 8 | 8 | 8 | 8 | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

*PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

| EMPLOYEE SIGNATURE: | | DATE: | 7/29/2019 |
|---|---|---|---|

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

| CLIENT SIGNATURE: | PRINTED NAME: | DATE: |
|---|---|---|

| | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| FOR TRILLIUM PAYROLL USE ONLY<br>9075 FOOTHILLS BLVD #2<br>ROSEVILLE, CA 95747<br>916-472-0550 | 40 | | | | .5<br>Safety<br>Training | |

| 422 | SUBMIT TO | OR FAX TO 916-472-2707 BY MONDAY AT 10AM | 422 |
|---|---|---|---|

**Trillium**
*Your Partner at Work*

**L.A. EAST 569**

Pay period ending SUNDAY (MM/DD/YY): 8 | 11 | 19

569

EMPLOYEE NAME: Employee 10678

CLIENT/COMPANY NAME: Faro ( Rancho )

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO ___ BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 |
| DAILY WORK START TIME: | 7pm | | | 8pm | 8pm | 8pm | |
| LUNCH PERIOD OUT TIME: | 0 | | | | | | |
| LUNCH PERIOD RETURN TIME: | | | | | | | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | 830 | | | 2am | 2am | 2am | |
| TOTAL DAILY HOURS WORKED: | 4hr Shop trp | | | 8hrn | 8hrn | 8hrn | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE:

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

DATE:

CLIENT SIGNATURE: | PRINTED NAME: | DATE:

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 1525 S. GROVE ST UNIT7 ONTARIO, CA 91761 909-296-6100 | 28 | | | | | 28 |

569

SUBMIT TO ___ BY MONDAY AT 10AM

569

28 Reg

**Trillium**
*Your Partner at Work*

**SACRAMENTO 422**

| | 422 |
|---|---|

Pay period ending SUNDAY (MM/DD/YY): 08/25-19

Employee 10601

EMPLOYEE NAME:

CLIENT/COMPANY NAME: *Estes*

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO ___ MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | 08/19 | 08/20 | 08/21 | 08/22 | 8/23 | | |
| DAILY WORK START TIME: | 0500 | 1000 | 0930 | 0430 | 0600 | | |
| LUNCH PERIOD OUT TIME: | 1500 | 1500 | 1430 | 0900 | 1100 | | |
| LUNCH PERIOD RETURN TIME: | 1030 | 1530 | 1500 | 0930 | | | |
| SECOND PERIOD OUT (IF APPLICABLE): | 1700 | | | 1730 | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | 1730 | | | 1801 | | | |
| DAILY WORK STOP TIME: | 1830 | 1900 | 1700 | 1830 | 1800 | | |
| TOTAL DAILY HOURS WORKED: | 12.5 | 8.5 | 8MIN | 13.5 | 11.5 | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE: _____ DATE: 8-26-19

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

CLIENT SIGNATURE: _____ PRINTED NAME: _____ DATE: _____

| FOR TRILLIUM PAYROLL USE ONLY | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 9075 FOOTHILLS BLVD #2 ROSEVILLE, CA 95747 916-472-0550 | 40 | 12 | 2 | | | |

| 422 | SUBMIT TO | OR FAX TO 916-472-2707 BY MONDAY AT 10AM | 422 |
|---|---|---|---|

Employee 10294

8 | 3.5

**Trillium**
*Your Partner at Work*

| | Pay period ending SUNDAY (MM/DD/YY): | 9 /29 /19 | 424 |
|---|---|---|---|

Employee 10240

EMPLOYEE NAME:

**L.A. WEST 424**

CLIENT/COMPANY NAME: Estes U.S.

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL. SUBMIT TO.

BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)

0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | | | 9/25/19 | | | | |
| DAILY WORK START TIME: | | | 10:30 AM | | | | |
| LUNCH PERIOD OUT TIME: | | | 5:30 PM | | | | |
| LUNCH PERIOD RETURN TIME: | | | 6:00 PM | | | | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | | | 8:32 PM | | | | |
| TOTAL DAILY HOURS WORKED: | | | 8 HRS | | | | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL-Paid Sick Leave: Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE:

| | | DATE: | 9/26/19 |
|---|---|---|---|

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

CLIENT SIGNATURE: _____ PRINTED NAME: _____

DATE:

| FOR TRILLIUM PAYROLL USE ONLY: | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| 2450 ATLANTIC BLVD STE 202 COMMERCE, CA 90040 323-406-8736 | 8 | | | | | |

| 424 | | SUBMIT TO | BY MONDAY AT 10AM | 424 |
|---|---|---|---|---|

**Trillium**

| | Pay period ending SUNDAY (MM/DD/YY): | 10/6/19 | 569 |
|---|---|---|---|

**L.A. EAST 569**

EMPLOYEE NAME: Employee 10626

CLIENT/COMPANY NAME: SYNAGRO

EMPLOYEE: COMPLETE/SIGN/DATE & OBTAIN CLIENT APPROVAL SUBMIT TI — BY MONDAY AT 10AM

ENTER YOUR WORK/MEAL START & STOP TIMES (USE CONVERSION CHART BELOW TO ROUND TO NEAREST QUARTER HOUR)
0-7 MINUTES= 0.00/ 8-22 MINUTES= 0.25/ 23-37 MINUTES= .50/ 38-52 MINUTES=0.75/ 53-60 MINUTES= 1.00

| DAY OF THE WEEK: | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MONTH/DAY (MM/DD): | off | 10-1-19 | 10-2-19 | 10-3-19 | 10-4-19 | 10-5-19 | off |
| DAILY WORK START TIME: | | 5:00am | 5:00am | 5:00am | 5:00am | 5:00am | |
| LUNCH PERIOD OUT TIME: | | 11:00am | 11:00am | 11:00am | 11:00am | 11:00am | |
| LUNCH PERIOD RETURN TIME: | | 11:30am | 11:30am | 11:30am | 11:30am | 11:30am | |
| SECOND PERIOD OUT (IF APPLICABLE): | | | | | | | |
| SECOND PERIOD RETURN (IF APPLICABLE): | | | | | | | |
| DAILY WORK STOP TIME: | | 4:30pm | 4:30pm | 4:30pm | 4:30pm | 1:30pm | |
| TOTAL DAILY HOURS WORKED: | | 11 | 11 | 11 | 11 | 8 | |
| PSL USED (IF TIME IS AVAILABLE): | | | | | | | |

PSL (Paid Sick Leave): Only available where PSL mandated by law and must generally be used in increments of 1 hour or more. See Trillium's PSL policies for details of each applicable policy. Your paystub indicates whether or not you have PSL time available.

TIME ACKNOWLEDGEMENT: By submitting this timecard, I acknowledge that it accurately reflects and accounts for all hours I have worked and/or time off that I have taken during the dates indicated above, and I did not work any other time in this period which is not recorded. Any overtime worked was approved by my supervisor prior to being worked. I understand that if I worked overtime that was not pre-approved, I will be paid for my hours but I may be subject to disciplinary action. If I disagree with any statements in this acknowledgement, I have noted my concerns below.

NON-INJURY ACKNOWLEDGEMENT: By submitting this timecard, I certify that I have NOT suffered a work-related injury while on the job during this pay period. If I DID suffer a work-related injury during this pay period, I have identified it in the Employee Concerns box below and understand that I must follow Trillium's injury reporting process as outlined in the current Trillium Employee Handbook.

EMPLOYEE CONCERNS:

EMPLOYEE SIGNATURE:     DATE: 10/4/19

I certify to the best of my knowledge, the accuracy of the hours reported by this Trillium employee on this timecard.

CLIENT SIGNATURE:     PRINTED NAME:     DATE: 10/4/19

| | REGULAR | 1.5 OT | 2.0 OT | PSL | OTHER | TOTAL HOURS PAID FOR THIS WEEK |
|---|---|---|---|---|---|---|
| FOR TRILLIUM PAYROLL USE ONLY<br>1525 S. GROVE ST UNIT7<br>ONTARIO, CA 91761<br>909-296-6100 | 40 | 12 | — | — | | 52 |

| 569 | SUBMIT TO | BY MONDAY AT 10AM | 569 |
|---|---|---|---|

https://outlook.office365.com/mail/AAMkADgOOTFhNmUyLTkwMDQtNDYjMC1lZmVkLTFhZjNjNjlhNjhmMTRkOAAuAAAAAApxYEOwxmXRoyf28jDPb3ZAQANlsoG7KJcYGi3VH3-hX28lWHiAAAREeqo...

10/28/2019

Mail - Charbonier, Benjamin - Outlook