# EXHIBIT C

## TO THE REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT C - Page 16

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 7. Mediation Questionnaire

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

| | |
|---|---|
| **9th Cir. Case Number(s)** | 21-55456 |

| | |
|---|---|
| **Case Name** | Johel Valiente, et al vs. Swift Transportation Co. of Arizona LLC |

| | |
|---|---|
| **Counsel submitting this form** | Louis Benowitz |

| | |
|---|---|
| **Represented party/ parties** | Plaintiffs Johel Valiente and Ashraf Aiad |

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs Johel Valiente and Ashraf Aiad ("Plaintiffs") are former employees of Defendant Swift Transportation Co. of Arizona LLC ("Defendant") who worked as hourly truck drivers in California. All of their claims are for wage and hour violations under the California Labor Code stemming from Defendant's alleged failures to provide meal and rest periods. Plaintiffs brought this case as a putative class against Defendant on behalf of themselves and other persons employed in California as hourly truck drivers during the applicable statutory limitations period.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 7**      *1*      *Rev. 12/01/2018*

EXHIBIT C - Page 17

*Briefly describe the result below and the main issues on appeal.*

The trial court granted summary judgment in favor of Defendant. In doing so, it found that a December 21, 2018 determination from the Federal Motor Carrier Safety Administration ("FMCSA") prevents California's meal and rest break laws from being enforced against Defendant - both as to claims arising before and after the December 21, 2018 FMCSA determination. It did so based on the Ninth Circuit's decision in International Brotherhood of Teamsters, Local 2785 vs. FMCSA, 986 F.3d 841 (9th Cir. 2021). The Ninth Circuit's decision left open the question of whether the December 21, 2018 determination applies to claims arising before its issuance. Plaintiffs contend that the trial court erred by holding that it does, which is the central issue of this appeal.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court has deemed this case related to Burnell v. Swift Transportation, CDCA 5:10-cv-00809-VAP-OP. This case may also be related to Fritsch v. Swift, CDCA 5:17-cv-02226-VAP-KK; Carter v. Swift, CDCA 5:20-cv-01383-VAP-KK; Williams v Swift, CDCA 5:19-cv-01250-VAP-KK; and Barker v. Swift, EDCA 2:16-cv-01532-TLN-CKD.

**Signature** /s/ Louis Benowitz          **Date** May 12, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*          EXHIBIT C - Page 18

**Form 7**                    *2*                    *Rev. 12/01/2018*