**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman (SBN 90058)
ssaltzman@marlinsaltzman.com
Tatiana G. Avakian (SBN 298970)
tavakian@marlinsaltzman.com
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081

**TOJARIEH LAW FIRM, PC**
Joseph Tojarieh, Esq. (SBN 265492)
jft@tojariehlaw.com
10250 Constellation Boulevard, Suite 100
Los Angeles, California 90067
Telephone:   (310) 553-5533
Facsimile:   (310) 553-5536

*Attorneys for Plaintiff Bryant Patton, individually, and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT PATTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM CONSTRUCTION/DRIVERS, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:19-cv-08580-JFW-MAA<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. 19STCV28353]<br><br>[Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A]<br><br>**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED STATEMENT OF DECISION DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   June 14, 2021<br>Time:             1:30 p.m.<br>Courtroom:     7A<br><br>Date Action Filed:   August 14, 2019<br>Trial Date:            None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff BRYANT PATTON hereby lodges his Proposed Statement of Decision Denying Defendant's Motion for Partial Summary Judgment, as required by this Court's First Amended Scheduling and Case Management Order, Dkt. 51.

Dated: June 1, 2021                    **MARLIN & SALTZMAN, LLP**
                                       **TOJARIEH LAW FIRM, PC**

                                       By: __/s/ Tatiana G. Avakian__
                                              Stanley D. Saltzman, Esq.
                                              Tatiana G. Avakian, Esq.
                                              Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, Tatiana G. Avakian, an attorney, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on June 1, 2021.

By:   */s/ Tatiana G. Avakian*
      Tatiana G. Avakian, Esq.
    *Attorney for Plaintiff and the putative Class*