Brandon R. McKelvey (CA Bar No. 217002)
Email: brandon@medinamckelvey.com
Timothy B. Nelson (CA Bar No. 235279)
Email: tim@medinamckelvey.com
Kyle W. Owen (CA Bar No. 326335)
Email: kyle@medinamckelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone:  (916) 960-2211
Facsimile:   (916) 742-5488

Counsel for Defendant MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM DRIVER SOLUTIONS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT PATTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST CONSTRUCTION SERVICES, INC. DBA TRILLIUM CONSTRUCTION/DRIVERS, a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: 2:19-cv-08580-JFW-MAA<br><br>**DEFENDANT MIDWEST CONSTRUCTION SERVICES, INC. DBA TRILLIUM DRIVER SOLUTIONS' NOTICE OF LODGING PROPOSED STATEMENT OF DECISION REGARDING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:           June 14, 2021<br>Time:          1:30 pm<br>Courtroom:   7A<br><br>Action Filed: August 14, 2019<br>Trial Date:    May 24, 2022 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant, MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM DRIVER SOLUTIONS, hereby lodges its [Proposed] Statement of Decision Granting its Motion for Partial Summary Judgment, a true and correct copy is attached hereto as Exhibit A.

Dated: June 1, 2021     MEDINA McKELVEY LLP

By: */s/ Kyle W. Owen*
BRANDON R. McKELVEY
TIMOTHY B. NELSON
KYLE W. OWEN
Attorneys for Defendant
MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM DRIVER SOLUTIONS