**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
ssaltzman@marlinsaltzman.com
Tatiana G. Avakian, Esq. (SBN 298970)
tavakian@marlinsaltzman.com
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile:  (818) 991-8081

**TOJARIEH LAW FIRM, PC**
Joseph Tojarieh, Esq. (SBN 265492)
jft@tojariehlaw.com
10250 Constellation Boulevard, Suite 100
Los Angeles, California 90067
Telephone:   (310) 553-5533
Facsimile:   (310) 553-5536

*Attorneys for Plaintiff Bryant Patton, individually and on behalf of all others similarly situated*

*(Counsel Continued on Next Page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT PATTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM CONSTRUCTION/DRIVERS, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-08580-JFW-MAA<br><br><u>CLASS ACTION</u><br><br>[Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A]<br><br>**JOINT STATEMENT RE: LOCAL RULE 7-3 CONFERENCE**<br><br>Complaint Filed: August 14, 2019<br>Trial Date:         Vacated |

1  **MEDINA McKELVEY LLP**
   Brandon R. McKelvey (SBN 217002)
2  brandon@medinamckelvey.com
   Timothy B. Nelson (SBN 235279)
3  tim@medinamckelvey.com
   925 Highland Pointe Drive, Suite 300
4  Roseville, California 95678
   Telephone:  (916) 960-2211
5  Facsimile:   (916) 742-5488

6  *Attorneys for Defendant Midwest Construction Services, Inc.*
7  *dba Trillium Driver Solutions*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff BRYANT PATTON ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM DRIVER SOLUTIONS ("Defendant") (collectively referred to as "the Parties"), hereby submit this Joint Statement regarding their Local Rule 7-3 conference pursuant to this Court's Amended Standing Order, Paragraph 5(b).

## I. Background

On June 16, 2021, following extensive arm's-length negotiations with respected wage-and-hour class action mediator, Francis "Tripper" Ortman, the Parties reached a settlement in this Action, through a mediator's proposal. The terms of the Settlement were negotiated by the Parties and memorialized in a long-form settlement agreement, which was executed by the Parties on July 9, 2021.

## II. Local Rule 7-3 Conference

On July 12, 2021, at 3:30 p.m. PST, counsel met and conferred via Zoom video, for approximately five minutes. Lead counsel Stanley D. Saltzman and counsel Tatiana G. Avakian of Marlin & Saltzman, LLP participated on behalf of Plaintiff. Lead counsel Brandon R. McKelvey and counsel Timothy B. Nelson of Medina McKelvey LLP participated on behalf of Defendant.

During the meet and confer conference, counsel for Plaintiff represented that they were finalizing the Motion for Preliminary Approval of the Class Action and PAGA Settlement ("Motion"), for filing by Monday, July 19, 2021, pursuant to the Court's Order (Dkt. #69). Plaintiff's counsel will provide a draft of the Motion to defense counsel a couple of days prior to its filing, for their review and comments. Defense counsel has represented that it does not intend to oppose Plaintiff's Motion.

/ / /

/ / /

| | |
|---|---|
| Dated: July 15, 2021 | **MARLIN & SALTZMAN, LLP**<br>**TOJARIEH LAW FIRM, PC**<br><br>By:   /s/ Tatiana G. Avakian<br>       Stanley D. Saltzman, Esq.<br>       Tatiana G. Avakian, Esq.<br>       Attorneys for Plaintiff and the Class |
| Dated: July 15, 2021 | **MEDINA McKELVEY LLP**<br><br>By:   /s/ Timothy B. Nelson<br>       Brandon R. McKelvey, Esq.<br>       Timothy B. Nelson, Esq.<br>       Attorneys for Defendant MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM DRIVER SOLUTIONS |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Tatiana G. Avakian, hereby attest that all other signatories to this Joint Statement, and on whose behalf it is submitted, concur in its content and have authorized its filing.

| | |
|---|---|
| Dated: July 15, 2021 | **MARLIN & SALTZMAN, LLP**<br>**TOJARIEH LAW FIRM, PC**<br><br>By:   /s/ Tatiana G. Avakian<br>       Stanley D. Saltzman, Esq.<br>       Tatiana G. Avakian, Esq.<br>       Attorneys for Plaintiff and the Class |

# CERTIFICATE OF SERVICE

I, Tatiana G. Avakian, an attorney, certify that I caused the foregoing document to be served on all counsel of record in this action via the Court's CM/ECF system on July 15, 2021.

By: <u>*/s/ Tatiana G. Avakian*</u>
Tatiana G. Avakian, Esq.
*Attorney for Plaintiff and the putative Class*