UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 19-8580-JFW(MAAx)**                                Date:  November 29, 2021

Title:     Bryant Patton -v- Midwest Construction Services, Inc., et al.

---

**PRESENT:**
          **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

          Shannon Reilly                                None Present
          Courtroom Deputy                              Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
          None                                              None

PROCEEDINGS (In Chambers):     **ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT [filed 11/8/2021; Docket No. 82];**

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARD [filed 11/8/2021; Docket No. 83]**

On November 8, 2021, Plaintiff Bryant Patton ("Plaintiff") filed a Motion for Final Approval of Class Action and PAGA Settlement and a Motion for Attorneys' Fees, Costs, and Enhancement Award.  On November 15, 2021, Defendant Midwest Construction Services, Inc. dba Trillium Driver Solutions ("Defendant") filed Notices of Non-Opposition.   Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for December 6, 2021 is hereby vacated and the matters are taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Plaintiff's moving papers, and because the Court finds that the settlement is fair, adequate, and reasonable, Plaintiff's Motion for Final Approval of Class Action and PAGA Settlement is **GRANTED**.  The Court signs the Joint Proposed Statement of Decision Granting Unopposed Motion for Final Approval of Class Action and PAGA Settlement, lodged with the Court on November 23, 2021 (Docket No. 86-1).

For the reasons stated in Plaintiff's moving papers, and because the Court concludes that the requested attorneys' fees, litigation expenses, and enhancement award are reasonable, Plaintiff's Motion for Attorneys' Fees, Costs, and Enhancement Award is **GRANTED**.  The Court signs the Joint Proposed Statement of Decision Granting Unopposed Motion for Attorneys' Fees, Costs, and Enhancement Award, lodged with the Court on November 23, 2021 (Docket No. 87-1).

The parties shall file a Joint Proposed Final Judgment on or before **December 6, 2021**.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr